Michael S. Davis
Greg M. Bernhard
Mary G. McCarthy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, on behalf of itself and each of the related insurers that provided insurance to respondents,<br><br>                                        Petitioner,<br><br>                - against -<br><br>EXCEL STAFFING SERVICES INC. and its affiliated entities,<br><br>                                        Respondent. | Case No.: 0 8 C I V 7 2 4 9 (S A S)<br><br>**DECLARATION IN SUPPORT OF ORDER TO SHOW CAUSE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

        GREG M. BERNHARD, pursuant to 28 U.S.C. §1746, declares:

        1.        I am an attorney admitted to practice before this Court and an associate with

Zeichner Ellman & Krause LLP, attorneys for Petitioner National Union Fire Insurance Company

of Pittsburgh, Pa. ("National Union"). I make this Declaration in support of National Union's

request for an Order to Show Cause to compel arbitration and to appoint an arbitrator to serve in the

arbitration.

2.      Submitted herewith is National Union's petition to appoint an arbitrator and to compel arbitration (the "Petition").

3.      Annexed to the Petition as Exhibit 1 is the Demand for Arbitration dated June 23, 2008 served by National Union upon Respondent.

4.      Annexed to the Petition as Exhibit 2 is a copy of the certified return receipt signed by Peggy Butcher.

5.      Annexed to the Petition as Exhibit 3 are the ARIAS resumes of six individuals from the ARIAS Umpire list.

6.      Annexed to the Petition as Exhibit 4 is the unpublished decision of the New York Supreme Court in National Union v. Dyneer.

7.      Annexed to the Petition as Exhibit 5 is a copy of the Corporation Annual Report and Certificate of Disclosure filed by Excel Staffing Services, Inc. on or about July 17, 2007 from the Arizona Corporation Commission website (http://www.azcc.gov).

## REASON FOR MOVING BY ORDER TO SHOW CAUSE

8.      National Union served the Demand for Arbitration dated June 23, 2008, asserting claims for all amounts owed to it as reimbursement, expenses, fees, premiums, damages or as security pursuant to the Payment Agreement.

9.      National Union moves by Order to Show Cause because Section 4 of the Federal Arbitration Act (9 U.S.C. §4) provides that the motion to compel arbitration be heard on five days' notice.

## NO PRIOR APPLICATION

10.   No prior application has been made for the relief requested herein.

11.   I declare under penalties of perjury that the foregoing is true and correct.

Dated:   August 14, 2008

_____
GREG M. BERNHARD

Michael S. Davis
Greg M. Bernhard
Mary G. McCarthy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400



Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
on behalf of itself and each of the related
insurers that provided insurance to respondents,

                                         Petitioner,

                    - against -

EXCEL STAFFING SERVICES INC. and its affiliated
entities,

                                         Respondent.

**PETITION TO COMPEL
ARBITRATION AND TO
APPOINT AN ARBITRATOR**

STATE OF NEW YORK,
COUNTY OF NEW YORK.

Petitioner, National Union Fire Insurance Company of Pittsburgh, Pa. ("National

Union"), on behalf of itself and each of the related insurers that provided insurance coverage to

Respondent, by its attorneys Zeichner Ellman & Krause LLP, as and for its petition to appoint an

arbitrator to serve in the arbitration between National Union, and Respondent Excel Staffing

Services Inc. and its affiliated entities ("Excel"), avers upon information, as follows:

This Court has subject matter jurisdiction over this matter due to the diversity of citizenship of the parties, under 28 U.S.C. § 1332(a)(1). It is a dispute between citizens of different states and the amount in controversy is more than $75,000.

Petitioner National Union is a corporation existing under the laws of Pennsylvania, with offices and principal places of business in the Southern District of New York.

Respondent Excel is a corporation organized and existing under the laws of Arizona, with an office and principal place of business in Arizona.

Respondent is subject to the personal jurisdiction of this Court.

## THE INSURANCE PROGRAM
## AND BACKGROUND FACTS

1.     Commencing on or about December 31, 2004 and thereafter, National Union and Excel entered into those certain agreements that are collectively annexed hereto as Exhibit 1, Demand Exhibit A. Those agreements, together with any applicable schedules and addenda, are referred to herein collectively as the "Program Agreements."

2.     Pursuant to the Program Agreements, National Union issued policies of workers compensation insurance for the benefit of Excel and its employees.

3.     The Program Agreements provide that Excel will pay certain amounts for premiums, losses, fees, and other expenses, and that Excel will also provide certain security to National Union on account of such obligations.

4.     The Program Agreements explicitly contain broad arbitration clauses, requiring that any disputes be submitted to arbitration.

## DEMAND FOR ARBITRATION
## AND EXCEL'S DEFAULT

5.     By Demand for Arbitration dated June 23, 2008 (the "Demand"), National Union

served a demand, in accordance with the Program Agreements, on Excel demanding, _inter alia_,

that the dispute concerning unpaid amounts due to National Union be submitted to arbitration

and that Excel appoint an arbitrator within thirty days.   A copy of such Demand is attached as

Exhibit 1.

6.     The Demand was received by Excel on June 26, 2008, as evidenced by the

certified mail return receipt signed by Peggy Butcher.   See, Exhibit 2.

7.     The Insurance Program Agreements contain an arbitration clause (the "Arbitration

Clause") that provides:

> We will review the disputed items promptly and provide _You_ with
> further explanations, details, or corrections.   _You_ must pay us the
> correct amounts for the disputed items within 10 days of agreement
> between _You_ and us about their correct amounts.   Any disputed
> items not resolved within 60 days after our response to _Your_
> written particulars must immediately be submitted to arbitration as
> set forth below.   With our written consent, which shall not be
> unreasonably withheld, _You_ may have reasonable additional time
> to evaluate our response to _Your_ written particulars.
>
> So long as _You_ are not otherwise in default under this Agreement,
> we will not exercise our rights set forth under "What May We Do
> in Case of Default?", pending the outcome of the arbitration on the
> disputed amount of _Your Payment Obligation_.
>
> **What about disputes other than disputes about payment due?**
>
> **Any other unresolved dispute arising out of this Agreement**
> **must be submitted to arbitration.**   _You_ must notify us in writing
> as soon as _You_ have submitted a dispute to arbitration.   We must
> notify _You_ in writing as soon as we have submitted a dispute to
> arbitration.

3

**Arbitration Procedures**

...

**Qualifications of arbitrators:** Unless *You* and we agree otherwise, all arbitrators must be executive officers or former executive officers of property or casualty insurance or reinsurance companies or insurance brokerage companies, or risk management officials in an industry similar to *Yours*, domiciled in the United Sates of America not under the control of either party to this Agreement.

**How the arbitration must proceed:** <u>**The arbitrators shall determine where the arbitration shall take place.**</u>    The arbitration must be governed by the United Sates Arbitration Act, Title 9 U.S.C. Section 1, et seq.    Judgment upon the award rendered by the arbitrators may be entered by a court having jurisdiction thereof.

*You* and we must both submit our respective cases to the arbitrators within 30 days of the appointment of the third arbitrator.    The arbitrators must make their decision within 60 days following the termination of the hearing, unless *You* and we consent to an extension.    The majority decision of any two arbitrators, when file with *You* and us will be final and binding on *You* and on us.

The arbitrators must interpret this Agreement as an honorable engagement and not merely a legal obligation.    They are relieved of all judicial formalities.    They may abstain from following the strict rules of law.    They must make their award to effect the general purpose of this Agreement in a reasonable manner.

The arbitrators must render their decision in writing, based upon a hearing in which evidence may be introduced without following strict rules of evidence, but in which cross-examination and rebuttal must be allowed.

The arbitrators may award compensatory money damages and interest thereupon.    They may order *You* to provide collateral to the extent required by this Agreement.    <u>**They will have exclusive jurisdiction over the entire matter in dispute, including any question as to its arbitrability.**</u>    However, they will not have the power to award exemplary damages or punitive damages, however denominated, whether or not multiplied, whether imposed by law or otherwise.

> **Expenses of Arbitration:** *You* and we must each bear the expense of our respective arbitrator and must jointly and equally bear with each other the expense of the third arbitrator and of the arbitration.
>
> This Section will apply whether that dispute arises before or after termination of this Agreement.

<u>See</u>, Exhibit 1, Demand Exhibit A at A 008-009 (emphasis added).  The Addendum specifically provides that:

> **How arbitrators must be chosen:** You must choose one arbitrator and we must choose another.  They will choose the third.  If you or we refuse or neglect to appoint an arbitrator within 30 days after written notice from the other party requesting it to do so, or if the two arbitrators fail to agree on a third arbitrator within 30 days of their appointment, either party may make application only to a court of competent jurisdiction in the City, County, and State of New York.  **<u>Similarly, any action or proceeding concerning arbitrability, including motions to compel or to stay arbitration, may be brought only in a court of competent jurisdiction in the City, County, and State of New York.</u>**

<u>See</u>, Exhibit 1, Demand Exhibit A at A 013 (emphasis added).

8.    As shown above, not only does the Program provide that all disputes must be submitted to arbitration, but it specifically states who is qualified to serve as arbitrators.

9.    By the Demand, National Union demanded that Respondent appoint an arbitrator within 30 days as required by the Arbitration Clause.  <u>See</u> Exhibit 1, Demand at p 2.

10.    Excel has not appointed an arbitrator within 30 days of the Demand, as required by the clause above.

11.    This Court should compel arbitration and appoint an arbitrator, as the parties agreed.

12.     On a prior occasion in another case, National Union asked another court to appoint an arbitrator, and in that instance, this Court (Justice Wetzel) turned to ARIAS*US, an association that trains and certifies arbitrators for the insurance and reinsurance industry.  <u>See</u> attached decision by Justice Wetzel in which he "reviewed candidates from the list maintained by ARIAS*U.S.," and chose from that list.  (Exhibit 3).  We ask this Court to do the same.

13.     All ARIAS-certified arbitrators are listed on its web page <u>http://www.arias-us.org</u>. ARIAS also lists a more select list of individuals it recommends to serve as neutral arbitrators (referred to as "Umpires").

14.     In order to aid the Court to select qualified individuals, who are certified to be both qualified and neutral, National Union offers the following six candidates from the more select ARIAS Umpire list, and asks this Court to select from among these six names:

- Nasri H. Barakat
- Linda Martin Barber
- Sylvia Kaminsky
- Roger M. Moak
- Debra J. Roberts
- Richard L. White

The ARIAS resume of each of these individuals is annexed as Exhibit 4.

15.     No previous application for the relief sought has been made.

WHEREFORE, this Court should issue an order compelling arbitration and appointing an Arbitrator from the list of qualified candidates proposed by Petitioner, or alternatively appoint such qualified person as the Court deems proper, and for other such relief that is deemed just and proper.

Dated:   New York, New York
         August 14 2008

                                      ZEICHNER ELLMAN & KRAUSE LLP

                                      By:  _Greg M. Bhnd_____
                                           Michael S. Davis
                                           Greg M. Bernhard
                                           Mary G. McCarthy
                                           Attorneys for Petitioner
                                           575 Lexington Avenue
                                           New York, New York 10022
                                           (212) 223-0400

TO:    Peggy Butcher, Chief Financial Officer
       Excel Staffing Services, Inc.
       33747 N. Scottsdale Road, Suite 135
       Scottsdale, Arizona 85266

       Cliff Blake, President
       Excel Staffing Services, Inc.
       33747 N. Scottsdale Road, Suite 135
       Scottsdale, Arizona 85266

IN THE MATTER OF THE ARBITRATION BETWEEN:

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., ON BEHALF
OF ITSELF AND EACH OF THE RELATED
INSURERS THAT PROVIDED INSURANCE
COVERAGE TO RESPONDENT,

<div align="center">Claimant,</div>

<div align="center">- and -</div>

EXCEL STAFFING SERVICES, INC.

<div align="center">Respondent.</div>

## DEMAND FOR ARBITRATION

**TO:**

**Excel Staffing Services, Inc.**
**15010 N 78th Way, Suite 107**
**Scottsdale, Arizona 85260**

**Excel Staffing Services, Inc.**
**14988 N 78th Way, Suite 200**
**Scottsdale, Arizona 85260**

**Excel Staffing Services, Inc.**
**3347 Scottsdale Road, Suite 135**
**Scottsdale, Arizona 85266**
**Attention:  Shannon M. Day**
**Chief Financial Officer**

National Union Fire Insurance Company of Pittsburgh, Pa., on its own

behalf and on behalf of each of its related companies (collectively, "Claimant") that

provided certain insurance coverage to Excel Staffing Services, Inc. ("Respondent")

beginning on December 31, 2004, pursuant to a Payment Agreement of December 31,

2004 and certain addenda and schedules to the Payment Agreement (the "Agreements"),

hereby asserts a claim for all amounts owed to it as premiums, adjustments, expenses, fees,

or reimbursements of any kind, including without limitation, any indemnification for

losses or loss expenses, and any damages, interest or security that may be due in

connection therewith, pursuant to the Agreements or pursuant to any other governing agreement or obligation between the parties.  Copies of the Agreements are attached collectively as **Exhibit A.**

Attached as **Exhibit B** are tabulations showing certain amounts due.  These amounts are subject to further adjustment.  Claimant reserves the right to update its claim based upon subsequent losses, expenses and/or fees.

Respondent has failed and refused to pay, and continues to fail to pay for certain premium, losses and loss expenses subject to reimbursement under the Agreements, and security.

The Agreements provide for arbitration of this dispute pursuant to arbitration provisions set forth therein and Claimant hereby demands arbitration thereunder.

## RELIEF CLAIMED AND NATURE OF DISPUTE

Claimant seeks an award determining amounts due, and amounts which become due, to it under the Agreements and requiring payment of all such amounts, plus interest.  Claimant further seeks an award of all amounts necessary for it to be secured at all times under the Agreements.

## DEMAND FOR ARBITRATOR

Claimant hereby demands that Respondent appoint an arbitrator within thirty days of receipt of this Demand and notify Claimant in writing at the address stated below of such appointment.

## VENUE OF THE ARBITRATION

The Arbitration proceedings shall take place in New York, New York, unless otherwise determined by the arbitration panel.

## CPLR SECTIONS 7502(a)(i) AND 7503(c)

Please take notice that Claimant invokes Sections 7502(a)(i) and 7503(c) of the Civil Practice Law & Rules of New York (CPLR) for the limited purpose of notifying Respondent that unless Respondent applies to stay the arbitration in a court in New York County, New York, within twenty (20) days after such service of this Demand for Arbitration, Respondent shall thereafter be precluded from objecting that a valid agreement to arbitrate was not made. In all other respects, Claimant affirmatively asserts that the United States Arbitration Act, Title 9 of the United States Code, shall apply to this arbitration.

Dated:   New York, New York
         June 23, 2008

                             Michael S. Davis
                             Mary G. McCarthy
                             ZEICHNER ELLMAN & KRAUSE LLP
                             575 Lexington Avenue
                             New York, New York 10022
                             (212) 223-0400
                             Attorneys for Claimant

# EXHIBIT A

# PAYMENT AGREEMENT

For

## Insurance and Risk Management Services

### effective on the 31 day of December, 2004

by and between us,

**National Union Fire Insurance Company of Pittsburgh, Pa.**

On behalf of itself and all its affiliates including, but not limited to:

American Home Assurance Company
The Insurance Company of the State of Pennsylvania
National Union Fire Insurance Company of Pittsburgh, Pa.
Commerce and Industry Insurance Company
Birmingham Fire Insurance Company
Illinois National Insurance Company
American International South Insurance Company
AIU Insurance Company
American International Pacific Insurance Company
Granite State Insurance Company
Landmark Insurance Company
National Union Fire Insurance Company of Louisiana
New Hampshire Insurance Company

And *You*, our Client

**EXCEL STAFFING SERVICES INC**
**15010 N 78TH WAY STE 107**
**SCOTTSDALE  AZ  85260-2612**

In consultation with *Your* representative

**RISK STRATEGIES CO INS BROK IN**
**160 Federal Street**
**Boston  MA  02110**

# PAYMENT AGREEMENT

## TABLE of CONTENTS

| | |
|---|---|
| Title Page | |
| Table of Contents | 1 |
| Who Has Agreed To This Agreement? | 2 |
| What Have *You* And We Agreed To? | 3 |
| When Does This Agreement Begin? | 3 |
| When Will This Agreement End? | 3 |
| Which Words Have Special Meanings In This Agreement? | 3 |
| What Else Should *You* Know About *Your Payment Obligation*? | 3 |
| When Must *You* Pay *Your Payment Obligation*? | 4 |
| What Is the Payment Plan? | 4 |
| What Is the Billing Method? | 4 |
| What About Collateral? | 5 |
| What Is Default? | 6 |
| What May We Do In Case Of Default? | 7 |
| How Will Disagreements Be Resolved? | 7 |
| To Whom Must *You* and We Give Notices? | 8 |
| May Rights or Obligations be Assigned? | 9 |
| Will Past Forbearance Waive Rights under This Agreement? | 9 |
| Who Must Pay to Enforce This Agreement? | 9 |
| How May This Agreement Be Changed? | 9 |
| What If the Law Changes? | 9 |
| Are *You* Authorized to Make This Agreement? | 9 |
| Signatures | 9 |
| Schedule of Policies and Payments | 10 |
| | Appended |

# PAYMENT AGREEMENT

## WHO HAS AGREED TO THIS AGREEMENT?

This Agreement is between:

- *You*, the organization(s) named as "our Client" in the *Schedule*, and
- us, the insurer(s) named in the *Schedule*.

The words "we", "us" and "our" in this Agreement refer to the insurer(s) named in the *Schedule*.

## WHAT HAVE *YOU* AND WE AGREED TO?

We have agreed to the following:

- to provide *You* insurance and services according to the *Policies* and other agreements; and
- to extend credit to *You* by deferring our demand for full payment of the entire amount of *Your Payment Obligation* if *You* make partial payments according to this Agreement.

To induce us to agree as above,

*You* have agreed to the following:

- to pay us all *Your Payment Obligation* and to perform all *Your* other obligations according to this Agreement and *Schedule* for all entities covered by the *Policies*;
- to provide us with collateral according to this Agreement and *Schedule*;

## WHEN DOES THIS AGREEMENT BEGIN?

This Agreement begins on the Effective Date shown in the first page (the title page) of this Agreement. Unless otherwise agreed in writing, this Agreement will also apply to any *Policies* and *Schedules* that we may issue as renewals, revisions, replacements or additions to the attached *Schedule* and the *Policies* listed there.

## WHEN WILL THIS AGREEMENT END?

This Agreement will end only after *You* and we have settled and paid all obligations between *You* and us relating to this Agreement. Neither *You* nor we may cancel this Agreement without the other's consent.

## WHICH WORDS HAVE SPECIAL MEANINGS IN THIS AGREEMENT?

Words with special meanings in the *Policies* have the same meanings in this Agreement as they have in the *Policies*. Non-italicized capitalized words in this Agreement are defined in the *Policies*, or their meanings are otherwise described in this Agreement.

The following are definitions of other special words. Terms printed in this Agreement in italic typeface have the meanings described below.

1. "ALAE" means Allocated Loss Adjustment Expense as defined in the *Policies*.

2. "Deductible Loss Reimbursements" means the portion of any *Loss* and *ALAE* we pay that *You* must reimburse us for under any "Deductible" or "Loss Reimbursement" provisions of a *Policy*.

3. "Loss" or "Losses" means damages, benefits or indemnity that we become obligated under the terms of the *Policies* to pay to claimants.

4. "Policy" or "Policies" means:

    - any of the insurance *Policies* described by their *Policy* numbers in the *Schedule*, and their replacements and renewals;
    - any additional insurance *Policies* that we may issue to *You* that *You* and we agree to make subject to this Agreement.

5. "Retained Amount" or "Retention" means one of the following:

    - Self-Insured Retention: the amount specified in the applicable *Policy* as *Your* Self-Insured Retention per occurrence, accident, offense, claim or suit; or
    - Deductible: the amount specified in the applicable *Policy* as the Reimbursable or Deductible portion of *Loss* per occurrence, accident, offense, claim or suit; or
    - Loss Limit: the portion of any *Loss* we pay because of an occurrence, offense, accident, claim or suit, that we will include in the computation of the premiums.

A 003

# PAYMENT AGREEMENT

The *Policies* show the type of *Retention* that applies to any specific occurrence, offense, accident, claim or suit.

6. **"Schedule"** means each of the attachments to this Agreement that describes specific elements of the Agreement for a specified period of time. Each *Schedule* is a part of this Agreement. Additional *Schedules* or amendments to *Schedules* may be attached to this Agreement from time to time by mutual agreement between *You* and us.

7. **"You"** or **"Your"** means the person or organization named as our Client in the title page of this Agreement, its predecessor and successor organizations, and each of its subsidiary, affiliated or associated organizations that are included as Named Insureds under any of the *Policies*. Each is jointly and severally liable to us for the entire amount of *Your Payment Obligation*.

8. **"Your Payment Obligation"** means the amounts that *You* must pay us for the insurance and services in accordance with the terms of the *Policies*, this Agreement, and any similar primary casualty insurance *Policies* and agreements with us incurred before the inception date hereof. Such amounts shall include, but are not limited to, any of the following, including any portions thereof not yet due and payable:

   - the premiums and premium surcharges,

   - *Deductible Loss Reimbursements,*

   - any amount that we may have paid on *Your* behalf because of any occurrence, accident, offense, claim or suit with respect to which *You* are a self-insurer,

   - any other fees, charges, or obligations as shown in the *Schedule* or as may arise as *You* and we may agree from time to time.

**Loss Reserves:** *Your Payment Obligation* includes any portion of the premiums, premium surcharges, *Deductible Loss Reimbursements* or other obligations that we shall have calculated on the basis of our reserves for *Loss* and *ALAE*. Those reserves shall include specific reserves on known *Losses* and *ALAE*, reserves for incurred but not reported *Losses* and *ALAE*, and reserves for statistically expected development on *Losses* and *ALAE* that have been reported to us. Any *Loss* development factors we apply in determining such reserves will be based on our actuarial evaluation of relevant statistical data including, to the extent available and credible, statistical data based upon *Your* cumulative *Loss* and *ALAE* history.

## WHAT ELSE SHOULD *YOU* KNOW ABOUT *YOUR PAYMENT OBLIGATION?*

**Amounts:** We will calculate *Your Payment Obligation* according to the methods stated in the *Policies* and any other similar primary casualty insurance *Policies* and agreements between us.

*You* must abide by the results under this Agreement of any payment of *Loss* or *ALAE* that the claims service provider or we shall have made in the absence of negligence and in good faith under any of the *Policies*.

**Credit:** Credit is extended to *You* whenever *Your* payment of some or all of *Your Payment Obligation* is postponed beyond the effective date of the insurance *Policies* to which such obligations pertain. Any extension of unsecured credit to *You* under this Agreement is extended only for the duration of the *Policy* year for which it is extended. It is subject to review and revision or withdrawal at each anniversary of this Agreement or at other times in accordance with the terms of this Agreement. Any extension of credit to *You* under this Agreement, including any deferral or waiver of the collection of collateral from *You* is not an assumption by us of any of *Your* obligations to us. Any extension of credit to *You* does not limit our right to enforce *Your* performance under this Agreement.

A Credit Fee may be charged for any unsecured credit extended to *You*. The Credit Fee, if any, is shown in the *Schedule*. Any such Credit Fee is an annual fee and applies only to the *Policy* year to which such *Schedule* applies. A renewal Credit Fee may be charged for the period of any renewed extension of unsecured credit, and shall be shown in the *Schedule* pertaining thereto.

Payment of the Credit Fee, if any, is neither payment of premium for insurance of any kind nor payment of *Deductible Loss Reimbursements*.

## WHEN MUST *YOU* PAY *YOUR PAYMENT OBLIGATION?*

All payments are due by the due date stated in the *Schedule*, or as respects Additional Payments, within 30 days of the later of the Invoice, Notice or Bill date or *Your* evidenced receipt date of the Invoice, Notice or Bill for each such Additional Payment.

## WHAT IS THE PAYMENT PLAN?

# PAYMENT AGREEMENT

## Deposit and Installments

*You* must pay us a Deposit and Installments in the amounts and by the dates shown in the *Schedule* for the *Policies* described in the *Schedule*.

Claims Payment Deposit: If so shown in the *Schedule*, the Deposit includes a Claims Payment Deposit. The Claims Payment Deposit will not bear interest. We will return the amount of the Claim Payment Deposit to *You* when *You* have paid us all amounts due us.

If the total amount of claims we shall have paid on *Your* behalf exceeds the sum of the Claims Payment Deposit for three (3) consecutive billing periods, we may require *You* to pay us additional funds for the Claims Payment Deposit. However, the entire Claims Payment Deposit shall not exceed 250% of the average amount of the claims we had paid in each of the prior 3 periods.

## Additional Payments

*You* must also make payments in addition to the Deposit and Installments according to the Payment Method described under "Additional Payments" in the *Schedule*.

# WHAT IS THE BILLING METHOD?

Deposit and Installments: *You* must pay us the amounts shown in the *Schedule* as "Installments". *You* must pay us those amounts by their Due Dates shown there.

Additional Payments: *You* have chosen the Direct Billing Method or the Automatic Withdrawal Method, or a combination of both. *Your* choice is shown in the *Schedule*.

## Direct Billing Method

For the Additional Payments described under "WHAT IS THE PAYMENT PLAN?", we will further bill *You* as necessary for the payment of *Losses* we must pay or have paid within *Your* Retention and *Your* share of *ALAE* covered by the *Policies*. We will not bill more than permitted under any Aggregate Stop or Maximum Premium or Maximum Insurance Cost provisions that apply to the *Policies*.

## Automatic Withdrawal Method

For the Additional Payments described under "WHAT IS THE PAYMENT PLAN?", we will draw funds from the "Automatic Withdrawal Account" described in the *Schedule* as necessary for the payment of *Losses* within *Your* Retention and *Your* share of *ALAE* covered by the *Policies*. We will not withdraw more than permitted under any Aggregate Stop or Maximum Premium or Maximum Insurance Cost provisions that apply to the *Policies*. *You* hereby authorize us to withdraw funds from that Account upon our demand.

*You* must pay enough cash into that "Automatic Withdrawal Account" to cover our expected payments of *Loss* within *Your* Retention and *Your* share of *ALAE* during the next Claims Payment Fund Coverage Period shown in the *Schedule*. The minimum amount of such cash funds is shown in the *Schedule* as "Minimum Amount". *You* must make a payment in that amount into that Account immediately whenever its balance falls below 25% of that amount. Interest earned on that Account belongs to *You*.

# PAYMENT AGREEMENT

## WHAT ABOUT COLLATERAL?

### Collateral is Required

You must deliver collateral acceptable to us to secure *Your Payment Obligation* at the time(s), in the form(s) and in the amount(s) shown in the *Schedule*. Subject to the terms of this Agreement, we may apply any collateral we hold in connection with this or any other similar primary casualty insurance *Policies* or agreements to *Your Payment Obligation*.

### Grant of Security Interest and Right to Offset

You grant us a possessory security interest in any property *You* deliver to us to secure *Your Payment Obligation*. *You* also grant us a continuing first-priority security interest and right of offset with respect to all premiums, surcharges, dividends, cash, accounts, or funds that are payable to *You* and are now or may in the future come into our possession in connection with *Your Payment Obligation*. *You* agree to assist us in any reasonable way to enable us to perfect our interest. *You* direct us to hold all such sums as collateral for *Your Payment Obligation* as they may be payable now or may become payable in the future.

### Letter of Credit

Any letter of credit must be clean, unconditional, irrevocable and evergreen. It must be from a bank that we and the Securities Valuation Office of the National Association of Insurance Commissioners have approved and in a form acceptable to us. It must be in the amount shown in the *Schedule*.

If any letter of credit is canceled, no later than 30 days before that letter of credit expires, *You* must deliver to us a substitute letter of credit that complies with the requirements set forth above. Upon *Your* written request, we will not unreasonably withhold our consent to a reasonable extension of the time within which *You* must deliver such a substitute letter of credit to us. The substitute letter of credit must take effect no later than the date of termination of the expiring letter of credit. *Your* duty to deliver such a letter of credit will continue until *You* have satisfied all *Your* obligations under this Agreement and the *Policies*. If *You* fail to provide us with a qualifying substitute letter of credit as indicated above, we may draw upon the existing letter of credit in full.

### Other Collateral

With respect to any collateral we accept other than a letter of credit, including but not limited to any collateral we hold in trust or escrow, any agreements between *You* and us about our respective rights and obligations with respect to such collateral are incorporated by reference into this Agreement. Nothing in those agreements will limit or modify any of our rights under this Agreement.

### Collateral Reviews

The collateral we require to secure *Your Payment Obligation* is subject to reviews and revisions as described below.

We will review our collateral requirement annually. In addition, we may review our collateral requirement at any time that we may deem reasonably necessary, including at any time after an event such as but not limited to the following:

1. the non-renewal or cancellation of any *Policy* to which this Agreement applies,
2. the failure or violation of any financial covenants or tests, or minimum financial rating (if any) specified in the *Schedule*,
3. the occurrence of any direct or indirect transaction for the merger or consolidation, or the conveyance, sale, transfer, dividend, spin-off, lease, or sale and lease back, of all or any material portion of *Your* property, assets, business or equity to any other entity,
4. any material adverse change in the financial condition of *You*, *Your* subsidiaries or affiliates taken separately or in combination, or any other entity on which we rely for security or guarantee in connection with this Agreement.

*You* and we will cooperate with each other and each other's designated consultants in the conduct of such reviews.

If as a result of any review we find that we require additional collateral, *You* will provide us such additional collateral within 30 days of our written request, which shall be accompanied by a worksheet showing our calculation of the amount thereof. If a return of collateral to *You* is indicated, we will return annually the indicated amount to *You* within 30 days of our written acknowledgement thereof.

# PAYMENT AGREEMENT

## Collateral Adjustment Procedure

The additional collateral that *You* must provide us will be in the amount of the difference between the total unpaid amount of *Your Payment Obligation* and the total amount of *Your* collateral that we then hold. We may adjust the collateral requirement relating to the unexpired term of the *Policies* on the basis of our evaluation of *Your* financial condition. If such difference is a negative sum, that sum is the amount that we will return to *You*. However, we are not obligated to return collateral to *You* if *You* are in default of any provision of this Agreement or any other similar agreement relating to *Your* primary casualty insurance with us.

## Financial Information

*You* must provide financial information to us as a basis for our collateral reviews within 14 days after our request. If *You* are not subject to the reporting requirements of the Securities and Exchange Act of 1934, *You* must provide us copies of *Your* audited annual financial statements.

If we so request, *You* must provide us such financial information as we may reasonably deem necessary to determine *Your* financial condition, including but not limited to copies of *Your* completed quarterly financial statements. Those statements must include the following:

- balance sheet,
- income statement,
- statement of retained earnings,
- cash flow statement,
- notes to the statements, and
- any supplemental schedules.

## Reporting Requirement

Give us prompt notice of the event of any default as described in the section titled "What is a Default", or any event described in the section titled "Collateral Reviews" in this Agreement, that has happened or is about to happen.

As an alternative to the above, at *Your* option, provide us with the same notices at the same time that *You* provide such notices to any other creditor regarding any material financial or operational condition that *You* are obligated to report to such other creditor.

## WHAT IS DEFAULT?

Default is any of the following:

1. failure by *You* or any of *Your* subsidiaries or affiliates to perform within 5 days after its due date any obligation *You* or any of *Your* subsidiaries or affiliates have under this Agreement or any other agreement with us.

2. *Your* insolvency, or the occurrence of any of the following:

   - the commencement of liquidation or dissolution proceedings, *Your* general failure to pay debts as they become due, general assignment by *You* for the benefit of creditors, the filing by or against *You* of any petition, proceeding, case or action under the provisions of the United States Bankruptcy Code or other such law relating to debtors, the appointment of, or the voluntary or involuntary filing for a petition for the appointment of, a receiver, liquidator, rehabilitator, trustee, custodian or similar official to take possession or control of any of *Your* property; or
   - *Your* default on any material outstanding debt not cured within its applicable cure period, if any.

3. the cancellation by *You*, without our prior consent, of any *Policy* material to this agreement. However, *Your* concurrent cancellation of all the unexpired *Policies* shall not constitute default.

4. the discovery of any material inaccuracy or incompleteness in any representation, warranty or condition precedent *You* make in connection with this Agreement, the insurance afforded by any of the *Policies* or *Your Payment Obligation*.

## WHAT MAY WE DO IN CASE OF DEFAULT?

If default occurs, we may take reasonable and appropriate steps that are necessary to protect our interest. We will exercise good faith consistent with usual and customary commercial and credit practice in selecting and exercising such steps. We may take steps such as the following:

## PAYMENT AGREEMENT

1. We may declare the entire unpaid amount of *Your Payment Obligation* immediately due and payable.

2. We may change any or all unexpired *Policies* under Loss Reimbursement or Deductible plans to Non-Deductible plans for the remaining term of any such *Policy*, to become effective after ten days written notice to *You*. We will therewith increase the premiums for those *Policies* in accordance with our applicable rating plan.

3. We may draw upon, liquidate, or take ownership of any or all collateral we hold regardless of the form, and hold or apply such amounts to any of *Your Payment Obligations* under this Agreement or any other premium, surcharge or deductible financing agreement between *You* and us, or under any *Policies*. However we will not draw upon, liquidate, or take ownership of more collateral than is reasonably necessary to protect our interest.

4. We may require *You* to deliver to us additional collateral, including an amendment to the letter of credit or an additional letter of credit or other additional collateral. The other additional collateral, letter of credit or its amendment must conform to the requirements described above. *You* must deliver it within 15 days of *Your* receipt of a written notice from us.

5. We may cancel any or all unexpired *Policies* as if for non-payment of premium or *Deductible Loss Reimbursements*. We may apply any return of premium resulting from the cancellation to remedy any default.

6. We may withhold payment of claims to *You* or any of *Your* subsidiaries or affiliates.

7. We may satisfy *Your* obligations to us in whole or in part by set-off against any moneys, securities, collateral, consideration or property of *yours* received by, pledged to, held by or otherwise available to us in connection with *Your Payment Obligation*. *You* authorize us after any default to charge any account that *You* maintain with us in connection with *Your Payment Obligation* in order to satisfy any of *Your* obligations.

## HOW WILL DISAGREEMENTS BE RESOLVED?

### What if we disagree about payment due?

If *You* disagree with us about any amount of *Your Payment Obligation* that we have asked *You* to pay, within the time allowed for payment *You* must:

- give us written particulars about the items with which *You* disagree; and
- pay those items with which *You* do not disagree.

We will review the disputed items promptly and provide *You* with further explanations, details, or corrections. *You* must pay us the correct amounts for the disputed items within 10 days of agreement between *You* and us about their correct amounts. Any disputed items not resolved within 60 days after our response to *Your* written particulars must immediately be submitted to arbitration as set forth below. With our written consent, which shall not be unreasonably withheld, *You* may have reasonable additional time to evaluate our response to *Your* written particulars.

So long as *You* are not otherwise in default under this Agreement, we will not exercise our rights set forth under "What May We Do in Case of Default?", pending the outcome of the arbitration on the disputed amount of *Your Payment Obligation*.

### What about disputes other than disputes about payment due?

Any other unresolved dispute arising out of this Agreement must be submitted to arbitration. *You* must notify us in writing as soon as *You* have submitted a dispute to arbitration. We must notify *You* in writing as soon as we have submitted a dispute to arbitration.

### Arbitration Procedures

How arbitrators must be chosen: *You* must choose one arbitrator and we must choose another. They will choose the third. If *You* or we refuse or neglect to appoint an arbitrator within 30 days after written notice from the other party requesting it to do so, or if the two arbitrators fail to agree on a third arbitrator within 30 days of their appointment, either party may make an application to a Justice of the Supreme Court of the State of New York, County of New York and the Court will appoint the additional arbitrator or arbitrators.

Qualifications of arbitrators: Unless *You* and we agree otherwise, all arbitrators must be executive officers or former executive officers of property or casualty insurance or reinsurance companies or insurance brokerage companies, or risk management officials in an industry similar to *Yours*, domiciled in the United States of America not under the control of either party to this Agreement.

A 008

# PAYMENT AGREEMENT

**How the arbitration must proceed:** The arbitrators shall determine where the arbitration shall take place. The arbitration must be governed by the United States Arbitration Act, Title 9 U.S.C. Section 1, et seq. Judgment upon the award rendered by the arbitrators may be entered by a court having jurisdiction thereof. *You* and we must both submit our respective cases to the arbitrators within 30 days of the appointment of the third arbitrator. The arbitrators must make their decision within 60 days following the termination of the hearing, unless *You* and we consent to an extension. The majority decision of any two arbitrators, when filed with *You* and us will be final and binding on *You* and on us.

The arbitrators must interpret this Agreement as an honorable engagement and not merely a legal obligation. They are relieved of all judicial formalities. They may abstain from following the strict rules of law. They must make their award to effect the general purpose of this Agreement in a reasonable manner.

The arbitrators must render their decision in writing, based upon a hearing in which evidence may be introduced without following strict rules of evidence, but in which cross-examination and rebuttal must be allowed.

The arbitrators may award compensatory money damages and interest thereupon. They may order *You* to provide collateral to the extent required by this Agreement. They will have exclusive jurisdiction over the entire matter in dispute, including any question as to its arbitrability. However, they will not have the power to award exemplary damages or punitive damages, however denominated, whether or not multiplied, whether imposed by law or otherwise.

*Expenses of Arbitration: You* and we must each bear the expense of our respective arbitrator and must jointly and equally bear with each other the expense of the third arbitrator and of the arbitration.

This Section will apply whether that dispute arises before or after termination of this Agreement.

## TO WHOM MUST *YOU* AND WE GIVE NOTICES?

We will mail or deliver all notices to *You* at *Your* address in the *Schedule*. *You* must mail or deliver all notices to our Law Representative with a copy to our Account Executive at the address specified in the *Schedule*. All notices must be in writing.

## MAY RIGHTS OR OBLIGATIONS UNDER THIS AGREEMENT BE ASSIGNED?

Neither *You* nor we may assign our rights or obligations under this Agreement without the written consent of the other, which shall not be unreasonably withheld.

## WILL PAST FORBEARANCE WAIVE RIGHTS UNDER THIS AGREEMENT?

Past forbearance, neglect or failure to enforce any or all provisions of this Agreement, or to give notice of insistence upon strict compliance with it, will not be a waiver of any rights. A waiver of rights in a past circumstance will not be a course of conduct that waives any rights in any subsequent circumstance.

## WHO MUST PAY TO ENFORCE THIS AGREEMENT?

If *You* or we fail to perform or observe any provisions under this Agreement, the other may incur reasonable additional expenses to enforce or exercise its remedies. Either *You* or we must reimburse the other upon demand and presentation of clear and convincing supporting evidence for any and all such additional expenses.

## HOW MAY THIS AGREEMENT BE CHANGED?

This Agreement may be changed only by agreement by *You* and us, as evidenced by a written addendum to this Agreement, duly executed by the authorized representatives of each.

## WHAT IF THE LAW CHANGES?

If any part of this Agreement should become unenforceable because of any change in law, the remainder of this Agreement will remain in full force and effect.

## ARE *YOU* AUTHORIZED TO MAKE THIS AGREEMENT?

*You* hereby represent and warrant that *Your* execution, delivery and performance of this Agreement have been authorized by all necessary corporate actions. The individual executing this agreement on *Your* behalf has full right and authority to execute and deliver this agreement and to bind *You* jointly and severally.

# PAYMENT AGREEMENT

## SIGNATURES

TO SIGNIFY AGREEMENT, *You* and we have caused this Agreement to be executed by the duly authorized representatives of each.

For National Union Fire Insurance Company of Pittsburgh, Pa.,

On behalf of itself and its affiliates first listed above:

In New York, New York,

This _15_ day of _March_, _2005_

Signed by _Bradley Smith_

Typed Name <u>Bradley Smith</u>

Title <u>Attorney of Fact</u>

For *You*, our Client

**EXCEL STAFFING SERVICES INC**

In _Phoenix, Scottsdale_, _AZ_

This _3_ day of _MARCH_, _05_

Signed by _Cliff_

Typed Name _Cliff Drake_

Title _PRESIDENT_

A 010

2004 Addendum

to

PAYMENT AGREEMENT

By and between us

National Union Fire Insurance Company of Pittsburgh, Pa.

On behalf of itself and all its affiliates including, but not limited to:

American Home Assurance Company
The Insurance Company of the State of Pennsylvania
National Union Fire Insurance Company of Vermont
National Union Fire Insurance Company of Pittsburgh, Pa.
Commerce and Industry Insurance Company
Birmingham Fire Insurance Company
Illinois National Insurance Company
American International South Insurance Company
AIU Insurance Company
American International Pacific Insurance Company
Granite State Insurance Company
Landmark Insurance Company
National Union Fire Insurance Company of Louisiana
New Hampshire Insurance Company

(Company, "we", "us" or "our")

and *You*, our Client

Excel Staffing Services Inc.

This Addendum is attached to and forms a part of the Payment Agreement entered into between Company and Client as of the 31st day of December, 2004.

1.  The section entitled WHICH WORDS HAVE SPECIAL MEANINGS IN THIS AGREEMENT?, 8. – Your Payment Obligation, is deleted and replaced with the following:

    "Your Payment Obligation" means the amounts that *You* must pay us for the insurance and services in accordance with the terms of the *Policies*, this Agreement, and any similar primary casualty insurance policies and agreements with us incurred before the inception date hereof. Such amounts shall include, but are not limited to, any of the following, including any portions thereof not yet due and payable:

    *   the premiums and premium surcharges, taxes and assessments,
    *   *Deductible Loss Reimbursements*,
    *   any amount that we may have paid on *Your* behalf because of any occurrence, accident, offense, claim or suit with respect to which *you* are a self-insurer,
    *   any other fees, charges, or obligations as shown in the *Schedule* or as may arise as *You* and we may agree from time to time.

2004 Addendum to Pmt. Agrmt.Doc

A 011

05/01/2008  08:30    9086794297

- costs and expenses incurred by any third party administrator.

**Loss Reserves:** *Your Payment Obligation* includes any portion of the premiums, premium surcharges, *Deductible Loss Reimbursements* or other obligations that we shall have calculated on the basis of our reserves for Loss and *ALAE*. Those reserves shall include specific reserves on known *Losses* and *ALAE*, reserves for incurred but not reported *Losses* and *ALAE*, and reserves for statistically expected development on *Losses* and *ALAE* that have been reported to us. Any *Loss* development factors we apply in determining such reserves will be based on our actuarial evaluation of relevant statistical data including, to the extent available and credible, statistical data based upon *Your* cumulative *Loss* and *ALAE* history.

**Premium Tax on Deductibles:**  If any claim is made by any state regulatory authority that the amounts which *You* have paid us as deductible reimbursements hereunder are premium, and thus subject to premium taxes and/or assessments, we will notify *You* of the existence of such claim.  We will give *You* the opportunity of joining with us in any proceeding to contest such claim at *Your* own expense, or to contest such claim independently at *Your* own expense, or to pay *Us* the premium taxes and assessments. In the event a determination is made that said reimbursed amounts are taxable as premium or subject to assessments and *You* have not paid *Us* for these taxes and assessments in advance, *You* agree to pay the premium taxes and/or assessments and any related fines, penalties or interest that may be imposed as a result of the non-payment of premium taxes and/or assessments applicable to the *Policies*. If *You* have paid *Us* the taxes and/or assessments and *We* unsuccessfully contest the claim, *You* will not be liable to *Us* for any related fines, penalties or interest. If *We* successfully contest the claim, the   taxes and/or assessments *You* paid in advance will be refunded to *You*. Any state in which premium tax on deductible reimbursements is already included in the premium charged hereunder will be identified on the *Schedule*.

2.  The section entitled: **WHAT ELSE SHOULD YOU KNOW ABOUT YOUR PAYMENT OBLIGATION?** is amended to include the following:

We will contract with a Third Party Administrator (TPA) that you select for the adjustment of your claims under the Policies provided that we consent to your selection in advance.  Our relationship with the TPA will be governed by a claims service agreement between us and the TPA, a copy of which will be made available to you upon your request. Any TPA you select must meet all of our licensing requirements. You will be responsible for any costs associated with any change from one TPA to another TPA that we or you make at any time. We will exercise good faith consistent with usual and customary commercial practice before we change one TPA to another TPA. Any amounts we pay to any TPA on your behalf shall be considered part of Your Payment Obligation, and shall include, but not be limited to the following: cost of adjusting expense at new TPA; costs or losses incurred as a result of claims handling conduct of prior TPA, including fines and penalties; fines and penalties for failure to submit accurate data to regulatory bureaus; data transfer expense; costs to retrieve or recreate information not properly maintained by prior TPA; and costs to set up new escrow account.

3. The section entitled: **WHEN MUST** *YOU* **PAY** *YOUR* **PAYMENT OBLIGATION?** is amended to include the following:

All payments are due by the due date stated in the *Schedule*, or as respects Additional Payments, within 30 days of the later of the Invoice, Notice or Bill date or *Your* evidenced receipt date of the Invoice, Notice or Bill for each such Additional Payment. If payment is not made when due, interest will accrue on the unpaid balance daily after the due date at the Prime Rate then in effect at Citibank, N.A., NY, NY, plus 150 basis points.

4. The section entitled: **WHAT ABOUT COLLATERAL?** is amended to include the following:

Collateral Exchange:

At our sole discretion we may approve Your substitution or exchange of one form or instrument of collateral for another. Any replacement collateral must be in a form and drawn on a bank or insurer acceptable to us. If the original collateral was in the form of cash on which interest was being earned, a substitution may result in a change to the interest rate. We will not approve your substitution or exchange of collateral if you are in Default of any of the terms of this Agreement or have triggered any applicable Financial Covenants, Tests or Minimum Credit Ratings shown in the Schedule.

5. The section entitled: **HOW WILL DISAGREEMENTS BE RESOLVED?, ARBITRATION PROCEDURES – How arbitrators must be chosen,** is deleted and replaced by the following:

**How arbitrators must be chosen:** You must chose one arbitrator and we must choose another. They will choose the third. If you or we refuse or neglect to appoint an arbitrator within 30 days after written notice from the other party requesting it to do so, or if the two arbitrators fail to agree on a third arbitrator within 30 days of their appointment, either party may make application only to a court of competent jurisdiction in the City, County, and State of New York. Similarly, any action or proceeding concerning arbitrability, including motions to compel or to stay arbitration, may be brought only in a court of competent jurisdiction in the City, County, and State of New York.

      **IN WITNESS WHEREOF,** the parties hereto have caused this Addendum to be executed by their duly authorized representatives in _____, _____ this _____ day of _____."

2004 Addendum to Pmt. Agrmt.Doc

A 013

For **National Union Fire Insurance Company of Pittsburgh, Pa.,**
On behalf of itself and its affiliates first listed above:

In New York, New York,

This *15* day of *March 2005.*

Signed by _____

Typed Name Bradley Smith

Title Attorney of Fact

**For *You*, our Client**

*Excel Staffing Services Inc.*

In *Phoenix / Scottsdale, AZ.*

This *3* day of *MARCH* , *05*

Signed by _____

Typed Name *Cliff Blake*

Title *PRESIDENT*

2004 Addendum to Pmt. Agrmt.Doc

A 014

# Schedule of Policies and Payments

## Incurred Loss Payments Plan

Effective from 12/31/2004 to 12/31/2005

Annexed to the PAYMENT AGREEMENT

effective on <u>01/01/2005</u>

by and between us,

**National Union Fire Insurance Company of Pittsburgh, Pa.**

On behalf of itself and all its affiliates including, but not limited to:

American Home Assurance Company
The Insurance Company of the State of Pennsylvania
National Union Fire Insurance Company of Pittsburgh, Pa.
Commerce and Industry Insurance Company
Birmingham Fire Insurance Company
Illinois National Insurance Company
American International South Insurance Company
AIU Insurance Company
American International Pacific Insurance Company
Granite State Insurance Company
Landmark Insurance Company
National Union Fire Insurance Company of Louisiana
New Hampshire Insurance Company
and *You,* our Client

*EXCEL STAFFING SERVICES INC*
*15010 N 78TH WAY STE 107*
*SCOTTSDALE  AZ  85260-2612*

on behalf of *You* and all *Your* subsidiaries or affiliates except those listed below:

For our use only: 572850

---

Edition 1/99

Incurred Loss Payments Method

Page 1 of 5

## List of Addressees for Notices and Other Purposes

**Your Address:**

Contact Name:
Company Name: EXCEL STAFFING SERVICES INC
Street: 15010 N 78TH WAY STE 107
City: SCOTTSDALE          State: AZ          Zip: 85260-2612   Phone: (480) 315-0490

**Your Representative:**

Contact Name: Daryl Dittmer
Company Name: RISK STRATEGIES CO INS BROK IN
Street: 160 Federal Street
City: Boston          State: MA          Zip: 02110          Phone: (617) 330-5720

**Our Account Executive:**

Contact Name: Thomas Kaplan
Company Name: AIG RM
Street: 80 Pine Street, 2nd Floor
City: New York          State: NY          Zip: 10005          Phone: 212-770-1010

**Our Law Representative:**

Contact Name: Kathleen Donahue Aguilar
Company Name: AIG DBG LEGAL
Street: 175 Water Street, 18th Floor
City: New York          State: NY          Zip: 10038          Phone: 212-458-7014

**Remit Payments to:**

Contact Name:
Company Name: American International Companies
Street: PO Box 10472
City: Newark          State: NJ          Zip: 07193          Phone:

**Remit Collateral to:**

Contact Name: Attn: Mr. Art Stillwell
Company Name: American International Group Inc.
Street: P.O.Box 923 Wall Street Station
City: New York          State: NY          Zip: 10268          Phone: 212-770-0896

**Underwriter**

Contact Name: Dan Ovadia
Company Name: AIG RM
Street: 99 High Street, 31st Floor
City: Boston          State: MA          Zip: 02110          Phone: 617-457-2954

Contact Name:
Company Name:
Street:
City:          State:          Zip:          Phone:

Edition 1/99

Incurred Loss Payments Method

Page 2 of 5

A 016

## A. Policies and Other Agreements

Workers Compensation and Employers Liability Insurance

WC 834439 , WC 834440.

Commercial General Liability Insurance

Automobile Liability Insurance

Other Insurance (describe):

Other Agreements (Describe)

## B. Payment Plan:

### 1. Cash Deposit, Installments and Estimated Deferred Amounts

| Payment No. | Due Date | Provision for Expenses And Excess Losses(1) | Special Taxes and Surcharges | Annual Credit Fee | Provision for Limited Losses(2) | Your Estimated Payment Obligation |
|---|---|---|---|---|---|---|
| 1 | 12/31/2004 | $522,289 | $9,703 | $0 | $40,000 | $571,992 |
| | Subtotals | $522,289 | $9,703 | $0 | $40,000 | $571,992 |
| | DLP* | N/A | N/A | N/A | $760,000 | $760,000 |
| | DEP* | $0 | $0 | $0 | N/A | $0 |
| | Totals | $522,289 | $9,703 | $0 | $800,000 | $1,331,992 |

DLP means "Deferred Loss Provision". This is the estimated amount *You* must pay us as "Additional Payments" described below.

DEP means "Deferred Expense Provision". This is an estimated amount that *You* must pay us as follows:

| Date | Type | Amount |
|---|---|---|
| N/A | N/A | N/A |

Notes

(1) "Provision for Expenses and Excess Losses" is a part of the Premium. The remainder of the Premium is included under "Provision for Limited Losses".

(2) "Provision for Limited Losses" includes provision for *Loss* within *Your Retention* (both Deductible and Loss Limit) and *Your* share of *ALAE*. Any "Deposit" in this column is the Claims Payment Deposit. Refer to definitions in the Payment Agreement.

### 2. Adjustments

The sums shown above are only estimated amounts. If *Your Payment Obligation* changes under the terms of the *Policies*, we will promptly notify *You* as such changes become known to us. All additional or return amounts relating thereto shall be payable in accordance with the terms of the Payment Agreement.

### 3. Additional Payments

*You* must pay us the installment amounts by the due dates as specified in Section B.1. We have calculated the part of those installments designated as "Provision for Limited Losses" to equal the *Losses* within *Your Retention* and *Your* share of *ALAE* that we expect to incur during the period for which Provision for Limited Losses amounts are shown in Section B.1. For the purposes of this *Schedule*, the amount we incur will be the sum of the amounts we pay and the amounts we reserve for payment on claims that have been reported to us, but shall not include our reserves for *Losses* that have been incurred but have not been reported to us.

By the end of that period,

- we will determine the actual amounts of *Loss* within *Your Retention* and *Your* share of *ALAE* that we have incurred under the *Policies*, and

A 017

- If we have incurred more for *Loss* within *Your Retention* and *Your* share of *ALAE* under the *Policies* than the sum that *You* have paid us as Provision for Limited Losses, *You* must upon our demand pay us the difference, or

- If we have incurred less for *Loss* within *Your Retention* and *Your* share of *ALAE* under the *Policies* than the sum that *You* have paid us as Provision for Limited Losses, we will credit the difference against *Your* subsequent obligation to pay us as described below; and

- we will calculate the amount of *Losses* within *Your Retention* and *Your* share of *ALAE* that we expect to incur during the next annual period. We will notify *You* of the due date and amount of each subsequent payment due us during the next annual period.

We will repeat this procedure at the end of each subsequent annual period until Conversion.

Billing Method:

☒ Billing to

☒ *You* at *Your* address shown in the *Schedule*, or

☐ *Your* Representative at its address shown in the *Schedule*; or

☐ Automatic Withdrawal from the account described below.

If Automatic Withdrawal Account applies: Minimum Amount:

Name of Depository Institution:

Address:

Account Number:

### 4. Conversion

The Conversion Date for each *Policy* described in section A above shall be the date <u>60</u> months after the inception of such *Policy*.

On or shortly after the Conversion Date upon the presentation of our invoice, *You* must pay in cash the entire unpaid amount of *Your Payment Obligation* for such *Policies*.

## C. Security Plan

### 1. Collateral

| Collateral on Hand (by Type) | Amount of Collateral |
|---|---|
| N/A | N/A |
| Total Collateral on Hand | $0 |

| Additional Collateral Required (by Type) | Amount of Collateral | Due Date |
|---|---|---|
| LETTER OF CREDIT | $840,000 | 12/31/2004 |
| CLAIMS PAYMENT FUND | $40,000 | 12/31/2004 |
| Total Additional Collateral Required | $880,000 | |
| Total Collateral Required | $880,000 | |

### 2. Financial Covenants, Tests, or Minimum Credit Ratings

We may require additional collateral from *You* in the event of the following:

a. Credit Trigger:

i. If the credit rating of the entity named below and for the type of debt described below, promulgated by Standard & Poor's Corporation ("S&P") or by Moody's Investors Services, Inc. ("Moody's"), drops below the grade shown respectively under S&P or Moody's, or

ii.   If S&P or Moody's withdraws any such rating.

We may require and *You* must deliver such additional collateral according to the Payment Agreement up to an amount such that our unsecured exposure will not exceed the amount shown as the Maximum Unsecured Exposure next to such rating in the grid below.

"Unsecured exposure" is the difference between the total unpaid amount of *Your Payment Obligation* (including any similar obligation incurred before the inception of the Payment Agreement and including any portion of *Your Payment Obligation* that has been deferred and is not yet due) and the total amount of *Your* collateral that we hold.

Name of Entity:  Type of Debt Rated:

### Ratings at Effective Date

| S&P | Moody's | Unsecured Exposure at Effective Date |
|-----|---------|--------------------------------------|
|     |         |                                      |
|     |         |                                      |
|     |         |                                      |

### Potential Future Ratings

| S&P | Moody's | Maximum Unsecured Exposure |
|-----|---------|----------------------------|
| AA- | Aa3     |                            |
| A-  | A3      |                            |
| BBB | Baa2    |                            |
| BB  | Ba2     |                            |

b.   Other Financial Tests or Covenants:

## 3.   Adjustment of Credit Fee

If the amount of unsecured exposure is changed because of *Your* delivery of additional collateral to us due to the requirements under item 2 above, the Credit Fee shall be adjusted on a pro-rata basis from the date of such delivery.

## SIGNATURES

IN WITNESS WHEREOF, *You* and we have caused this *Schedule* to be executed by the duly authorized representatives of each.

For us, National Union Fire Insurance Company of Pittsburgh Pa., on behalf of itself and all its affiliates,
this _15_ day of _March_ _2005_
Signed by _Bradle Smith_
Typed Name Bradley Smith
Title Attorney of Fact

For *You*: EXCEL STAFFING SERVICES INC .
this _3_ day of _MARCH , 05_
Signed by _Cliff_
Typed Name _Cliff Blake_
Title _PRESIDENT_

# LARGE RISK RATING PLAN ENDORSEMENT

## PLAN TYPE ONE YEAR

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" needs to be completed only when this endorsement is issued subsequent to the preparation of the policy.)

This Endorsement, effective 12:01 AM 12/31/2004 forms a part of Policy Number WC 834439

Issued to **EXCEL STAFFING SERVICES INC**

By **New Hampshire Insurance Company**

## PART I. GENERAL TERMS and CONDITIONS

This endorsement determines the *Final Premium* for the insurance provided during the Rating Period by this policy, any other policy described in this endorsement in Section 1 of PART II, and the renewals and replacements of each (the "policies"). The Rating Period begins and ends at 12:01 AM on the respective dates shown in Section 1 of PART II. If the Plan Type of this endorsement states Construction Project, this endorsement applies only to, and for the duration of, the construction project described in Section 1 of PART II.

The rates and the basis types described in PART II will remain fixed for the duration of the Rating Period, except (if applicable) Section 7 "Claims Service Charges on Fee Basis", Section 8 "Taxes, Assessments and Surcharges", and any applicable items set forth in Section 11 "Exceptions". These exceptions will be subject to change at each anniversary of the beginning of the Rating Period.

### Section 1. Premium Calculation

The *Final Premium* for the policies will be the sum of the total *Subject Premium* and the total *Non-Subject Premium*. The way that the total *Subject Premium* will be determined is described below and is shown in Section 9, Item A of PART II. The way that the total *Non-Subject Premium* will be determined is described below and is shown in Section 9, Item B of PART II.

A. **Total Subject Premium:** The total *Subject Premium* for the policies will be determined separately by state and kind of insurance. For each state and kind of insurance, the *Subject Premium* shall be the sum of *Subject Losses* and the Charges for the Insurance Charge, Expenses and Profit divided by the Tax/Assessment Divisor as determined below.

1. *Subject Losses:* The first part of the *Subject Premium* will be the sum of all *Subject Losses* under any applicable terms of the policies described in Section 1 of PART II and as identified in Section 5, Item A of PART II.

2. *Charges for Insurance Charge, Expenses and Profit:* The second part of the *Subject Premium* will be the component parts of the *Subject Premium* other than *Subject Losses* that are identified as line items in Section 9, Item A of PART II.

   The entire estimated amount of each such charge can be found in Section 9, Item A of PART II subject to any applicable Minimum Premium shown for it.

   We will apportion the entire amount of each such charge to each kind of insurance and state covered under the policies in proportion to the respective *Standard Premium* of each, except that:

   a. Charges for claims service expenses will be allocated in proportion to respective *Subject Losses*, and

   b. Charges for administrative expenses and profit for the kinds of insurance in the states described in Section 2 of PART II will be the difference between:

      i. the *Final Premium* for such kinds of insurance and states determined as provided for in the policy other than by this Endorsement, and

      ii. the sum of *Subject Losses*, all other charges for the Insurance Charge, Expenses and Profit included in this item 2, taxes and assessments determined through the application of the Tax/Assessment Divisor, and *Non-Subject Premiums* for such states.

3. *Tax/Assessment Divisor:* One (1.000) less the Tax/Assessment Rate as shown in Section 9 Item A of PART II. The rate is calculated as indicated in Section 8 of PART II.

B. **Total Non-Subject Premium:** The part of the *Final Premium* for the kinds or layers of insurance described in Section 9, Item B of PART II will be calculated as shown therein. If no *Basis* of premium determination for *Non-Subject Premium* is shown in Section 9, Item B of PART II, the *Non-Subject Premium* will be determined as set forth in the policy under which such insurance is provided.

Copyright 2004 American International Group, Inc.

A 020

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 2. Schedule of Premium Adjustments

A. The estimated *Final Premium* is shown in Section 9, Item C of PART II. We will recalculate the estimated *Final Premium* as soon as practicable after the First Valuation Date shown in Section 5 of PART II. We will recalculate the estimated *Final Premium* annually thereafter until you and we agree in writing that no more recalculations will be done.

B. Additional premium due us, or return premium due you, resulting from the calculation or recalculation of the *Final Premium*, will be payable in its entirety promptly unless otherwise specified in a premium finance agreement between you and us.

## Section 3. Expected Total Cost

In addition to *Final Premium*, you may be liable under the terms of the policies for reimbursements of certain losses and *Allocated Loss Adjustment Expenses* we pay, subject to any *Minimum Cost* and *Maximum Cost* as described below, and surcharges. Our estimated amounts for such additional costs, if any, are shown in Section 9, Item C of PART II.

A. *Minimum Cost*: If a *Minimum Cost* is applicable, that amount is the minimum you must pay for the *Subject Premium* and, if applicable, *Non-Subject Premium*, *Reimbursable Losses*, *Deductible Losses*, *Self-Insured Losses* and *ALAE* itemized in Section 6 Item A. c. of PART II. Component items not itemized in Section 6, Item A. c. of Part II are not included in the *Minimum Cost*. If an Adjustment Rate and a *Basis* of Adjustment are shown in Section 6, Item A. a. of PART II, the *Minimum Cost* will be determined by multiplying the Adjustment Rate by the actual *Basis* of Adjustment as determined by our final audit of your books and records.

B. *Maximum Cost*: If a *Maximum Cost* is applicable, that amount is the maximum you must pay for *Subject Premium* and, if applicable, *Non-Subject Premium*, *Reimbursable Losses*, *Deductible Losses*, *Self-Insured Losses* and *ALAE* itemized in Section 6 Item B. c. of PART II. Component items not itemized in Section 6, Item B. c. of Part II are not included in the *Maximum Cost*. If an Adjustment Rate and a *Basis* of Adjustment are shown in Section 6, Item B. a. of PART II, the *Maximum Cost* will be determined by multiplying the Adjustment Rate by the actual *Basis* of Adjustment as determined by our final audit of your books and records.

## Section 4. Definitions

A. *"Aggregate Stop Amount"* means the maximum amount of benefits, damages and *ALAE* payable by you for losses under the policies described in Section I of PART II, subject to any *Aggregate Stop Limit*.

B. *"Aggregate Stop Limit"* means the maximum amount of benefits, damages and *ALAE* above the *Aggregate Stop Amount* that we will not require you to reimburse us for under any Loss Reimbursement or Deductible terms of the policies described in Section I of PART II.

C. *"Allocated Loss Adjustment Expenses"* or *"ALAE"* will include all fees for service of process and court costs and court expenses; pre- and post-judgement interest; attorneys' fees; cost of undercover operative and detective services; costs of employing experts; costs for legal transcripts, copies of any public records, and costs of depositions and court-reported or recorded statements; costs and expenses of subrogation; and any similar fee, cost or expense reasonably chargeable to the investigation, negotiation, settlement or defense of a loss or a claim or suit against you, or to the protection and perfection of your or our subrogation rights.

*ALAE* will not include loss adjustment expenses explicitly included in the premium calculation formula of Section 1, Paragraph A, Item 2 of this PART I or otherwise explicitly included in the rating values shown in PART II; nor the salary, employee benefits, or overhead of any of our employees, nor the fees of any attorney who is our employee or under our permanent retainer; nor the fees of any attorney we retain to provide counsel to us about our obligations, if any, under any policy issued by us or our affiliated companies, with respect to a claim or suit against you.

*ALAE* Option selected and shown in Section 3 of PART II is described below.

a. Option A: *Subject Loss* includes all or a part of all *ALAE* such that the *Subject Loss* will not exceed the applicable *Retained Amount*.

b. Option B: *Subject Loss* includes 100% of all *ALAE*.

c. Option C: *Subject Loss* includes all or a part of *ALAE* calculated according to the following formula:

   i. if we incur NO obligation under the policies to pay damages, benefits or indemnity resulting from a claim, *Subject Loss* under that claim will include all *ALAE* up to the applicable *Retained Amount* and a percentage of all *ALAE* in excess thereof. That percentage is shown in Section 3 of PART II under "Option C Excess ____%"; or

Copyright 2004 American International Group, Inc.
01/01/2005 015/12 9447589

A 021

# LARGE RISK RATING PLAN ENDORSEMENT

    ii.  if we DO incur an obligation to pay damages, benefits or indemnity under the policies because of a claim, *Subject Loss* under that claim will include all *ALAE* incurred under that claim, multiplied by the amount of our obligation to pay damages or benefits up to the applicable *Retained Amount*, divided by the total amount of our obligation to pay damages or benefits.

   d.  Option D: *Subject Loss* includes none of the *ALAE.*

D.  *"Basis"* will have the meaning(s) shown in Section 10 of PART II.

E.  *"Deductible Loss"* means any amount that you must reimburse us under a Deductible Endorsement of the policies described in Section I of PART II.

F.  *"Final Premium"* means the premium for the insurance afforded under the policies described in Section 1 of PART II and others as may be added by endorsement thereto, upon its final recalculation according to the terms of the policies and this endorsement. Prior to such final recalculation, the premium for such insurance is only the estimated premium.

G.  *"Incurred Loss"* means the total amount we have paid and have reserved for payment as damages or benefits because of an occurrence, accident, claim or suit, and all the *Allocated Loss Adjustment Expenses* we incur in connection therewith under a policy described in PART II, including reserves for occurrences, accidents, claims or suits that have happened but have not been reported to us and for statistically expected loss development on claims that have been reported to us.

H.  *"Minimum Cost"* means the minimum amount payable by you for the Schedule of *Subject Premium* and *Reimbursable Losses* and *Deductible Losses* and *Self-Insured Losses* and *ALAE*, if applicable, described in Section 6 of PART II.

I.  *"Maximum Cost"* means the maximum amount payable by you for the Schedule of *Subject Premium* and *Reimbursable Losses* and *Deductible Losses* and *Self-Insured Losses* and *ALAE*, if applicable, described in Section 6 of PART II.

J.  *"Non-Subject Premium"* means the premium not subject to the premium calculation of this endorsement.

K.  *"Reimbursable Loss"* means any amount that you must reimburse us under a Loss Reimbursement Endorsement of the policies described in Section I of Part II.

L.  *"Retained Amount"* means:

   1.  the amount that is specified as your Self-Insured Retention or as the Loss Reimbursement amount or Deductible amount applicable to an *Incurred Loss* in the applicable policy; or

   2.  if the foregoing does not apply, the largest part of any damages or benefits paid or payable under a policy because of any single accident, occurrence, claim or suit, that we will include in the computation of the *Subject Premium.*

Such amount is shown in Section 4 of PART II for each type of insurance afforded under the policies described in Section 1 of PART II.

M.  *"Self-Insured Loss"* or *"SIR"* means any loss you incur under a Self-Insured Retention of the policies described in Section I of PART II.

N.  *"Standard Premium"* means the premium as calculated according to the terms of each applicable policy, without application of this Endorsement, subject to the following:

   1.  For Workers Compensation and Employers Liability Insurance, *Standard Premium* means the premium determined on the basis of our rates as approved by regulatory authority, the remuneration of your employees in the coverage period, your Experience Modifications and Schedule Modifications, Loss Constant, and Minimum Premiums. Determination of *Standard Premium* will exclude:

      a.  any discount that recognizes any reduction in our expense ratio based on premium size or other factors; or

      b.  any discount for a Loss Reimbursement or Deductible.

      c.  Expense Constant.

   2.  For all other insurance, *Standard Premium* is the premium as calculated according to the terms of each applicable policy for insurance within the *Retained Amounts*, but without the application of this Endorsement, and without reduction for:

Copyright 2004 American International Group, Inc.
01/01/2005 015/12 9447589

A 022

# LARGE RISK RATING PLAN ENDORSEMENT

    a.  any discount that recognizes any reduction in our expense ratio based on premium size or other factors; or

    b.  any discount for a Loss Reimbursement or Deductible.

O.  *"Subject Loss"* means the entire *Incurred Loss* (including any reimbursable or deductible portion of it) up to the sum of:

    1.  the damages or benefits we must pay or have paid up to the *Retained Amount,* and

    2.  all or a part of the *Allocated Loss Adjustment Expenses* we incur in accordance with the *ALAE* Option shown in Section 3 of PART II and defined in Item C of this section.

P.  *"Subject Premium"* means the premium subject to retrospective adjustment on the basis described in Section 1, Paragraph A of this PART I.

## Section 5. Exceptions and Changes

All exceptions and changes, if any, to the provisions of PART I , PART II or PART III of this endorsement are set forth in Section 11 of PART II or in a written addendum hereto.

Copyright 2004 American International Group, Inc.
01/01/2005 015/12 9447589

A 023

# LARGE RISK RATING PLAN ENDORSEMENT

## PART II. *SCHEDULE* of POLICIES and RATING VALUES

### Section 1. APPLICATION of this Endorsement

**RATING PERIOD:** This Endorsement applies to the period beginning **12/31/2004** and ending **12/31/2005**. The *Basis* of Premium, *Subject Losses, Self-Insured Losses, Minimum Cost, Maximum Cost,* Minimum Premiums and Estimated Premiums shown in Section 5, Section 6, Section 7 and Section 9 of this PART II are estimated amounts for:

☐ the first year of the Rating Period, or ☒ the entire Rating Period.

**POLICIES:**

☒ This Endorsement applies to the policies described below, and to their replacements and renewals effective during the Rating Period, or

☐ This Endorsement applies to the policies described below, and to their replacements and renewals, and all subcontractor policies issued under a **Construction Project**. The Construction Project is described as follows:

N/A

a. Workers Compensation and Employers Liability Insurance policies:
   WC 834439 , WC 834440.

b. Commercial General Liability Insurance policies:

c. Automobile Liability Insurance policies:

d. Other Insurance policies (described):

### Section 2. Premiums for Insurance on risks in states described below will be determined in accordance with the terms of the applicable policy other than this endorsement.

| Kinds of Insurance | States |
|---|---|
| WC | FL. |

### Section 3. *Allocated Loss Adjustment Expenses* Options

| ALAE Option (enter ALAE Option A, B, C or D as applicable) | If ALAE Option C, enter Excess % | Applies to |
|---|---|---|
| C | 100% | WC 834439 , WC 834440 . |

Copyright 2004 American International Group, Inc.
01/01/2005 015/12 9447589

A 024

# LARGE RISK RATING PLAN ENDORSEMENT

**Section 4. *Retained Amounts:*** ☒ applicable to all Insureds; or ☐ refer to Extension Schedule

| Kind of Insurance | Retained Amount | Applicable to | Limitations or Descriptions |
|---|---|---|---|
| **Workers Compensation** | | | |
| Workers Compensation and Employers Liability under State Law – Insured States | $350,000 | Each Accident or each Person for Disease | |
| Workers Compensation and Employers Liability under Federal Law – **Insured States** | $0 | Each Accident or each Person for Disease | |
| Workers Compensation and Employers Liability – Self-Insured States | $0 | Each Accident or each Person for Disease | |
| Employers Liability – Monopolistic States | | Each Accident or each Person for Disease | |
| | | Each Accident or each Person for Disease | |
| **Commercial General Liability** | | | |
| Premises, Operations, Personal and Advertising Injury, Medical Payments, or Damage to Property Liability | $0 | Each Occurrence | |
| Products or Completed Operations Liability | $0 | Each Occurrence | |
| [Other] | | Each Occurrence | |
| **Commercial Automobile Liability, including UM/UIM and PIP/No Fault,** if any | | | |
| Automobile Liability | $0 | Each Accident | |
| Garage Liability | $0 | Each Accident | |
| [Other] | | Each Accident | |
| Combined Kinds Retention | | | |
| | | Each Occurrence | |

## Section 5. Forecast of *Subject Losses*

We have shown our forecast of your *Subject Losses* below.

a. Reimbursable and deductible portion of covered *Incurred Losses* (except amounts insured under "Deductible Liability Protection" policies, if any, subject to this Endorsement)　　　$0

b. All other covered *Subject Losses* (including amounts insured under "Deductible Liability Protection" policies, if any, subject to this Endorsement)　　　$800,000

First Loss Valuation Date: 05/31/2006 and annually thereafter until all claims are closed or mutually agreed upon as to value.

## Section 6. *Minimum Cost* and *Maximum Cost*

The *Minimum Cost* and *Maximum Cost*, if any, will be applied as explained below.

### Item A. *Minimum Cost:* ☐ applicable, or ☒ not applicable

Line of Insurance:　　None

a. *Minimum Cost*, adjustable on the *Basis* and rate shown below:　　　$0

Basis of Adjustment:　　None　　　Per　　0

Estimated *Basis* amount:　　$0

Adjustment Rate:　　0.0000

Copyright 2004 American International Group, Inc.

01/01/2005 015/12 9447589

A 025

# LARGE RISK RATING PLAN ENDORSEMENT

b. *Self-Insured Losses* you incur to which no insurance under the policies described in Section 1 of this PART II applies will NOT be included in determining whether or when the *Minimum Cost* has been reached, except as described herein:

   **Exceptions:** N/A

   Our forecast of your *Self-Insured Losses* included in paragraph a. above      $0

c. The following *Minimum Cost* itemization schedule applies:

## Item B. *Maximum Cost:* ☐ applicable, or ☒ not applicable

Line of Insurance:      None

The *Maximum Cost* will not be less than the estimated amount shown below, unless otherwise set forth in Section 11 of PART Two.

a. *Maximum Cost*, adjustable on the *Basis* and rate shown below:      $0

   Basis of Adjustment:      None      Per      0

   Estimated *Basis* amount:      $0      **Adjustment Rate:**      0.0000

b. *Self-Insured Losses* you incur to which no insurance under the policies described in Section 1 of this PART II applies will NOT be included in determining whether or when the *Maximum Cost* has been reached, except as described herein:

   **Exceptions:** N/A

   Our forecast of your *Self-Insured Losses* included in paragraph a. above      $0

c. The following *Maximum Cost* itemization schedule applies:

Copyright 2004 American International Group, Inc.
01/01/2005 015/12 9447589

A 026

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 7. Claims Service Charges

☐ Charge shown in Section 9, Item A *Subject Premium* of PART II, or ☒ fee schedule described below.

The Claims Service Provider is: AIGCS

### FEE SCHEDULE

☒ If X'ed here, the following fee schedule applies:

### Claims Services Fee Schedule - Rates per Claimant

| Type of Claim | Rate per Claimant | Estimated No. of Claimants | Estimated Fee |
|---|---|---|---|
| Workers Comp | | | |
| Medical | 125.00 | 65 | $8,125 |
| Indemnity | 900.00 | 24 | $21,600 |
| California | 1,050.00 | 2 | $2,100 |
| Texas | 0.00 | 0 | $0 |
| AOS | 0.00 | 0 | $0 |
| Surcharge Claims | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| General Liability | | | |
| Bodily Injury | 0.00 | 0 | $0 |
| Property Damage | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| Product Liability | | | |
| Bodily Injury | 0.00 | 0 | $0 |
| Property Damage | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| Automobile Liability | | | |
| Bodily Injury | 0.00 | 0 | $0 |
| Property Damage | 0.00 | 0 | $0 |
| Physical Damage | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| Incident Reports | 0.00 | 0 | $0 |
| Int. to Designated States | 0.00 | 0 | $0 |
| Other | 3,175.00 | 1 | $3,175 |
| | Estimated Total Rate-per-Claimant Fee | | $35,000 |

A 027

# LARGE RISK RATING PLAN ENDORSEMENT

☒ If X'ed here, the following fee schedule applies:

## Additional Service Fees Details

| Additional Service Fees | Item Count | Rate/Item | Estimated Fee |
|---|---|---|---|
| Quarterly Loss Report | 0 | 0.00 | $0 |
| Subcontractor Interoffice Supervision | 0 | 0.00 | $0 |
| Magnetic Tape Fee | 0 | 0.00 | $0 |
| Subrogation | 0 | 0.00 | $0 |
| Appraisals | 0 | 0.00 | $0 |
| TPA Expenses | 0 | 0.00 | $0 |
| GAB Expenses | 0 | 0.00 | $0 |
| Cash Management Account Services | 0 | 0.00 | $0 |
| Claim File Reviews | 0 | 0.00 | $0 |
| Contingency Recovery Fees | 0 | 0.00 | $0 |
| Incoming Quality Control | 0 | 0.00 | $0 |
| Legal Cost Control | 0 | 0.00 | $0 |
| Location Visits | 0 | 0.00 | $0 |
| Semiannual Client Meetings | 0 | 0.00 | $0 |
| RMIS Reports | 0 | 0.00 | $0 |
| Customized Account Servicing | 0 | 0.00 | $0 |
| Structured Settlement Program | 0 | 0.00 | $0 |
| Reporting | 0 | 0.00 | $0 |
| Conversion | 0 | 0.00 | $0 |
| Minimum Adjusting Fee | 0 | 0.00 | $0 |
| Intellirisk Charges | 0 | 0.00 | $0 |
| **Estimated Additional Services Fee** | | | $0 |

## Tail Fees Details

| Tail Fees | Item Count | Rate/Item | Estimated Fee |
|---|---|---|---|
| Workers Comp. Med. Only | 0 | 0.00 | $0 |
| Workers Comp. Indemnity | 0 | 0.00 | $0 |
| General Liability | 0 | 0.00 | $0 |
| Products Liability | 0 | 0.00 | $0 |
| Auto Liability | 0 | 0.00 | $0 |
| Maintenance | 0 | 0.00 | $0 |
| **Estimated Tail Fee** | | | $0 |

A 028

# LARGE RISK RATING PLAN ENDORSEMENT

☒ If X'ed here, the following fee schedules applies:

## Fee Schedule - Time and Expenses

| Type of Charge | Rate | Per | Est. Units | Estimated Fee |
|---|---|---|---|---|
| Investigating Service by Employed Staff | | Hour | | |
| Adjuster | | Hour | | |
| General Adjuster | | Hour | | |
| Executive General Adjuster | | Hour | | |
| Heavy Equipment Appraiser | | Hour | | |
| Auto Damage Appraiser | | Hour | | |
| Property Damage Appraiser | | Hour | | |
| Supervisor | | Hour | | |
| Examiner | | Hour | | |
| Account Manager | | Hour | | |
| | | Hour | | |
| | | Hour | | |
| Subcontracted Investigations And Appraisals | | Hour | | |
| Clerical and Statistical Processing | | Hour | | |
| Other Expenses, including | | | | |
| Telephone | | Minute | | |
| Postage & Express Mail | | Cost | | |
| Auto Mileage, Rental, Tolls, Parking | | Mile | | |
| Photocopies | | Copy | | |
| Photography | | Photo | | |
| Public Transportation | | Cost | | |
| Overhead | | Flat | | |
| Services Outside of USA | | | | |

| | | |
|---|---|---|
| Estimated Total Time and Expense | | $0 |
| Estimated Total Claims Service Expenses | | $35,000 |

A 029

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 8. Taxes and Assessments

The taxes and assessments determined by the method indicated by the box "X'd" below shall apply in determining the *Final Premium* earned under the policies described in Section 1 of Part II during the first annual term of this endorsement. If the Rating Period under this endorsement is longer than 1 year, we will provide you written notice of the applicable taxes and assessments for the subsequent term of the Rating Period not less than thirty (30) days prior to each anniversary of this endorsement.

### ☒ Item A. Fixed Rates

The Average Rates for taxes and assessments are shown in Item A. of Section 9 of PART II. The Average Rates will be fixed and applied without change in determining the *Final Premiums* earned under the policies described in Section I of PART II during the first annual period of this Endorsement.

### ☐ Item B. Rates to be Recalculated

The Average Rates for taxes and assessments are shown in Item A. of Section 9 of Part II. The Average Rates will be recalculated to determine the *Final Premium* under the policies described in Section I of PART II, based on the rates shown in the chart below.

Copyright 2004 American International Group, Inc.
01/01/2005 015/12 9447589

A 030

# LARGE RISK RATING PLAN ENDORSEMENT

**Section 9. The Rating Values and Amounts** shown below apply as the *Basis* of the *Final Premium* for the policies described in Section 1 of this Part II.

If the Rating Period exceeds one year; and if the estimated *Basis* of Premium, Minimum Premiums and Estimated Premiums shown below apply only to the first year, on or about each anniversary of the beginning of the Rating Period, we will issue an extension of this Section to show the rating values and amounts for each subsequent year of the Rating Period.

## Item A. Subject Premium, part of Final Premium

| Line Items | Rates | Per | Basis Types | Estimated Basis | Minimum Premium | Estimated Premium |
|---|---|---|---|---|---|---|
| Expected Primary Losses | 0.0000 | 1 | ULTIMATE LOSSES | 0 | $0 | $800,000 |
| Claims Service Fees | 0.0000 | 1 | CONTRACT | 0 | $0 | $35,000 |
| Basic | 0.5934 | 100 | WC PAYROLL | 44,332,159 | $262,060 | $263,060 |
| Taxes | 3.5237 | 100 | STANDARD PREMIUM | 1,337,356 | $0 | $47,124 |
| | | | | | Subtotal | $1,145,184 |
| Taxes/Assessments % | 0.0000% | or | Taxes/Assessments Divisor: | 0.000000 | | $0 |
| | | | | Estimated Total *Subject Premiums* | | $1,145,184 |

## Item B. Non-Subject Premiums, part of Final Premium

| Coverage Description | Rates | Per | Basis Types | Estimated Basis | Minimum Premium | Estimated Premium |
|---|---|---|---|---|---|---|
| Excess | 0.3995 | 100 | WC PAYROLL | 44,332,159 | $177,105 | $177,105 |
| | | | Estimated Total *Non-Subject Premiums* | | | $177,105 |

## Item C. Summary of Expected Total Cost

| | | | | | | |
|---|---|---|---|---|---|---|
| Estimated *Final Premium* (Part A. plus Part B) | | | | | | $1,322,289 |
| Expected *Reimbursable Losses* and *Deductible Losses* and *Self-Insured Losses* and *ALAE*, if applicable | | | | | | $0 |
| Minimum Cost from Section 6. If not applicable, show $0 | | | | | | $0 |
| Maximum Cost from Section 6. If not applicable, show $0 | | | | | | $0 |
| Surcharges: | 0.0000 | 1 | STANDARD PREMIUM | 0 | $0 | $9,703 |
| | | | | EXPECTED TOTAL COST | | $1,331,992 |

A 031

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 10. Basis of Premium:

**Payroll:** means all of the money or the substitute for money earned during the terms of the policies described in Section 1 of this PART II by you if you are the proprietor of the insured business, by all partners or joint venturers if you are a partnership or joint venture, by all members if you are a limited liability company, and by all employees including temporary employees and workers leased by you from any employee leasing organization for their services to you during the policy period, subject to limitations set forth in the New York Workers Compensation Rating Bureau's manual rules, if applicable.

**Sales:** means the gross amount of money you or others trading in your name have charged for all goods and services you or they have sold or distributed during the terms of the policies described in Section 1 of this PART II, including charges for delivery, installation, service and repair, and including taxes other than taxes which you or such others collect as a separate item and remit directly to a government division.

**Receipts:** means the gross amount of money you have charged others for work that you, your partners, your employees, your contractors and subcontractors at all levels have performed during the terms of the policies described in Section 1 of this PART II, including taxes other than taxes which you or such others collect as a separate item and remit directly to a government division.

**Cost:** means the total cost to you for all work performed for you during the terms of the policies described in Section 1 of this PART II by independent contractors and their subcontractors at all levels, including the cost of all labor, materials, equipment and supplies furnished, used or delivered for use in the execution of such work, whether furnished by the owner, by contractors, or subcontractors at any level, including but not limited to all fees, allowances, bonuses, and commissions either made, paid or due, as well as taxes other than taxes which you collect as a separate item and remit directly to a government division.

**Units:** means the number of items of the type specified in this endorsement. Units that you hold for use in your business will mean the sum of their number at the inception of the terms of the policies described in Section 1 of this PART II plus their number at their expiration or termination, times 50% of the fraction of a full year that such policies were in force. Units that you sell to others whether for your own account or the account of another means the total number of such units that you sell during the term of such policies.

**Indemnity Losses:** means the total amount we have paid and have reserved for payment as Workers Compensation benefits other than Medical benefits under a policy described in this PART II, including reserves for accidents or illness that have happened but have not been reported to us and for statistically expected loss development on claims that have been reported to us.

**Other:** (Other)

## Section 11. Exceptions

A 032

# LARGE RISK RATING PLAN ENDORSEMENT

## PART III. AGGREGATE STOP

The *Aggregate Stop Amount* and the *Aggregate Stop Limit*, if any, shown in the Schedule below will be applied as explained below.

## Section I. Aggregate Stop Amount

1. If an *Aggregate Stop Amount* is shown in the Schedule below, we will not include more than the *Aggregate Stop Amount* in the computation of the *Final Premium* and determination of maximum benefits, damages and "ALAE" payable or reimbursable by you under the terms of the policies described in Section I of PART II, subject to any *Aggregate Stop Limit* shown in the Schedule below.

   The maximum benefits, damages and *ALAE* to be included in the computation of the *Final Premium* will be the *Aggregate Stop Amount* shown in the Schedule below, less the following:

   a) all *Subject Losses* that you must reimburse us for under any Loss Reimbursement or Deductible terms applicable to the policy covering the *Incurred Loss,* and

   b) such amounts as described in Section III below that you have paid as *Self-Insured Losses.*

2. **Adjustment:** If an Adjustment Rate and an Adjustment *Basis* are shown in the Schedule below, the *Aggregate Stop Amount* shown in the Schedule below is only an estimate. The *Aggregate Stop Amount* will be finally determined by multiplying the Adjustment Rate by the final Adjustment *Basis* as determined by our audit of your books and records. The *Aggregate Stop Amount* will not be less than the estimated amount shown in the Schedule below, unless otherwise set forth in Section 11 of PART Two

3. The *Aggregate Stop Amount* will not be reduced on account of the cancellation of any policy to which this Endorsement applies.

## Section II. Aggregate Stop Limit

1. If an *Aggregate Stop Limit* is shown in the Schedule below, that Limit is the most *Subject Losses* above the *Aggregate Stop Amount* that will be excluded from the computation of the *Final Premium* and which you will not be required to reimburse us for under any Loss Reimbursement or Deductible terms of the policies described in Section I of PART II.

2. The *Aggregate Stop Limit* will not be reduced on account of the cancellation of any policy to which this Endorsement applies.

## Section III. Self-Insured Losses

*Self-Insured Losses:* Losses you incur to which no insurance applies under the policies described in Section I of PART II will NOT be included in determining whether or when the *Aggregate Stop Amount* or *Aggregate Stop Limit* have been reached, except as described herein:

Exceptions: None

## SCHEDULE

### *Aggregate Stop Amount* and *Aggregate Stop Limit*

The *Aggregate Stop Amount* and the *Aggregate Stop Limit* apply to the ☐ first year of, or ☒ entire Rating Period.

|   | Line of Insurance: | Workers Compensation - Insured. | | | | |
|---|---|---|---|---|---|---|
| a. | *Aggregate Stop Amount*, adjustable on the *Basis* and rate shown below. | | | | | $2,000,000 |
| b. | *Basis* of Adjustment | **WC PAYROLL** | Per | 100 | Estimated *Basis* Amount: | $44,332,159 |
|   |   |   |   |   | Adjustment Rate: | 4.5114 |
| c. | *Aggregate Stop Limit* | | | | | $0 |

Countersigned by _____  Date _____

(Authorized Signature)

Copyright 2004 American International Group, Inc.

01/81/2005 015/12 9447389

A 033

# Schedule of Policies and Payments

## Paid Loss Payments Plan

Effective from 12/31/2005 to 12/31/2006

Annexed to the PAYMENT AGREEMENT

effective on 12/31/2004

by and between us,

National Union Fire Insurance Company of Pittsburgh, Pa.

On behalf of itself and all its affiliates including, but not limited to:

American Home Assurance Company
The Insurance Company of the State of Pennsylvania
National Union Fire Insurance Company of Pittsburgh, Pa.
Commerce and Industry Insurance Company
Birmingham Fire Insurance Company
Illinois National Insurance Company
American International South Insurance Company
AIU Insurance Company
American International Pacific Insurance Company
Granite State Insurance Company
Landmark Insurance Company
National Union Fire Insurance Company of Louisiana
New Hampshire Insurance Company
and *You*, our Client

**EXCEL STAFFING SERVICES INC**
**14988 N 78TH WAY STE 200**
**SCOTTSDALE  AZ  85260-2612**

on behalf of *You* and all *Your* subsidiaries or affiliates except those listed below:

For our use only: 572951

A 034

## List of Addressees for Notices and Other Purposes

**Your Address:**

Contact Name: Denise Mitchell
Company Name: EXCEL STAFFING SERVICES INC
Street: 14988 N 78TH WAY STE 200
City: SCOTTSDALE        State: AZ         Zip: 85260-2612 Phone: (480) 315-0490

**Your Representative:**

Contact Name: Gayle McLean
Company Name: RISK STRATEGIES CO INS BROK IN
Street: 1 SPEEN ST
City: FRAMINGHAM       State: MA         Zip: 01701      Phone: (617) 330-5720

**Our Account Executive:**

Contact Name: Dmitriy Gorbachevskiy
Company Name: American International Group
Street: 80 Pine Street 2nd Floor
City: New York         State: NY         Zip: 10005     Phone: 212-770-1359

**Our Law Representative:**

Contact Name: Kathleen Donahue-Aguilar
Company Name: American International Group
Street: 175 Water Street
City: New York         State: NY         Zip: 10038     Phone: 212-770-7000

**Remit Payments to:**

Contact Name: Accounting
Company Name: American International Companies
Street: PO Box 10472
City: Newark           State: NJ         Zip: 07193     Phone:

**Remit Collateral to:**

Contact Name: Attn: Mr. Art Stillwell
Company Name: American International Group Inc.
Street: P.O.Box 923 Wall Street Station
City: New York         State: NY         Zip: 10268     Phone:

**Underwriter**

Contact Name: Dan Ovadia
Company Name: American International Group
Street: 99 High Street 31st Floor
City: Boston           State: MA         Zip: 02110     Phone: 617-457-2954

Contact Name:
Company Name:
Street:
City:                  State:            Zip:           Phone:

Edition 1/99

Paid Loss Payments Method

A 035

## A. Policies and Other Agreements

Workers Compensation and Employers Liability Insurance

WC 5731684 , WC 5731689 , WC 5731690.

Commercial General Liability Insurance

Automobile Liability Insurance

Other Insurance

Other Agreements (Describe)

## B. Payment Plan:

### 1. Cash Deposit, Installments and Estimated Deferred Amounts

| Payment No. | Due Date | Provision for Expenses And Excess Losses(1) | Special Taxes and Surcharges | Annual Credit Fee | Provision for Limited Losses(2) | Your Estimated Payment Obligation |
|---|---|---|---|---|---|---|
| 1 | 12/31/2005 | $147,174 | $20,237 | $0 | $67,500 | $234,911 |
| 2 | 01/31/2006 | $54,027 | $0 | $0 | $0 | $54,027 |
| 3 | 02/28/2006 | $54,027 | $0 | $0 | $0 | $54,027 |
| 4 | 03/31/2006 | $54,027 | $0 | $0 | $0 | $54,027 |
| 5 | 04/30/2006 | $54,027 | $0 | $0 | $0 | $54,027 |
| 6 | 05/31/2006 | $54,027 | $0 | $0 | $0 | $54,027 |
| 7 | 06/30/2006 | $54,026 | $0 | $0 | $0 | $54,026 |
| 8 | 07/31/2006 | $54,026 | $0 | $0 | $0 | $54,026 |
| 9 | 08/31/2006 | $54,026 | $0 | $0 | $0 | $54,026 |
| Subtotals | | $579,387 | $20,237 | $0 | $67,500 | $667,124 |
| DLP* | | N/A | N/A | N/A | $832,500 | $832,500 |
| DEP* | | $0 | $0 | $0 | N/A | $0 |
| Totals | | $579,387 | $20,237 | $0 | $900,000 | $1,499,624 |

DLP means "Deferred Loss Provision". This is the estimated amount You must pay us as "Regular Loss Payments" and "Sizeable Loss Payments" described below.

DEP means "Deferred Expense Provision". This is an estimated amount that You must pay us as follows:

| Date | Type | | Amount |
|---|---|---|---|
| N/A | N/A | | N/A |

Notes

(1) "Provision for Expenses and Excess Losses" is a part of the Premium.

(2) "Provision for Limited Losses" includes provision for Loss within Your Retention (both Deductible and Loss Limit) and Your share of ALAE. Any "Deposit" in this column is the Claims Payment Deposit. Refer to definitions in the Payment Agreement.

### 2. Adjustments

The sums shown above are only estimated amounts. If Your Payment Obligation changes under the terms of the Policies, we will promptly notify You as such changes become known to us. All additional or return amounts relating thereto shall be payable in accordance with the terms of the Payment Agreement.

### 3. Additional Payments

On a **Monthly** basis, we will report to *You* the amounts of *Loss* and *ALAE* that we have paid under the *Policies*. *You* must subsequently pay us as described below.

**Regular Loss Payments:** Regular Loss Payments apply in addition to the amounts shown with Due Dates in Section B above.

We will bill *You* or withdraw funds from the Automatic Withdrawal Account (whichever Billing Method applies as shown below) at the periodic intervals stated above for the amounts of *Loss* within *Your* share of *ALAE* that we will have paid under the *Policies*, less all amounts *You* will have paid us to date as such Regular Loss Payments and the Sizable Loss Payments described below.

**Sizable Loss Payments:** If we must make payment for any *Loss* within *Your Retention* and *Your* share of *ALAE* arising out of a single accident, occurrence, offense, claim or suit that in combination exceeds the Sizable Loss Payment Amount of **$15,000**, *You* must pay us the amount of that payment of *Loss* within 10 days after *You* receive our bill.

**Billing Method:**
    ☒ Billing to
        ☒ *You* at *Your* address shown in the *Schedule*, or
        ☐ *Your* Representative at its address shown in the *Schedule*; or
    ☐ Automatic Withdrawal from the account described below.

If Automatic Withdrawal Account applies: Minimum Amount:
Name of Depository Institution:
Address:
Account Number:

### 4. Conversion

The Conversion Date for each *Policy* described in section A above shall be the date \_ months after the inception of such *Policy*.

On or shortly after the Conversion Date upon the presentation of our invoice, *You* must pay in cash the entire unpaid amount of *Your Payment Obligation* for such *Policies*.

## C. Security Plan

### 1. Collateral

| Collateral on Hand (by Type) | Amount of Collateral |
|---|---|
| Escrow | $40,000 |
| LOCs | $840,000 |
| **Total Collateral on Hand** | **$880,000** |

| Additional Collateral Required (by Type) | Amount of Collateral | Due Date |
|---|---|---|
| Cash Security (Cash - Non Depleting) | $55,200 | 2008-03-31 |
| Cash Security (Cash - Non Depleting) | $55,200 | 2008-04-30 |
| Cash Security (Cash - Non Depleting) | $55,200 | 2008-05-31 |
| LETTER OF CREDIT | $666,900 | 2005-12-31 |
| CLAIMS PAYMENT FUND | $67,500 | 2005-12-31 |
| **Total Additional Collateral Required** | **$900,000** | |
| **Total Collateral Required** | **$1,780,000** | |

A 037

## 2. Financial Covenants, Tests, or Minimum Credit Ratings

We may require additional collateral from *You* in the event of the following:

a. **Credit Trigger:**

i. If the credit rating of the entity named below and for the type of debt described below, promulgated by Standard & Poor's Corporation ("S&P") or by Moody's Investors Services, Inc. ("Moody's"), drops below the grade shown respectively under S&P or Moody's, or

ii. If S&P or Moody's withdraws any such rating.

We may require and *You* must deliver such additional collateral according to the Payment Agreement up to an amount such that our unsecured exposure will not exceed the amount shown as the Maximum Unsecured Exposure next to such rating in the grid below.

"Unsecured exposure" is the difference between the total unpaid amount of *Your Payment Obligation* (including any similar obligation incurred before the inception of the Payment Agreement and including any portion of *Your Payment Obligation* that has been deferred and is not yet due) and the total amount of *Your* collateral that we hold.

Name of Entity:  Type of Debt Rated:

### Ratings at Effective Date

| S&P | Moody's | Unsecured Exposure at Effective Date |
|-----|---------|--------------------------------------|
|     |         |                                      |
|     |         |                                      |
|     |         |                                      |

### Potential Future Ratings

| S&P | Moody's | Maximum Unsecured Exposure |
|-----|---------|----------------------------|
| AA- | Aa3     |                            |
| A-  | A3      |                            |
| BBB | Baa2    |                            |
| BB  | Ba2     |                            |

b. Other Financial Tests or Covenants:

## 3. Adjustment of Credit Fee

If the amount of unsecured exposure is changed because of *Your* delivery of additional collateral to us due to the requirements under Item 2 above, the Credit Fee shall be adjusted on a pro-rata basis from the date of such delivery.

---

## SIGNATURES

IN WITNESS WHEREOF, *You* and we have caused this *Schedule* to be executed by the duly authorized representatives of each.

For us, National Union Fire Insurance Company of Pittsburgh Pa., on behalf of itself and all its affiliates,

For *You:* EXCEL STAFFING SERVICES INC

---

this _24_ day of _April_ _2006_

Signed by _Bradley Smith_

Typed Name **Bradley Smith**

Title **Attorney In Fact**

this _____ day of _____

Signed by _____

Typed Name _Cliff Blake_

Title _President_

A 039

# LARGE RISK RATING PLAN ENDORSEMENT

## PLAN TYPE ONE YEAR

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

*(The following "attaching clause" needs to be completed only when this endorsement is issued subsequent to the preparation of the policy.)*

This Endorsement, effective 12:01 AM **12/31/2005** forms a part of Policy Number **WC 5731689**

Issued to **EXCEL STAFFING SERVICES INC**

By **American Home Assurance Company**

## PART I. GENERAL TERMS and CONDITIONS

This endorsement determines the *Final Premium* for the insurance provided during the Rating Period by this policy, any other policy described in this endorsement in Section 1 of PART II, and the renewals and replacements of each (the "policies"). The Rating Period begins and ends at 12:01 AM on the respective dates shown in Section 1 of PART II. If the Plan Type of this endorsement states Construction Project, this endorsement applies only to. and for the duration of, the construction project described in Section 1 of PART II.

The rates and the basis types described in PART II will remain fixed for the duration of the Rating Period, except (if applicable) Section 7 "Claims Service Charges on Fee Basis", Section 8 "Taxes, Assessments and Surcharges", and any applicable items set forth in Section 11 "Exceptions". These exceptions will be subject to change at each anniversary of the beginning of the Rating Period.

## Section 1. Premium Calculation

The *Final Premium* for the policies will be the sum of the total *Subject Premium* and the total *Non-Subject Premium*. The way that the total *Subject Premium* will be determined is described below and is shown in Section 9, Item A of PART II. The way that the total *Non-Subject Premium* will be determined is described below and is shown in Section 9, Item B of PART II.

A. **Total Subject Premium:** The total *Subject Premium* for the policies will be determined separately by state and kind of insurance. For each state and kind of insurance, the *Subject Premium* shall be the sum of *Subject Losses* and the Charges for the Insurance Charge, Expenses and Profit divided by the Tax/Assessment Divisor as determined below.

   1. *Subject Losses:* The first part of the *Subject Premium* will be the sum of all *Subject Losses* under any applicable terms of the policies described in Section 1 of PART II and as identified in Section 5, Item A of PART II.

   2. Charges for Insurance Charge, Expenses and Profit: The second part of the *Subject Premium* will be the component parts of the *Subject Premium* other than *Subject Losses* that are identified as line items in Section 9, Item A of PART II.

   The entire estimated amount of each such charge can be found in Section 9, Item A of PART II subject to any applicable Minimum Premium shown for it.

   We will apportion the entire amount of each such charge to each kind of insurance and state covered under the policies in proportion to the respective *Standard Premium* of each, except that:

   a. Charges for claims service expenses will be allocated in proportion to respective *Subject Losses*, and

   b. Charges for administrative expenses and profit for the kinds of insurance in the states described in Section 2 of PART II will be the difference between:

      i. the *Final Premium* for such kinds of insurance and states determined as provided for in the policy other than by this Endorsement, and

      ii. the sum of *Subject Losses*, all other charges for the Insurance Charge, Expenses and Profit included in this item 2, taxes and assessments determined through the application of the Tax/Assessment Divisor, and *Non-Subject Premiums* for such states.

   3. Tax/Assessment Divisor: One (1.000) less the Tax/Assessment Rate as shown in Section 9 Item A of PART II. The rate is calculated as indicated in Section 8 of PART II.

B. **Total Non-Subject Premium:** The part of the *Final Premium* for the kinds or layers of insurance described in Section 9, Item B of PART II will be calculated as shown therein. If no Basis of premium determination for *Non-Subject Premium* is shown in Section 9, Item B of PART II, the *Non-Subject Premium* will be determined as set forth in the policy under which such insurance is provided.

---

Form No. 81461 (8/04)

Copyright 2004 American International Group, Inc.
12/30/2005 02AR9 5456843

Page 1 of 14

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 2. Schedule of Premium Adjustments

A. The estimated *Final Premium* is shown in Section 9, Item C of PART II. We will recalculate the estimated *Final Premium* as soon as practicable after the First Valuation Date shown in Section 5 of PART II. We will recalculate the estimated *Final Premium* annually thereafter until you and we agree in writing that no more recalculations will be done.

B. Additional premium due us, or return premium due you, resulting from the calculation or recalculation of the *Final Premium*, will be payable in its entirety promptly unless otherwise specified in a premium finance agreement between you and us.

## Section 3. Expected Total Cost

In addition to *Final Premium*, you may be liable under the terms of the policies for reimbursements of certain losses and *Allocated Loss Adjustment Expenses* we pay, subject to any *Minimum Cost* and *Maximum Cost* as described below, and surcharges. Our estimated amounts for such additional costs, if any, are shown in Section 9, Item C of PART II.

A. **Minimum Cost:** If a *Minimum Cost* is applicable, that amount is the minimum you must pay for the *Subject Premium* and, if applicable, *Non-Subject Premium, Reimbursable Losses, Deductible Losses, Self-Insured Losses* and *ALAE* itemized in Section 6 Item A. c. of PART II. Component items not itemized in Section 6, Item A. c. of Part II are not included in the *Minimum Cost*. If an Adjustment Rate and a *Basis* of Adjustment are shown in Section 6, Item A. a. of PART II, the *Minimum Cost* will be determined by multiplying the Adjustment Rate by the actual *Basis* of Adjustment as determined by our final audit of your books and records.

B. **Maximum Cost:** If a *Maximum Cost* is applicable, that amount is the maximum you must pay for *Subject Premium* and, if applicable, *Non-Subject Premium, Reimbursable Losses, Deductible Losses, Self-Insured Losses* and *ALAE* itemized in Section 6 Item B. c. of PART II. Component items not itemized in Section 6, Item B. c. of Part II are not included in the *Maximum Cost*. If an Adjustment Rate and a *Basis* of Adjustment are shown in Section 6, Item B. a. of PART II, the *Maximum Cost* will be determined by multiplying the Adjustment Rate by the actual *Basis* of Adjustment as determined by our final audit of your books and records.

## Section 4. Definitions

A. *"Aggregate Stop Amount"* means the maximum amount of benefits, damages and *ALAE* payable by you for losses under the policies described in Section I of PART II, subject to any *Aggregate Stop Limit*.

B. *"Aggregate Stop Limit"* means the maximum amount of benefits, damages and *ALAE* above the *Aggregate Stop Amount* that we will not require you to reimburse us for under any Loss Reimbursement or Deductible terms of the policies described in Section I of PART II.

C. *"Allocated Loss Adjustment Expenses"* or *"ALAE"* will include all fees for service of process and court costs and court expenses; pre- and post-judgement interest; attorneys' fees; cost of undercover operative and detective services; costs of employing experts; costs for legal transcripts, copies of any public records, and costs of depositions and court-reported or recorded statements; costs and expenses of subrogation; and any similar fee, cost or expense reasonably chargeable to the investigation, negotiation, settlement or defense of a loss or a claim or suit against you, or to the protection and perfection of your or our subrogation rights.

*ALAE* will not include loss adjustment expenses explicitly included in the premium calculation formula of Section 1, Paragraph A, Item 2 of this PART I or otherwise explicitly included in the rating values shown in PART II; nor the salary, employee benefits, or overhead of any of our employees, nor the fees of any attorney who is our employee or under our permanent retainer; nor the fees of any attorney we retain to provide counsel to us about our obligations, if any, under any policy issued by us or our affiliated companies, with respect to a claim or suit against you.

*ALAE* Option selected and shown in Section 3 of PART II is described below.

a. Option A: *Subject Loss* includes all or a part of all *ALAE* such that the *Subject Loss* will not exceed the applicable *Retained Amount*.

b. Option B: *Subject Loss* includes 100% of all *ALAE*.

c. Option C: *Subject Loss* includes all or a part of *ALAE* calculated according to the following formula:

   i. if we incur NO obligation under the policies to pay damages, benefits or indemnity resulting from a claim, *Subject Loss* under that claim will include all *ALAE* up to the applicable *Retained Amount* and a percentage of all *ALAE* in excess thereof. That percentage is shown in Section 3 of PART II under "Option C Excess %"; or

Copyright 2004 American International Group, Inc.
12/30/2005 024/09 9456043

A 041

# LARGE RISK RATING PLAN ENDORSEMENT

    ii. If we DO incur an obligation to pay damages, benefits or indemnity under the policies because of a claim, *Subject Loss* under that claim will include all *ALAE* incurred under that claim, multiplied by the amount of our obligation to pay damages or benefits up to the applicable *Retained Amount*, divided by the total amount of our obligation to pay damages or benefits.

    d. <u>Option D</u>: *Subject Loss* includes none of the *ALAE*.

D. *"Basis"* will have the meaning(s) shown in Section 10 of PART II.

E. *"Deductible Loss"* means any amount that you must reimburse us under a Deductible Endorsement of the policies described in Section I of PART II.

F. *"Final Premium"* means the premium for the insurance afforded under the policies described in Section 1 of PART II and others as may be added by endorsement thereto, upon its final recalculation according to the terms of the policies and this endorsement. Prior to such final recalculation, the premium for such insurance is only the estimated premium.

G. *"Incurred Loss"* means the total amount we have paid and have reserved for payment as damages or benefits because of an occurrence, accident, claim or suit, and all the *Allocated Loss Adjustment Expenses* we incur in connection therewith under a policy described in PART II, including reserves for occurrences, accidents, claims or suits that have happened but have not been reported to us and for statistically expected loss development on claims that have been reported to us.

H. *"Minimum Cost"* means the minimum amount payable by you for the Schedule of *Subject Premium* and *Reimbursable Losses* and *Deductible Losses* and *Self-Insured Losses* and *ALAE*, if applicable, described in Section 6 of PART II.

I. *"Maximum Cost"* means the maximum amount payable by you for the Schedule of *Subject Premium* and *Reimbursable Losses* and *Deductible Losses* and *Self-Insured Losses* and *ALAE*, if applicable, described in Section 6 of PART II.

J. *"Non-Subject Premium"* means the premium not subject to the premium calculation of this endorsement.

K. *"Reimbursable Loss"* means any amount that you must reimburse us under a Loss Reimbursement Endorsement of the policies described in Section I of Part II.

L. *"Retained Amount"* means:

    1. the amount that is specified as your Self-Insured Retention or as the Loss Reimbursement amount or Deductible amount applicable to an *Incurred Loss* in the applicable policy; or

    2. if the foregoing does not apply, the largest part of any damages or benefits paid or payable under a policy because of any single accident, occurrence, claim or suit, that we will include in the computation of the *Subject Premium*.

Such amount is shown in Section 4 of PART II for each type of insurance afforded under the policies described in Section 1 of PART II.

M. *"Self-Insured Loss"* or *"SIR"* means any loss you incur under a Self-Insured Retention of the policies described in Section I of PART II.

N. *"Standard Premium"* means the premium as calculated according to the terms of each applicable policy, without application of this Endorsement, subject to the following:

    1. For Workers Compensation and Employers Liability Insurance, *Standard Premium* means the premium determined on the basis of our rates as approved by regulatory authority, the remuneration of your employees in the coverage period, your Experience Modifications and Schedule Modifications, Loss Constant, and Minimum Premiums. Determination of *Standard Premium* will exclude:

        a. any discount that recognizes any reduction in our expense ratio based on premium size or other factors; or

        b. any discount for a Loss Reimbursement or Deductible.

        c. Expense Constant.

    2. For all other insurance, *Standard Premium* is the premium as calculated according to the terms of each applicable policy for insurance within the *Retained Amounts*, but without the application of this Endorsement, and without reduction for:

Copyright 2004 American International Group, Inc.
(IR) 12/30/2005 024/09 9456843

A 042

# LARGE RISK RATING PLAN ENDORSEMENT

a.  any discount that recognizes any reduction in our expense ratio based on premium size or other factors; or

b.  any discount for a Loss Reimbursement or Deductible.

O.  *"Subject Loss"* means the entire *Incurred Loss* (including any reimbursable or deductible portion of it) up to the sum of:

1.  the damages or benefits we must pay or have paid up to the *Retained Amount*, and

2.  all or a part of the *Allocated Loss Adjustment Expenses* we incur in accordance with the *ALAE* Option shown in Section 3 of PART II and defined in Item C of this section.

P.  *"Subject Premium"* means the premium subject to retrospective adjustment on the basis described in Section 1, Paragraph A of this PART I.

## Section 5. Exceptions and Changes

All exceptions and changes, if any, to the provisions of PART I , PART II or PART III of this endorsement are set forth in Section 11 of PART II or in a written addendum hereto.

# LARGE RISK RATING PLAN ENDORSEMENT

## PART II. *SCHEDULE* of POLICIES and RATING VALUES

### Section 1. APPLICATION of this Endorsement

**RATING PERIOD:** This Endorsement applies to the period beginning **12/31/2005** and ending **12/31/2006**.

The *Basis* of Premium, *Subject Losses, Self-Insured Losses, Minimum Cost, Maximum Cost,* Minimum Premiums and Estimated Premiums shown in Section 5, Section 6, Section 7 and Section 9 of this PART II are estimated amounts for:

☐ the first year of the Rating Period, or ☒ the **entire** Rating Period.

**POLICIES:** ☒ This Endorsement applies to the policies described below, and to their replacements and renewals effective during the Rating Period, or

☐ This Endorsement applies to the policies described below, and to their replacements and renewals, and all subcontractor policies issued under a **Construction Project.** The Construction Project is described as follows:

N/A

a. Workers Compensation and Employers Liability Insurance policies:
   **WC 5731684 , WC 5731689 , WC 5731690.**

b. Commercial General Liability Insurance policies:

c. Automobile Liability Insurance policies:

d. Other Insurance policies (described):

### Section 2. Premiums for insurance on risks in states described below will be determined in accordance with the terms of the applicable policy other than this endorsement.

| Kinds of Insurance | | States |
|---|---|---|
| WC | FL | |

### Section 3. *Allocated Loss Adjustment Expenses* Options

| ALAE Option (enter ALAE Option A, B, C or D as applicable) | If ALAE Option C, enter Excess % | Applies to |
|---|---|---|
| C | 100% | WC 5731684 , WC 5731690 , WC 5731689 . |

A 044

# LARGE RISK RATING PLAN ENDORSEMENT

**Section 4.** *Retained Amounts:* ☒ applicable to all Insureds; or ☐ refer to Extension Schedule

| Kind of Insurance | Retained Amount | Applicable to | Limitations or Descriptions |
|---|---|---|---|
| **Workers Compensation** | | | |
| Workers Compensation and Employers Liability under State Law – Insured States | $350,000 | Each Accident or each Person for Disease | |
| Workers Compensation and Employers Liability under Federal Law – Insured States | $350,000 | Each Accident or each Person for Disease | |
| Workers Compensation and Employers Liability – Self-Insured States | $0 | Each Accident or each Person for Disease | |
| Employers Liability - Monopolistic States | | Each Accident or each Person for Disease | |
| | | Each Accident or each Person for Disease | |
| **Commercial General Liability** | | | |
| Premises, Operations, Personal and Advertising Injury, Medical Payments, or Damage to Property Liability | $0 | Each Occurrence | |
| Products or Completed Operations Liability | $0 | Each Occurrence | |
| [Other] | | Each Occurrence | |
| **Commercial Automobile Liability, including UM/UIM and PIP/No Fault, if any** | | | |
| Automobile Liability | $0 | Each Accident | |
| Garage Liability | $0 | Each Accident | |
| [Other] | | Each Accident | |
| Combined Kinds Retention | | Each Occurrence | |

## Section 5. Forecast of *Subject Losses*

We have shown our forecast of your *Subject Losses* below.

a. Reimbursable and deductible portion of covered *Incurred Losses* (except amounts insured under "Deductible Liability Protection" policies, if any, subject to this Endorsement)     $72,703

b. All other covered *Subject Losses* (including amounts insured under "Deductible Liability Protection" policies, if any, subject to this Endorsement)     $827,297

First Loss Valuation Date: 05/31/2007 and annually thereafter until all claims are closed or mutually agreed upon as to value.

## Section 6. *Minimum Cost* and *Maximum Cost*

The *Minimum Cost* and *Maximum Cost*, if any, will be applied as explained below.

### Item A. *Minimum Cost:* ☐ applicable, or ☒ not applicable

Line of Insurance:     None

a. *Minimum Cost*, adjustable on the *Basis* and rate shown below:     $0

   *Basis* of Adjustment:    **None**      Per     **0**

   Estimated *Basis* amount:    **$0**       Adjustment Rate:    **0.0000**

Copyright 2004 American International Group, Inc.
12/30/2005 024/08 9456043

A 045

# LARGE RISK RATING PLAN ENDORSEMENT

b.  *Self-Insured Losses* you incur to which no insurance under the policies described in Section 1 of this PART II applies will NOT be included in determining whether or when the *Minimum Cost* has been reached, except as described herein:

  **Exceptions:**   N/A

  Our forecast of your *Self-Insured Losses* included in paragraph a. above    **$0**

c.  The following *Minimum Cost* itemization schedule applies:

### Item B. *Maximum Cost:* ☐ applicable, or ☒ not applicable

  **Line of Insurance:**    None

The *Maximum Cost* will not be less than the estimated amount shown below, unless otherwise set forth in Section 11 of PART Two.

a.  *Maximum Cost*, adjustable on the *Basis* and rate shown below:    **$0**

  **Basis** of Adjustment:    **None**           Per    **0**

  Estimated *Basis* amount:    **$0**

                                                           **Adjustment Rate:**    **0.0000**

b.  *Self-Insured Losses* you incur to which no insurance under the policies described in Section 1 of this PART II applies will NOT be included in determining whether or when the *Maximum Cost* has been reached, except as described herein:

  **Exceptions:**    N/A

  Our forecast of your *Self-Insured Losses* included in paragraph a. above    **$0**

c.  The following *Maximum Cost* itemization schedule applies:

Copyright 2004 American International Group, Inc.
12/30/2005 624/09 9456043

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 7. Claims Service Charges

☒ Charge shown in Section 9, Item A *Subject Premium* of PART II, or ☐ fee schedule described below.

The Claims Service Provider is: AIGCS

### FEE SCHEDULE

☐ If X'ed here, the following fee schedule applies:

### Claims Services Fee Schedule - Rates per Claimant

| Type of Claim | Rate per Claimant | Estimated No. of Claimants | Estimated Fee |
|---|---|---|---|
| Workers Comp | | | |
| Medical | 0.00 | 0 | $0 |
| Indemnity | 0.00 | 0 | $0 |
| California | 0.00 | 0 | $0 |
| Texas | 0.00 | 0 | $0 |
| AOS | 0.00 | 0 | $0 |
| Surcharge Claims | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| General Liability | | | |
| Bodily Injury | 0.00 | 0 | $0 |
| Property Damage | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| Product Liability | | | |
| Bodily Injury | 0.00 | 0 | $0 |
| Property Damage | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| Automobile Liability | | | |
| Bodily Injury | 0.00 | 0 | $0 |
| Property Damage | 0.00 | 0 | $0 |
| Physical Damage | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| Incident Reports | 0.00 | 0 | $0 |
| Int. to Designated States | 0.00 | 0 | $0 |
| Other | 0.00 | 0 | $0 |
| Estimated Total Rate-per-Claimant Fee | | | $0 |

# LARGE RISK RATING PLAN ENDORSEMENT

☐ If X'ed here, the following fee schedule applies:

## Additional Service Fees Details

| Additional Service Fees | Item Count | Rate/Item | Estimated Fee |
|---|---|---|---|
| Quarterly Loss Report | 0 | 0.00 | $0 |
| Subcontractor Interoffice Supervision | 0 | 0.00 | $0 |
| Magnetic Tape Fee | 0 | 0.00 | $0 |
| Subrogation | 0 | 0.00 | $0 |
| Appraisals | 0 | 0.00 | $0 |
| TPA Expenses | 0 | 0.00 | $0 |
| GAB Expenses | 0 | 0.00 | $0 |
| Cash Management Account Services | 0 | 0.00 | $0 |
| Claim File Reviews | 0 | 0.00 | $0 |
| Contingency Recovery Fees | 0 | 0.00 | $0 |
| Incoming Quality Control | 0 | 0.00 | $0 |
| Legal Cost Control | 0 | 0.00 | $0 |
| Location Visits | 0 | 0.00 | $0 |
| Semiannual Client Meetings | 0 | 0.00 | $0 |
| RMIS Reports | 0 | 0.00 | $0 |
| Customized Account Servicing | 0 | 0.00 | $0 |
| Structured Settlement Program | 0 | 0.00 | $0 |
| Reporting | 0 | 0.00 | $0 |
| Conversion | 0 | 0.00 | $0 |
| Minimum Adjusting Fee | 0 | 0.00 | $0 |
| Intellirisk Charges | 0 | 0.00 | $0 |
| Administration Fee | 0 | 0.00 | $0 |
| **Estimated Additional Services Fee** | | | **$0** |

## Tail Fees Details

| Tail Fees | Item Count | Rate/Item | Estimated Fee |
|---|---|---|---|
| Workers Comp Med. Only | 0 | 0.00 | $0 |
| Workers Comp. Indemnity | 0 | 0.00 | $0 |
| General Liability | 0 | 0.00 | $0 |
| Products Liability | 0 | 0.00 | $0 |
| Auto Liability | 0 | 0.00 | $0 |
| Maintenance | 0 | 0.00 | $0 |
| **Estimated Tail Fee** | | | **$0** |

Copyright 2004 American International Group, Inc.
12/30/2005 024/09.9456043

A 048

# LARGE RISK RATING PLAN ENDORSEMENT

☐ If X'ed here, the following fee schedules applies:

## Fee Schedule - Time and Expenses

| Type of Charge | Rate | Per | Est. Units | Estimated Fee |
|---|---|---|---|---|
| Investigating Service by Employed Staff | | Hour | | |
| Adjuster | | Hour | | |
| General Adjuster | | Hour | | |
| Executive General Adjuster | | Hour | | |
| Heavy Equipment Appraiser | | Hour | | |
| Auto Damage Appraiser | | Hour | | |
| Property Damage Appraiser | | Hour | | |
| Supervisor | | Hour | | |
| Examiner | | Hour | | |
| Account Manager | | Hour | | |
| | | Hour | | |
| | | Hour | | |
| Subcontracted Investigations And Appraisals | | Hour | | |
| Clerical and Statistical Processing | | Hour | | |
| Other Expenses, including | | | | |
| Telephone | | Minute | | |
| Postage & Express Mail | | Cost | | |
| Auto Mileage, Rental, Tolls, Parking | | Mile | | |
| Photocopies | | Copy | | |
| Photography | | Photo | | |
| Public Transportation | | Cost | | |
| Overhead | | Flat | | |
| Services Outside of USA | | | | |

| | |
|---|---|
| Estimated Total Time and Expense | $0 |
| Estimated Total Claims Service Expenses | $0 |

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 8. Taxes and Assessments

The taxes and assessments determined by the method indicated by the box "X'd" below shall apply in determining the *Final Premium* earned under the policies described in Section 1 of Part II during the first annual term of this endorsement. If the Rating Period under this endorsement is longer than 1 year, we will provide you written notice of the applicable taxes and assessments for the subsequent term of the Rating Period not less than thirty (30) days prior to each anniversary of this endorsement.

### ☒ Item A. Fixed Rates

The Average Rates for taxes and assessments are shown in Item A. of Section 9 of PART II. The Average Rates will be fixed and applied without change in determining the *Final Premiums* earned under the policies described in Section I of PART II during the first annual period of this Endorsement.

### ☐ Item B. Rates to be Recalculated

The Average Rates for taxes and assessments are shown in Item A. of Section 9 of Part II. The Average Rates will be recalculated to determine the *Final Premium* under the policies described in Section I of PART II, based on the rates shown in the chart below.

Copyright 2004 American International Group, Inc.
AIG 12/30/2005 024/09 9456043

A 050

# LARGE RISK RATING PLAN ENDORSEMENT

**Section 9. The Rating Values and Amounts** shown below apply as the *Basis* of the *Final Premium* for the policies described in Section 1 of this Part II.

If the *Rating Period* exceeds one year, and if the estimated *Basis* of Premium, Minimum Premiums and Estimated Premiums shown below apply only to the first year, on or about each anniversary of the beginning of the *Rating Period*, we will issue an extension of this Section to show the rating values and amounts for each subsequent year of the *Rating Period*.

## Item A. Subject Premium, part of Final Premium

| Line Items | Rates | Per | Basis Types | Estimated Basis | Minimum Premium | Estimated Premium |
|---|---|---|---|---|---|---|
| Expected Primary Losses | 0.0000 | 1 | ULTIMATE LOSSES | 0 | $0 | $827,297 |
| Claims Service Fees | 1.0900 | 1 | ULTIMATE LOSSES | 900,000 | $0 | $40,000 |
| Basic | 18.3665 | 100 | STANDARD PREMIUM | 1,509,818 | $277,300 | $277,300 |
| Taxes | 4.6267 | 100 | STANDARD PREMIUM | 1,509,818 | $0 | $69,855 |
| | | | | | Subtotal | $1,214,452 |
| Taxes/Assessments % | 0.0000% | or | Taxes/Assessments Divisor: | 0.000000 | | $0 |
| | | | Estimated Total *Subject Premiums* | | | $1,214,452 |

## Item B. Non-Subject Premiums, part of Final Premium

| Coverage Description | Rates | Per | Basis Types | Estimated Basis | Minimum Premium | Estimated Premium |
|---|---|---|---|---|---|---|
| Excess PremiumWCThe Entire Contract | 12.7321 | 100 | STANDARD PREMIUM | 1,509,818 | $192,232 | $192,232 |
| | | | Estimated Total Non-*Subject Premiums* | | | $192,232 |

## Item C. Summary of Expected Total Cost

| | | | | | | |
|---|---|---|---|---|---|---|
| Estimated *Final Premium* (Part A. plus Part B) | | | | | | $1,406,684 |
| Expected *Reimbursable Losses* and *Deductible Losses* and *Self-Insured Losses* and *ALAE*, if applicable | | | | | | $72,703 |
| Minimum Cost from Section 6. If not applicable, show $0 | | | | | | $0 |
| Maximum Cost from Section 6. If not applicable, show $0 | | | | | | $0 |
| Surcharges: | 0.0000 | 1 | STANDARD PREMIUM | 0 | $0 | $20,237 |
| | | | | EXPECTED TOTAL COST | | $1,499,624 |

# LARGE RISK RATING PLAN ENDORSEMENT

## Section 10. Basis of Premium:

**Payroll:** means all of the money or the substitute for money earned during the terms of the policies described in Section 1 of this PART II by you if you are the proprietor of the insured business, by all partners or joint venturers if you are a partnership or joint venture, by all members if you are a limited liability company, and by all employees including temporary employees and workers leased by you from any employee leasing organization for their services to you during the policy period, subject to limitations set forth in the New York Workers Compensation Rating Bureau's manual rules, if applicable.

**Sales:** means the gross amount of money you or others trading in your name have charged for all goods and services you or they have sold or distributed during the terms of the policies described in Section 1 of this PART II, including charges for delivery, installation, service and repair, and including taxes other than taxes which you or such others collect as a separate item and remit directly to a government division.

**Receipts:** means the gross amount of money you have charged others for work that you, your partners, your employees, your contractors and subcontractors at all levels have performed during the terms of the policies described in Section 1 of this PART II, including taxes other than taxes which you or such others collect as a separate item and remit directly to a government division.

**Cost:** means the total cost to you for all work performed for you during the terms of the policies described in Section 1 of this PART II by independent contractors and their subcontractors at all levels, including the cost of all labor, materials, equipment and supplies furnished, used or delivered for use in the execution of such work, whether furnished by the owner, by contractors, or subcontractors at any level, including but not limited to all fees, allowances, bonuses, and commissions either made, paid or due, as well as taxes other than taxes which you collect as a separate item and remit directly to a government division.

**Units:** means the number of items of the type specified in this endorsement. Units that you hold for use in your business will mean the sum of their number at the inception of the terms of the policies described in Section 1 of this PART II plus their number at their expiration or termination, times 50% of the fraction of a full year that such policies were in force. Units that you sell to others whether for your own account or the account of another means the total number of such units that you sell during the term of such policies.

**Indemnity Losses:** means the total amount we have paid and have reserved for payment as Workers Compensation benefits other than Medical benefits under a policy described in this PART II, including reserves for accidents or illness that have happened but have not been reported to us and for statistically expected loss development on claims that have been reported to us.

**Other:** (Other)

## Section 11. Exceptions

$40,000 claims fee represents a deposit only. LCF is 9 percent

Copyright 2004 American International Group, Inc.
12/30/2005 024/09 9456043

A 052

# LARGE RISK RATING PLAN ENDORSEMENT

## PART III. AGGREGATE STOP

The *Aggregate Stop Amount* and the *Aggregate Stop Limit*, if any, shown in the Schedule below will be applied as explained below.

### Section I. Aggregate Stop Amount

1. If an *Aggregate Stop Amount* is shown in the Schedule below, we will not include more than the *Aggregate Stop Amount* in the computation of the *Final Premium* and determination of maximum benefits, damages and "ALAE" payable or reimbursable by you under the terms of the policies described in Section I of PART II, subject to any *Aggregate Stop Limit* shown in the Schedule below.

   The maximum benefits, damages and *ALAE* to be included in the computation of the *Final Premium* will be the *Aggregate Stop Amount* shown in the Schedule below, less the following:

   a) all *Subject Losses* that you must reimburse us for under any Loss Reimbursement or Deductible terms applicable to the policy covering the *Incurred Loss*, and

   b) such amounts as described in Section III below that you have paid as *Self-Insured Losses*.

2. Adjustment: If an Adjustment Rate and an Adjustment *Basis* are shown in the Schedule below, the *Aggregate Stop Amount* shown in the Schedule below is only an estimate. The *Aggregate Stop Amount* will be finally determined by multiplying the Adjustment Rate by the final Adjustment *Basis* as determined by our audit of your books and records. The *Aggregate Stop Amount* will not be less than the estimated amount shown in the Schedule below, unless otherwise set forth in Section 11 of PART Two

3. The *Aggregate Stop Amount* will not be reduced on account of the cancellation of any policy to which this Endorsement applies.

### Section II. Aggregate Stop Limit

1. If an *Aggregate Stop Limit* is shown in the Schedule below, that Limit is the most *Subject Losses* above the *Aggregate Stop Amount* that will be excluded from the computation of the *Final Premium* and which you will not be required to reimburse us for under any Loss Reimbursement or Deductible terms of the policies described in Section I of PART II.

2. The *Aggregate Stop Limit* will not be reduced on account of the cancellation of any policy to which this Endorsement applies.

### Section III. Self-Insured Losses

*Self-Insured Losses:* Losses you incur to which no insurance applies under the policies described in Section I of PART II will NOT be included in determining whether or when the *Aggregate Stop Amount* or *Aggregate Stop Limit* have been reached, except as described herein:

Exceptions: None

### SCHEDULE

## *Aggregate Stop Amount* and *Aggregate Stop Limit*

The *Aggregate Stop Amount* and the *Aggregate Stop Limit* apply to the ☐ first year of, or ☐ entire Rating Period.

| | Line of Insurance: | | None | | | |
|---|---|---|---|---|---|---|
| a. | *Aggregate Stop Amount*, adjustable on the *Basis* and rate shown below. | | | | | $0 |
| b. | *Basis of Adjustment* | None | Per | 0 | Estimated *Basis* Amount: | $0 |
| | | | | | Adjustment Rate: | 0.0000 |
| c. | *Aggregate Stop Limit* | | | | | $0 |

Countersigned by _____ Date _____

(Authorized Signature)

A 053

# EXHIBIT B

AIG Risk Management, Inc.

## EXCEL STAFFING SERVICES C572950
*Calculation of Security Requirements*

**Current security requirement:**

| | | |
|---|---|---|
| Reserve Need, Prior Years: | $1,796,250 | for the policy period(s) from 12/31/2004 to 12/31/2006 |
| SIR: | $350,000 | |
| LESS SIR Waived: | ▓▓▓ | |

| | | |
|---|---|---|
| Security need, Current Period: | $0 | |
| LESS Losses paid to date on current period: | $0 | |
| Adjustment to Current Period: | ▓▓▓ | Actuary approval needed. Please contact Actuarial. |

| | |
|---|---|
| Security need on upcoming renewal: | $0 |
| Total reserve need, all periods | $2,146,250 |

**Current security on hand:**

| | |
|---|---|
| LOC's (total): | $0 |
| Cash Collateral: | $1,672,300 |
| Trust Funds: | $0 |
| Other: | $0 |
| Escrow: | $107,500 |
| Bonds: | $0 |
| Money Market: | $0 |
| Custodial: | $0 |
| Less: Total security on hand: | $1,779,800 |

| | |
|---|---|
| Total current overage (deficiency): | ($366,450) |

**Outstanding receivables:**

| | |
|---|---|
| BPR/Fees: | $973,343 |
| Losses Receivable: | $1,575,078 |
| T&E Receivable: | $0 |
| Final Claims Reconciliation: | $0 |
| Audit/Special Taxes: | $0 |
| Total Receivables: | $2,548,421 |

| | |
|---|---|
| Total net current overage (deficiency): | ($2,914,871) |

Excel Staffing Services C572950 Sec Calc valued 06-03-2008 with agg stop

Version 6.41
Revised 3/03

6/18/2008 9:44 AM

AIG Risk Management, Inc.

*EXCEL STAFFING SERVICES C572950*

*Calculation of Security Requirements*

*Losses valued as of June 03, 2008*

### Summary, All Lines Combined

| Policy Period From | To | Age | Capped Incurred Losses | Ultimate Losses | Capped Paid Losses | Aggregate Attachment Point | Aggregate Limit | Loss Adjustor | Indicated Reserve Need |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/04 | 12/31/05 | 41 | 1,814,978 | 2,052,883 | 1,521,242 | 2,052,883 | 999,999,999 | AIGCS | 531,641 |
| 12/31/05 | 12/31/06 | 29 | 1,890,105 | 2,728,985 | 1,464,376 | | | AIGCS | 1,264,609 |

| Total | $3,705,083 | $4,781,868 | $2,985,618 | | | | | $1,796,250 |

Excel Staffing Services C572950 Sec Calc valued 06-03-2008 with agg stop

Version 6.41
Revised 3/03

6/18/2008 9:44 AM

B 002

AIG Risk Management, Inc.
## EXCEL STAFFING SERVICES C572950
*Calculation of Security Requirements*
*Losses valued as of June 03, 2008*

### Workers Compensation

| Policy Period From | To | Age | Capped Incurred Losses | LDF | Ultimate Losses | Capped Paid Losses | Indicated Reserve Need | Loss Adjustor | STR/Ded. |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/04 | 12/31/05 | 41 | 1,814,978 | 1.254 | 2,275,353 | 1,521,242 | 754,111 | AIGCS | 350,000 |
| 12/31/05 | 12/31/06 | 29 | 1,890,105 | 1.444 | 2,728,985 | 1,464,376 | 1,264,609 | AIGCS | 350,000 |

$3,705,083            $5,004,337      $2,985,618      $2,018,720

Excel Staffing Services C572950  Sec Calc valued 06-03-2008  with agg stop

Version 6.41
Revised 3/03

6/18/2008 9:44 AM

**National Union Fire Insurance
Company of Pittsburgh, PA**
EXECUTIVE OFFICES
70 Pine Street
New York, NY 10270
(212) 770 - 7000

June 4, 2008

Shannon Day -CFO
**Excel Staffing Services, Inc.**
14988 North 78th Way  - Suite 200
Scottsdale, Arizona  85260-2612

| | | | | | |
|---|---|---|---|---|---|
| **Account Name:** | Excel Staffing Services, Inc. | | **Description:** | June 3, 2008 inception to date losses | |
| **Client Code:** | | | **AIGRM Contact:** | Christopher Kessel | |
| **Invoice Number:** | June 3, 2008 True up | | **Phone:** | 908-679-3931 | |
| **Adjuster:** | AIG Claim Services | | **Program Type:** | Note | |

| Contract K# | Policy Period | Losses Amount | Excess Amount | Loss Advance Credit | | Amount Due |
|---|---|---|---|---|---|---|
| 572950 | 12/31/04-12/31/05 | $  1,521,242.01 | $         - | $         - | $ | 1,521,242.01 |
| 572951 | 12/31/05-12/31/06 | $  1,464,375.72 | $ | $ | $ | 1,464,375.72 |
| | | $  2,985,617.73 | $         - | $         - | $ | 2,985,617.73 |

Less:  Previously Paid  $1,410,540.33

**Total Amount Due:**  $    1,575,077.40

**Payment Via Wire To**

JP Morgan Chase
New York, NY
ABA # 021000021
National Union Fire Insurance
Acct # 323-160387

**Payment Via Check To**

National Union
AIGRM Special Business
Post Office Box 35657
Newark, NJ 07193-5657

For Bank Use Only     13002200-070105-729-500 NL05085729A

EXCEL STAFFING, K#572950
MSA CASH RECEIPTS FROM INCEPTION THROUGH 01 MAY 2008
TPA: AIGCS

| Invoice Number | Deposit Date | Amount | Account Name | Payor | Receipt No | Check No | Check Date | Check Amount | TPA |
|---|---|---|---|---|---|---|---|---|---|
| NL2307572950 | 12/27/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 155066 | 999999 | 12/26/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL2207572950 | 12/19/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 151108 | 999999 | 12/18/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL2107572950 | 12/12/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 147234 | 999999 | 12/11/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL1107572950 | 12/07/07 | $20,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 144134 | 999999 | 12/06/07 | $20,000.00 | AIG CLAIMS SERVICES |
| NL0107572950 | 11/23/07 | $10,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 139947 | 999999 | 11/23/07 | $10,000.00 | AIG CLAIMS SERVICES |
| NL2306572950 | 11/27/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 137041 | 9900 | 11/26/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL1107572950 | 10/24/07 | $18,001.58 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 117247 | 9716 | 10/23/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL0107572950 | 10/24/07 | $1,998.42 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 117247 | 9716 | 10/23/07 | $20,000.00 | AIG CLAIMS SERVICES |
| NL1006572950 | 06/13/07 | $16,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 033506 | 996999 | 06/12/07 | $20,000.00 | AIG CLAIMS SERVICES |
| NL1006572950 | 06/04/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 026728 | 999999 | 06/01/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL1006572950 | 05/29/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 021976 | 999999 | 05/25/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL1006572950 | 05/22/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 017262 | 999999 | 05/18/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL1006572950 | 05/17/07 | $50,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 015164 | 999999 | 05/18/07 | $50,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 05/14/07 | $15,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 011937 | 999999 | 05/11/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 05/07/07 | $10,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 007286 | 999999 | 05/04/07 | $10,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 05/01/07 | $5,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 005568 | 8421 | 04/27/07 | $5,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 04/26/07 | $10,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 004424 | 999999 | 04/25/07 | $15,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 04/26/07 | $10,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 004360 | 8327 | 04/24/07 | $10,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 04/20/07 | $10,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 002918 | 8183 | 04/19/07 | $10,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 04/20/07 | $10,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 031949 | 8076 | 03/30/07 | $10,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 03/19/07 | $10,000.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 022061 | 7928 | 03/14/07 | $10,000.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 02/28/07 | $3,500.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 023317 | 7951 | 02/28/07 | $3,500.00 | AIG CLAIMS SERVICES |
| NL1106572950 | 02/16/07 | $3,500.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 020135 | 7672 | 02/27/07 | $3,500.00 | AIG CLAIMS SERVICES |
| NL0906572950 | 12/29/06 | $3,500.00 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 030176 | 999999 | 02/16/07 | $3,500.00 | AIG CLAIMS SERVICES |
| NL0906572950 | 12/01/06 | $87,158.50 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 030168 | 999999 | 12/29/06 | $100,886.72 | AIG CLAIMS SERVICES |
| NL0806572950 | 11/01/06 | $101,481.22 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 030200 | 999999 | 12/15/07 | $87,158.50 | AIG CLAIMS SERVICES |
| NL0606572950 | 10/02/06 | $63,944.54 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 030170 | 999999 | 10/31/06 | $101,481.22 | AIG CLAIMS SERVICES |
| NL0506572950 | 08/07/06 | $53,712.11 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 030018 | 999999 | 09/28/06 | $63,944.54 | AIG CLAIMS SERVICES |
| NL0406572950 | 08/01/06 | $45,107.01 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 030157 | 999999 | 09/01/06 | $53,712.11 | AIG CLAIMS SERVICES |
| NL0306572950 | 07/05/06 | $73,304.30 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 033594 | 10349 | 07/31/06 | $45,107.01 | AIG CLAIMS SERVICES |
| NL0206572950 | 05/25/06 | $60,318.63 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 034378 | 10771 | 07/03/06 | $60,318.63 | AIG CLAIMS SERVICES |
| NL0106572950 | 05/01/06 | $68,308.31 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 034359 | 10660 | 05/24/06 | $73,304.30 | AIG CLAIMS SERVICES |
| NL1205572950 | 04/04/06 | $61,765.19 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 024854 | 10435 | 04/28/06 | $68,308.31 | AIG CLAIMS SERVICES |
| NL1105572950 | 03/03/06 | $62,070.47 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 019754 | 10238 | 02/24/06 | $61,765.19 | AIG CLAIMS SERVICES |
| NL1005572950 | 02/13/06 | $83,559.48 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 030069 | 999999 | 02/13/06 | $62,070.47 | AIG CLAIMS SERVICES |
| NL0905572950 | 01/06/06 | $53,004.84 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 004123 | 9951 | 12/30/05 | $83,559.48 | AIG CLAIMS SERVICES |
| NL0705572950 | 12/08/05 | $50,036.58 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 095902 | 9781 | 12/02/05 | $53,004.84 | AIG CLAIMS SERVICES |
| NL0605572950 | 11/17/05 | $40,646.77 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING | 091464 | 9638 | 11/09/05 | $50,036.58 | AIG CLAIMS SERVICES |
| NL0605572950 | 10/12/05 | $41,633.69 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 080777 | 9409 | 10/04/05 | $40,646.77 | AIG CLAIMS SERVICES |
| NL0505572950 | 09/20/05 | $39,886.35 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 076306 | 9259 | 09/12/05 | $41,633.69 | AIG CLAIMS SERVICES |
| NL0505572950 | 03/18/05 | $7,881.28 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES INC | 086922 | 9104 | 08/10/05 | $39,886.35 | AIG CLAIMS SERVICES |
| NL0505572950 | 03/03/05 | $4,934.34 | EXCEL STAFFING SERVICES INC | EXCEL STAFFING SERVICES | 082160 | 8852 | 07/27/05 | $7,881.28 | AIG CLAIMS SERVICES |
| | TOTAL | $1,410,540.33 | | | | | | $4,934.34 | |

Excel Staffing
AIGCS Losses valued 06 03 08

| Claimant Name | Loss Date | Status | Branch | Case # | Symbol | Policy Number | Effecti | Reopen Date | Report Date | f Bus | Alloc Exp Paid | lloc Exp Reserv | Comp / BI Paid | omp / BI Reserv | Med / PD Paid | Aed / PD Reserv | Recoveries Tota | Incurred Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ ADRIANA | 06/02/2005 | Closed | 709 | 158688 | 001 | 0000834439 | 2004 | | 06/10/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RODRIGUEZ DANIEL | 01/13/2005 | Notice Only | 709 | 153665 | 001 | 0000834439 | 2004 | | 06/01/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CORALIZA LIDIA | 04/29/2005 | Closed | 709 | 147790 | 001 | 0000834439 | 2004 | | 05/19/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALAS BRAULIO | 05/04/2005 | Closed | 709 | 145880 | 001 | 0000834439 | 2004 | | 05/16/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARTAZA CLAUDIO | 08/09/2005 | Notice Only | 710 | 165644 | 001 | 0000834439 | 2004 | | 09/21/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VIERA NACY | 08/17/2005 | Notice Only | 710 | 165639 | 001 | 0000834439 | 2004 | | 09/21/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TEJEDOR PEDRO | 09/15/2005 | Notice Only | 710 | 165634 | 001 | 0000834439 | 2004 | | 09/21/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FLORES LUIS | 09/19/2005 | Closed | 710 | 165199 | 001 | 0000834439 | 2004 | | 09/21/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MEZA ERIK | 08/30/2005 | Closed | 710 | 161508 | 001 | 0000834439 | 2004 | | 09/12/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEGUNDO-GARDUNO CRISAI | 08/07/2005 | Closed | 710 | 150183 | 001 | 0000834439 | 2004 | | 08/18/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GONZALEZ SAMIEL F | 07/29/2005 | Closed | 710 | 149333 | 001 | 0000834439 | 2004 | | 08/12/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HERNANDEZ SOFIA | 07/30/2005 | Closed | 710 | 145383 | 001 | 0000834439 | 2004 | | 08/03/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAILON ROSA | 07/28/2005 | Closed | 710 | 145212 | 001 | 0000834439 | 2004 | | 08/04/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RAMIREZ MIGUEL | 03/26/2005 | Closed | 710 | 140745 | 001 | 0000834439 | 2004 | | 07/25/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OROZCO MARCO | 02/24/2005 | Closed | 710 | 123000 | 001 | 0000834439 | 2004 | | 06/10/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REYES SAID | 02/02/2005 | Closed | 710 | 122976 | 001 | 0000834439 | 2004 | | 06/10/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBLES ROMAN | 06/03/2005 | Closed | 710 | 122641 | 001 | 0000834439 | 2004 | | 06/13/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LARA ANA | 02/04/2005 | Closed | 710 | 118537 | 001 | 0000834439 | 2004 | | 06/02/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GOMEZ MARTHA | 02/06/2005 | Closed | 710 | 118515 | 001 | 0000834439 | 2004 | | 06/02/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SABORI CARLOS D | 03/30/2005 | Closed | 710 | 105426 | 001 | 0000834439 | 2004 | | 04/28/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CASTILLO JAIME | 04/05/2005 | Closed | 710 | 105415 | 001 | 0000834439 | 2004 | | 04/28/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LOPEZ ISMAEL | 03/01/2005 | Closed | 710 | 105248 | 001 | 0000834439 | 2004 | | 04/28/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEREZ FRANCISCO | 12/06/2005 | Closed | 709 | 259348 | 001 | 0000834439 | 2004 | | 12/30/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAGUNAS GRACIELA | 11/28/2005 | Closed | 709 | 247837 | 001 | 0000834439 | 2004 | | 12/05/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GALLOSO RICHARD | 10/31/2005 | Closed | 709 | 237679 | 001 | 0000834439 | 2004 | | 11/11/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MORA ARACELLY | 10/14/2005 | Closed | 709 | 230600 | 001 | 0000834439 | 2004 | | 10/27/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GEORGE RICHARD | 09/28/2005 | Closed | 709 | 217528 | 001 | 0000834439 | 2004 | | 09/30/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JUAREZ INES | 09/07/2005 | Closed | 709 | 212231 | 001 | 0000834439 | 2004 | | 09/21/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HINDS SHELLENE | 08/16/2005 | Notice Only | 709 | 206363 | 001 | 0000834439 | 2004 | | 09/09/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RUCKER BRYAN | 07/29/2005 | Notice Only | 709 | 192211 | 001 | 0000834439 | 2004 | | 08/12/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CRUZ SERGIO | 07/25/2005 | Notice Only | 709 | 187468 | 001 | 0000834439 | 2004 | | 08/04/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MENDIETA MAURICIO | 07/22/2005 | Closed | 709 | 187431 | 001 | 0000834439 | 2004 | | 08/04/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRINCE MONICA | 12/21/2005 | Closed | 710 | 202207 | 001 | 0000834440 | 2004 | | 12/27/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALFARO DANIEL | 12/14/2005 | Closed | 710 | 202107 | 001 | 0000834440 | 2004 | | 12/26/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RIOS LUIS | 11/18/2005 | Notice Only | 710 | 194748 | 001 | 0000834440 | 2004 | | 12/05/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TAPIA SERGIO | 09/20/2005 | Notice Only | 710 | 168998 | 001 | 0000834440 | 2004 | | 09/29/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CECI JOSEPH | 09/14/2005 | Closed | 710 | 165621 | 001 | 0000834440 | 2004 | | 09/21/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALVADOR EFREN | 08/27/2005 | Closed | 710 | 158249 | 001 | 0000834440 | 2004 | | 09/01/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHIPREZ ROGER | 08/12/2005 | Closed | 710 | 150198 | 001 | 0000834440 | 2004 | | 08/16/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GONZALEZ DOLORES | 07/25/2005 | Closed | 710 | 145125 | 001 | 0000834440 | 2004 | | 08/03/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CERVANTES VERONICA | 07/30/2005 | Closed | 710 | 145123 | 001 | 0000834440 | 2004 | | 08/03/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RIVAS BIBIANA | 07/23/2005 | Notice Only | 710 | 145122 | 001 | 0000834440 | 2004 | | 08/03/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HERNANDEZ ELVIRA | 07/21/2005 | Closed | 710 | 145000 | 001 | 0000834440 | 2004 | | 08/03/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RODRIGUEZ VERONICA | 06/27/2005 | Closed | 710 | 131906 | 001 | 0000834440 | 2004 | | 07/05/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CARBAJAL ALMA | 06/30/2005 | Closed | 710 | 131898 | 001 | 0000834440 | 2004 | | 07/05/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GUEVARA MARIA | 06/29/2005 | Closed | 710 | 131885 | 001 | 0000834440 | 2004 | | 07/05/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MORENO EDGAR | 06/27/2005 | Notice Only | 710 | 131066 | 001 | 0000834440 | 2004 | | 06/30/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTINEZ MANUELA | 06/06/2005 | Closed | 710 | 125492 | 001 | 0000834440 | 2004 | | 06/17/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOVOA MARIA | 01/15/2005 | Closed | 710 | 122653 | 001 | 0000834440 | 2004 | | 06/13/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTINEZ ALICIA | 05/28/2005 | Closed | 710 | 122485 | 001 | 0000834440 | 2004 | | 06/10/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REASON DEWAYNE | 04/27/2005 | Closed | 710 | 118552 | 001 | 0000834440 | 2004 | | 06/02/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTINEZ RAUL | 02/14/2005 | Closed | 710 | 115377 | 001 | 0000834440 | 2004 | | 05/23/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MITRE BELIA | 12/29/2005 | Closed | 710 | 204154 | 001 | 0000834439 | 2004 | | 12/30/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GOODMAN CHRISTINE | 12/21/2005 | Closed | 710 | 202973 | 001 | 0000834439 | 2004 | | 12/28/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELGADO-BALL PAULA | 12/20/2005 | Closed | 710 | 202594 | 001 | 0000834439 | 2004 | | 12/28/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELEON JAIME | 12/21/2005 | Closed | 710 | 202458 | 001 | 0000834439 | 2004 | | 12/27/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CASTRO ROGELIO | 12/22/2005 | Closed | 710 | 202038 | 001 | 0000834439 | 2004 | | 12/23/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENTERIA JULIO | 12/12/2005 | Closed | 710 | 201976 | 001 | 0000834439 | 2004 | | 12/23/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RUBIO BLANCA | 12/05/2005 | Notice Only | 710 | 195410 | 001 | 0000834439 | 2004 | | 12/06/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTINEZ JULIA | 11/28/2005 | Closed | 710 | 194393 | 001 | 0000834439 | 2004 | | 12/05/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUARTE DAVID | 11/15/2005 | Closed | 710 | 190843 | 001 | 0000834439 | 2004 | | 11/22/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCHOA JUAN | 11/19/2005 | Closed | 710 | 190826 | 001 | 0000834439 | 2004 | | 11/22/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LLONTOP ROXANA | 11/11/2005 | Closed | 710 | 189227 | 001 | 0000834439 | 2004 | | 11/18/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TAPIA NOHEMY | 11/14/2005 | Closed | 710 | 189115 | 001 | 0000834439 | 2004 | | 11/18/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PURCELL ANDY | 10/29/2005 | Closed | 710 | 187559 | 001 | 0000834439 | 2004 | | 11/14/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



This page is a dense tabular data print-out. The leftmost column lists names, followed by a status date, a status ("Closed" / "Notice Only"), several code/reference number columns, a transaction date, a "VVC" marker column, and multiple dollar-amount columns (most of which read 0.00). The rightmost column is a running total amount.

| Name | Status Date | Status | Code | Txn Date | Mark | Total |
|---|---|---|---|---|---|---|
| MORRIS TYLER | 10/09/2005 | Closed | 710 | 11/14/2005 | VVC | 0.00 |
| MALDONADO HERBERT | 10/26/2005 | Closed | 710 | 11/14/2005 | VVC | 0.00 |
| CASTILLO MIGUEL | 11/07/2005 | Closed | 710 | 11/10/2005 | VVC | 0.00 |
| GIRON JUAN | 10/01/2005 | Closed | 710 | 11/11/2005 | VVC | 0.00 |
| VILLARREAL ROSALBA | 10/25/2005 | Closed | 710 | 10/28/2005 | VVC | 0.00 |
| ROCHA RUBEN | 10/27/2005 | Notice Only | 710 | 10/25/2005 | VVC | 0.00 |
| GARCIA NICOLASA | 10/12/2005 | Closed | 710 | 09/22/2005 | VVC | 0.00 |
| SALDANA JIMENEZ MIGUEL | 09/15/2005 | Closed | 710 | 07/18/2005 | VVC | 0.00 |
| MAYORGA VILMA | 09/26/2005 | Closed | 710 | 08/09/2005 | VVC | 18.73 |
| STEGNEHAN ROBERT | 09/18/2005 | Closed | 710 | 07/18/2005 | VVC | 17.00 |
| DAVIS KARL | 12/05/2005 | Closed | 710 | 10/27/2005 | VVC | 18.15 |
| VALEZUELA A ROCIO/JO | 09/27/2005 | Closed | 710 | 09/22/2005 | VVC | 32.58 |
| ARGUELLO GABRIEL | 09/20/2005 | Closed | 710 | 08/02/2005 | VVC | 33.00 |
| ESPINOSA TAMMY | 09/20/2005 | Closed | 710 | 09/08/2005 | VVC | 42.58 |
| CORTEZ MANUEL | 11/07/2005 | Closed | 710 | 10/04/2005 | VVC | 44.68 |
| DE LA TORRE JOSE | 09/11/2005 | Closed | 710 | 07/06/2005 | VVC | 48.84 |
| AQUINO ELSA | 11/07/2005 | Closed | 710 | 12/05/2005 | VVC | 51.00 |
| RAMIREZ MANUEL | 09/11/2005 | Closed | 710 | 07/06/2005 | VVC | 54.20 |
| GERMAN ALFARO | 11/05/2005 | Closed | 710 | 11/19/2005 | VVC | 58.55 |
| HERNANDEZ JOEL | 05/27/2005 | Closed | 710 | 05/24/2005 | VVC | 59.55 |
| PAREDEZ RANULFO ESPERANZ | 03/21/2005 | Closed | 710 | 03/16/2005 | VVC | 62.00 |
| HERNANDEZ ROSA | 07/07/2005 | Closed | 710 | 06/30/2005 | VVC | 64.32 |
| LOPEZ LISSEL | 09/09/2005 | Closed | 710 | 11/14/2005 | VVC | 66.00 |
| HADLEY BERNADINE M | 09/02/2005 | Closed | 710 | 04/02/2005 | VVC | 86.00 |
| HERNADEZ GERNADON | 09/18/2005 | Closed | 710 | 02/21/2005 | VVC | 82.58 |
| LONGORIA MARIA | 09/10/2005 | Closed | 710 | 09/16/2005 | VVC | 83.50 |
| HJOUN/VALDIDUE ANTONIO | 08/25/2005 | Closed | 710 | 09/02/2005 | VVC | 100.81 |
| OCHOA ELIAS | 09/04/2005 | Closed | 710 | 02/14/2005 | VVC | 108.42 |
| CHAVEZ MARISELA M | 05/19/2005 | Closed | 710 | 05/19/2005 | VVC | 109.43 |
| MEDINA RENE | 05/19/2005 | Closed | 710 | 05/19/2005 | VVC | 118.09 |
| RAMIREZ FLORA | 07/11/2005 | Closed | 710 | 10/31/2005 | VVC | 118.64 |
| RIVERA MARIN | 09/27/2005 | Closed | 710 | 09/15/2005 | VVC | 118.85 |
| MARTOS RUDY | 09/07/2005 | Closed | 710 | 09/03/2005 | VVC | 123.34 |
| RUIZ CESAR | 12/31/2005 | Closed | 710 | 12/23/2005 | VVC | 123.42 |
| AGUIRRE CESAR | 12/14/2005 | Closed | 710 | 12/23/2005 | VVC | 123.59 |
| OLVERA RAFAEL | 11/05/2005 | Closed | 710 | 09/04/2005 | VVC | 123.56 |
| PENA ANA | 01/18/2005 | Closed | 710 | 01/23/2005 | VVC | 133.72 |
| MCCOY CODY | 07/28/2005 | Closed | 710 | 05/16/2005 | VVC | 134.00 |
| LOPEZ RICARDO | 10/27/2005 | Closed | 710 | 11/22/2005 | VVC | 134.00 |
| VILLA JULIO | 10/14/2005 | Closed | 710 | 09/04/2005 | VVC | 134.00 |
| ARTHVALEO MARTHA | 09/04/2005 | Closed | 710 | 09/12/2005 | VVC | 131.20 |
| SANCHEZ ANTHONY R | 12/09/2005 | Closed | 710 | 12/23/2005 | VVC | 131.23 |
| LEAL HUGO | 01/09/2006 | Closed | 710 | 12/27/2005 | VVC | 133.55 |
| BRIGOAO GRACIELA | 11/05/2005 | Closed | 710 | 11/05/2005 | VVC | 151.41 |
| HANSEN PAULA | 09/11/2005 | Closed | 710 | 11/18/2005 | VVC | 159.82 |
| JENNER MICHAEL | 07/19/2005 | Closed | 710 | 11/04/2005 | VVC | 164.83 |
| MUNOZ RENE | 09/08/2005 | Closed | 710 | 09/08/2005 | VVC | 166.67 |
| TORRES RENE | 09/09/2005 | Closed | 710 | 09/10/2005 | VVC | 184.63 |
| DURON DORIS | 11/22/2005 | Closed | 710 | 05/24/2005 | VVC | 178.36 |
| TORRES OSCAR | 12/05/2005 | Closed | 710 | 06/15/2005 | VVC | 178.78 |
| MERCADO SAM | 10/31/2005 | Closed | 710 | 09/13/2005 | VVC | 178.77 |
| TORRES JANET | 09/11/2005 | Closed | 710 | 08/04/2005 | VVC | 182.59 |
| FUENTES YORBIA | 09/05/2005 | Closed | 710 | 08/31/2005 | VVC | 185.60 |
| GEROUX SAM | 12/09/2005 | Closed | 710 | 12/05/2005 | VVC | 185.88 |
| LOPEZ JULIETA | 12/09/2005 | Closed | 710 | 05/24/2005 | VVC | 187.85 |
| CONTRERAS AROLDO | 09/26/2005 | Closed | 710 | 08/23/2005 | VVC | 190.40 |
| GONZALES ENRIQUE | 07/22/2005 | Closed | 710 | 07/20/2005 | VVC | 190.55 |
| DEL PORTE YOLANDA | 07/20/2005 | Closed | 710 | | VVC | 192.09 |
| GARZA JOSE | 07/25/2005 | Closed | 710 | | VVC | 196.66 |
| GUZMAN ROSALINDA | 07/24/2005 | Closed | 710 | | VVC | 198.71 |
| VICTORIANO PATRICIA | 11/24/2005 | Closed | 710 | | VVC | 206.89 |
| RAMIREZ JUAN | 09/30/2005 | Closed | 710 | | VVC | 205.77 |
| NUNO BEGNDA | 08/31/2005 | Closed | 710 | | VVC | 211.85 |
| MERCADO SEMRAMI | 09/11/2005 | Closed | 710 | | VVC | 216.06 |
| ALCANTAR SERGIO | 04/05/2005 | Closed | 710 | | VVC | 217.40 |
| PARRA LEONARDO | 09/26/2005 | Closed | 710 | | VVC | 217.17 |
| GONZALEZ FELIPE | 11/03/2005 | Closed | 710 | | VVC | 221.00 |
| SERRATO RAMON | 11/02/2005 | Closed | 710 | | VVC | 221.27 |
| MAYORGA GLORIA | 12/05/2005 | Closed | 710 | | VVC | 225.17 |
| VEGA LISBBETT | 07/18/2005 | Closed | 710 | | VVC | 227.60 |

| Name | Status | Date | Code | ID | Sub | Acct | Year | Date | Type | Amt | | | | Amt | | | | Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERVIN LUIS | Closed | 11/02/2005 | 710 | 197435 | 001 | 000084439 | 2004 | 11/14/2005 | WC | 0.54 | 0.00 | 0.00 | 0.00 | 245.88 | 0.00 | 0.00 | 0.00 | 246.42 |
| MENDEZ JOSEFINA | Closed | 10/21/2005 | 710 | 195527 | 001 | 000084439 | 2004 | 10/27/2005 | WC | 1.00 | 0.00 | 0.00 | 0.00 | 253.14 | 0.00 | 0.00 | 0.00 | 254.14 |
| GARCIA MARIO | Closed | 09/06/2005 | 710 | 191863 | 001 | 000084439 | 2004 | 09/22/2005 | WC | 1.92 | 0.00 | 0.00 | 0.00 | 251.00 | 0.00 | 0.00 | 0.00 | 255.86 |
| CAMARGO LUIS ANGEL | Closed | 11/03/2005 | 710 | 111753 | 001 | 000084439 | 2004 | 11/11/2005 | WC | 1.02 | 0.00 | 0.00 | 0.00 | 255.12 | 0.00 | 0.00 | 0.00 | 255.98 |
| CASIME EVA | Closed | 04/11/2005 | 710 | 115834 | 001 | 000084439 | 2004 | 05/01/2005 | WC | 1.62 | 0.00 | 0.00 | 0.00 | 258.12 | 0.00 | 0.00 | 0.00 | 257.17 |
| NOGREDA FERNANDO | Closed | 09/16/2005 | 710 | 152974 | 001 | 000084439 | 2004 | 09/16/2005 | WC | 14.63 | 0.00 | 0.00 | 0.00 | 260.34 | 0.00 | 0.00 | 0.00 | 265.04 |
| JOHNSON CARMEN | Closed | 04/11/2005 | 710 | 151702 | 001 | 000084439 | 2004 | 11/23/2005 | WC | 1.98 | 0.00 | 0.00 | 0.00 | 249.34 | 0.00 | 0.00 | 0.00 | 265.27 |
| PINEDA ANDREW | Closed | 12/05/2005 | 710 | 178898 | 001 | 000084439 | 2004 | 05/19/2005 | WC | 14.00 | 0.00 | 0.00 | 0.00 | 251.61 | 0.00 | 0.00 | 0.00 | 266.14 |
| DELA Y SAMANTHA | Closed | 09/06/2005 | 710 | 185782 | 001 | 000084439 | 2004 | 10/24/2005 | WC | 3.85 | 0.00 | 0.00 | 0.00 | 263.75 | 0.00 | 0.00 | 0.00 | 267.32 |
| MARTINEZ MARY H | Closed | 10/11/2005 | 710 | 163707 | 001 | 000084439 | 2004 | 09/13/2005 | WC | 3.65 | 0.00 | 0.00 | 0.00 | 273.08 | 0.00 | 0.00 | 0.00 | 268.66 |
| ESTRADA RUDY | Closed | 12/06/2005 | 710 | 146983 | 001 | 000084439 | 2004 | 12/07/2005 | WC | 1.51 | 0.00 | 0.00 | 0.00 | 267.75 | 0.00 | 0.00 | 0.00 | 270.22 |
| CHAVEZ ROMAN | Closed | 09/12/2005 | 710 | 144893 | 001 | 000084439 | 2004 | 09/16/2005 | WC | 3.53 | 0.00 | 0.00 | 0.00 | 270.56 | 0.00 | 0.00 | 0.00 | 270.90 |
| CRUZ ARMANDO | Closed | 07/22/2005 | 710 | 113350 | 001 | 000084439 | 2004 | 09/19/2005 | WC | 3.09 | 0.00 | 0.00 | 0.00 | 268.75 | 0.00 | 0.00 | 0.00 | 271.75 |
| BUSTAMANTE PAULA | Closed | 05/12/2005 | 710 | 141778 | 001 | 000084439 | 2004 | 09/16/2005 | WC | 0.54 | 0.00 | 0.00 | 0.00 | 633.30 | 0.00 | 0.00 | 0.00 | (327.00) |
| OTHELI MANUEL | Closed | 11/15/2005 | 710 | 175977 | 001 | 000084439 | 2004 | 07/07/2005 | WC | 2.81 | 0.00 | 0.00 | 0.00 | 245.06 | 0.00 | 0.00 | 0.00 | 277.12 |
| PERALTA VICTOR | Closed | 07/15/2005 | 710 | 150213 | 001 | 000084439 | 2004 | 07/07/2005 | WC | 3.66 | 0.00 | 0.00 | 0.00 | 277.06 | 0.00 | 0.00 | 0.00 | 276.21 |
| ALVARADO LORENZO | Closed | 07/11/2005 | 710 | 137316 | 001 | 000084439 | 2004 | 11/16/2005 | WC | 0.87 | 0.00 | 0.00 | 0.00 | 282.50 | 0.00 | 0.00 | 0.00 | 278.50 |
| MARQUEZ JUAN | Closed | 08/09/2005 | 710 | 181611 | 001 | 000084440 | 2004 | 07/18/2005 | WC | 37.65 | 0.00 | 0.00 | 0.00 | 282.00 | 0.00 | 0.00 | 0.00 | 281.81 |
| ZAVALA NOLIA | Closed | 07/11/2005 | 710 | 129712 | 001 | 000084439 | 2004 | 09/13/2005 | WC | 4.65 | 0.00 | 0.00 | 0.00 | 283.70 | 0.00 | 0.00 | 0.00 | 282.00 |
| TRICHGEN MILLER SARAH | Closed | 11/02/2005 | 710 | 196541 | 001 | 000084440 | 2004 | 11/11/2005 | WC | 1.14 | 0.00 | 0.00 | 0.00 | 283.72 | 0.00 | 0.00 | 0.00 | 284.57 |
| MARTINEZ TOMAS | Closed | 03/21/2005 | 710 | 147784 | 001 | 000084439 | 2004 | 10/25/2005 | WC | 6.52 | 0.00 | 0.00 | 0.00 | 288.14 | 0.00 | 0.00 | 0.00 | 287.73 |
| AGRANOHTE REYES | Closed | 06/09/2005 | 710 | 166542 | 001 | 000084440 | 2004 | 05/02/2005 | WC | 3.80 | 0.00 | 0.00 | 0.00 | 289.63 | 0.00 | 0.00 | 0.00 | 290.17 |
| SEPULVEDA JORGE | Closed | 03/31/2005 | 710 | 111768 | 001 | 000084439 | 2004 | 04/28/2005 | WC | 1.28 | 0.00 | 0.00 | 0.00 | 288.52 | 0.00 | 0.00 | 0.00 | 293.17 |
| GALINDO CHARLES | Closed | 09/07/2005 | 710 | 184365 | 001 | 000084439 | 2004 | 10/16/2005 | WC | 1.28 | 0.00 | 0.00 | 0.00 | 294.06 | 0.00 | 0.00 | 0.00 | 294.06 |
| PAREDEZ PAPIA | Closed | 03/31/2005 | 710 | 118768 | 001 | 000084439 | 2004 | 04/28/2005 | WC | 1.08 | 0.00 | 0.00 | 0.00 | 306.88 | 0.00 | 0.00 | 0.00 | 300.13 |
| CAMARGO ANTONIO | Closed | 07/01/2005 | 710 | 186393 | 001 | 000084439 | 2004 | 09/21/2005 | WC | 2.13 | 0.00 | 0.00 | 0.00 | 310.76 | 0.00 | 0.00 | 0.00 | 312.44 |
| HONDOE EDDIE | Closed | 01/05/2005 | 710 | 155638 | 001 | 000084439 | 2004 | 06/04/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 312.31 | 0.00 | 0.00 | 0.00 | 314.44 |
| MOODY WHALTON | Closed | 07/15/2005 | 710 | 141520 | 001 | 000084440 | 2004 | 06/09/2005 | WC | 3.38 | 0.00 | 0.00 | 0.00 | 319.58 | 0.00 | 0.00 | 0.00 | 316.69 |
| SOTELO MACEDONIO | Closed | 06/09/2005 | 710 | 165597 | 001 | 000084439 | 2004 | 09/21/2005 | WC | 3.42 | 0.00 | 0.00 | 0.00 | 320.35 | 0.00 | 0.00 | 0.00 | 317.29 |
| CRUZ GERARDO | Closed | 07/18/2005 | 710 | 163216 | 001 | 000084439 | 2004 | 06/04/2005 | WC | 3.77 | 0.00 | 0.00 | 0.00 | 318.56 | 0.00 | 0.00 | 0.00 | 321.67 |
| VALLALCROS JOSE | Closed | 09/09/2005 | 710 | 191040 | 001 | 000084439 | 2004 | 04/28/2005 | WC | 3.08 | 0.00 | 0.00 | 0.00 | 322.20 | 0.00 | 0.00 | 0.00 | 322.00 |
| BERNAL GERMAN | Closed | 05/24/2005 | 710 | 141580 | 001 | 000084439 | 2004 | 09/13/2005 | WC | 0.07 | 0.00 | 0.00 | 0.00 | 302.80 | 0.00 | 0.00 | 0.00 | 324.21 |
| AGUILAR ANTONIO | Closed | 07/15/2005 | 710 | 167568 | 001 | 000084440 | 2004 | 09/13/2005 | WC | 1.41 | 0.00 | 0.00 | 0.00 | 371.95 | 0.00 | 0.00 | 0.00 | 334.39 |
| HOLGUIN JUAN | Closed | 11/03/2005 | 710 | 196161 | 001 | 000084439 | 2004 | 09/30/2005 | WC | 1.55 | 0.00 | 0.00 | 0.00 | 333.40 | 0.00 | 0.00 | 0.00 | 334.58 |
| ROTELO MACEDONIO | Closed | 06/09/2005 | 710 | 248384 | 001 | 000084439 | 2004 | 12/09/2005 | WC | 1.88 | 0.00 | 0.00 | 0.00 | 345.48 | 0.00 | 0.00 | 0.00 | 335.87 |
| HENDAY FREDDY | Closed | 01/24/2005 | 710 | 203225 | 001 | 000084439 | 2004 | 11/16/2005 | WC | 2.10 | 0.00 | 0.00 | 0.00 | 347.10 | 0.00 | 0.00 | 0.00 | 338.52 |
| SERRANO YADIRA | Closed | 03/04/2005 | 710 | 126245 | 001 | 000084439 | 2004 | 06/22/2005 | WC | 1.50 | 0.00 | 0.00 | 0.00 | 358.51 | 0.00 | 0.00 | 0.00 | 349.32 |
| AYALA RAUL | Closed | 11/05/2005 | 710 | 196821 | 001 | 000084440 | 2004 | 10/10/2005 | WC | 3.55 | 0.00 | 0.00 | 0.00 | 356.12 | 0.00 | 0.00 | 0.00 | 358.61 |
| VEGA MANUEL | Closed | 09/12/2005 | 710 | 195671 | 001 | 000084439 | 2004 | 09/22/2005 | WC | 3.87 | 0.00 | 0.00 | 0.00 | 357.77 | 0.00 | 0.00 | 0.00 | 363.51 |
| MORAL ANGEL | Closed | 05/04/2005 | 710 | 161081 | 001 | 000084439 | 2004 | 09/13/2005 | WC | 4.73 | 0.00 | 0.00 | 0.00 | 362.84 | 0.00 | 0.00 | 0.00 | 365.81 |
| GONZALEZ OMAR | Closed | 06/24/2005 | 710 | 166342 | 001 | 000084440 | 2004 | 11/14/2005 | WC | 3.57 | 0.00 | 0.00 | 0.00 | 357.19 | 0.00 | 0.00 | 0.00 | 366.80 |
| HERNANDEZ CARLOS | Closed | 11/03/2005 | 710 | 187568 | 001 | 000084440 | 2004 | 09/06/2005 | WC | 1.79 | 0.00 | 0.00 | 0.00 | 373.38 | 0.00 | 0.00 | 0.00 | 371.04 |
| LOPEZ DAVID | Closed | 09/09/2005 | 710 | 243284 | 001 | 000084440 | 2004 | 11/14/2005 | WC | 1.17 | 0.00 | 0.00 | 0.00 | 373.70 | 0.00 | 0.00 | 0.00 | 372.56 |
| LINCH JESUS | Closed | 03/16/2005 | 710 | 127477 | 001 | 000084440 | 2004 | 10/27/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 375.40 | 0.00 | 0.00 | 0.00 | 373.85 |
| OLIVEROS DOUGLAS | Closed | 01/05/2005 | 710 | 145530 | 001 | 000084439 | 2004 | 12/07/2005 | WC | 0.56 | 0.00 | 0.00 | 0.00 | 375.40 | 0.00 | 0.00 | 0.00 | 375.40 |
| OLIVEROS REYNA | Closed | 11/05/2005 | 710 | 196171 | 001 | 000084439 | 2004 | 05/07/2005 | WC | 2.10 | 0.00 | 0.00 | 0.00 | 381.40 | 0.00 | 0.00 | 0.00 | 378.40 |
| CORTEZ KRIT | Closed | 11/05/2005 | 710 | 220058 | 001 | 000084440 | 2004 | 11/22/2005 | WC | 1.58 | 0.00 | 0.00 | 0.00 | 381.77 | 0.00 | 0.00 | 0.00 | 380.31 |
| PEREZ HECTOR | Closed | 04/11/2005 | 710 | 143582 | 001 | 000084439 | 2004 | 11/28/2005 | WC | 3.12 | 0.00 | 0.00 | 0.00 | 388.56 | 0.00 | 0.00 | 0.00 | 381.33 |
| ACHTTEGUI PEDRO | Closed | 11/09/2005 | 710 | 115700 | 001 | 000084440 | 2004 | 09/12/2005 | WC | 3.44 | 0.00 | 0.00 | 0.00 | 388.56 | 0.00 | 0.00 | 0.00 | 384.24 |
| HERNANDEZ EUSTOLIA | Closed | 05/09/2005 | 710 | 320958 | 001 | 000084439 | 2004 | 09/19/2005 | WC | 5.29 | 0.00 | 0.00 | 0.00 | 381.22 | 0.00 | 0.00 | 0.00 | 388.56 |
| VASQUEZ ANA M | Closed | 06/22/2005 | 710 | 185918 | 001 | 000084440 | 2004 | 09/13/2005 | WC | 2.09 | 0.00 | 0.00 | 0.00 | 404.26 | 0.00 | 0.00 | 0.00 | 391.35 |
| RODRIGUEZ VICTORIA | Closed | 09/16/2005 | 710 | 181080 | 001 | 000084440 | 2004 | 10/27/2005 | WC | 1.30 | 0.00 | 0.00 | 0.00 | 404.26 | 0.00 | 0.00 | 0.00 | 402.96 |
| BRIGGS RYAN | Closed | 10/21/2005 | 710 | 300058 | 001 | 000084439 | 2004 | 09/13/2005 | WC | 23.67 | 0.00 | 0.00 | 0.00 | 384.09 | 0.00 | 0.00 | 0.00 | 405.63 |
| VILLALOBOS JOSE | Closed | 11/02/2005 | 710 | 171058 | 001 | 000084439 | 2004 | 09/13/2005 | WC | 1.58 | 0.00 | 0.00 | 0.00 | 405.35 | 0.00 | 0.00 | 0.00 | 406.56 |
| CEBANO JUAN | Closed | 11/09/2005 | 710 | 165234 | 001 | 000084440 | 2004 | 11/11/2005 | WC | 2.21 | 0.00 | 0.00 | 0.00 | 405.61 | 0.00 | 0.00 | 0.00 | 407.86 |
| CORNELO NORMAN | Closed | 07/21/2005 | 710 | 181880 | 001 | 000084439 | 2004 | 09/06/2005 | WC | 1.44 | 0.00 | 0.00 | 0.00 | 410.68 | 0.00 | 0.00 | 0.00 | 408.00 |
| MOLINA ROBERTO | Closed | 08/04/2005 | 710 | 183616 | 001 | 000084439 | 2004 | 12/25/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 421.37 | 0.00 | 0.00 | 0.00 | 412.10 |
| HEREDIA M SERGIO | Closed | 09/12/2005 | 710 | 202978 | 001 | 000084440 | 2004 | 12/25/2005 | WC | 2.00 | 0.00 | 0.00 | 0.00 | 427.60 | 0.00 | 0.00 | 0.00 | 423.37 |
| PENA PEDRO | Closed | 12/15/2005 | 710 | 189600 | 001 | 000084439 | 2004 | 10/30/2005 | WC | 4.64 | 0.00 | 0.00 | 0.00 | 428.40 | 0.00 | 0.00 | 0.00 | 427.60 |
| MOODY JEFF | Closed | 11/11/2005 | 710 | 150258 | 001 | 000084440 | 2004 | 09/12/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 433.67 | 0.00 | 0.00 | 0.00 | 433.67 |
| LOPEZ AIDA | Closed | 04/12/2005 | 710 | 202976 | 001 | 000084439 | 2004 | 10/30/2005 | WC | 0.00 | 0.00 | 0.00 | 0.00 | 467.86 | 0.00 | 0.00 | 0.00 | 452.20 |
| LINCH JESUS | Closed | 11/03/2005 | 710 | 174668 | 001 | 000084439 | 2004 | 10/09/2005 | WC | 69.83 | 0.00 | 0.00 | 0.00 | 422.01 | 0.00 | 0.00 | 0.00 | 467.86 |
| STARR JAMES | Closed | 11/05/2005 | 710 | 174506 | 001 | 000084440 | 2004 | 12/25/2005 | WC | 2.33 | 0.00 | 0.00 | 0.00 | 525.11 | 0.00 | 0.00 | 0.00 | 475.96 |
| MASSAUMIS STEPHANIE | Closed | 12/12/2005 | 710 | 125651 | 001 | 000084440 | 2004 | 10/24/2005 | WC | 0.90 | 0.00 | 0.00 | 0.00 | 522.71 | 0.00 | 0.00 | 0.00 | 528.04 |
| CAMARGO MARINA | Closed | 04/16/2005 | 710 | 162147 | 001 | 000084439 | 2004 | 10/09/2005 | WC | 1.91 | 0.00 | 0.00 | 0.00 | 542.33 | 0.00 | 0.00 | 0.00 | 542.33 |
| COLE LORI A | Closed | 10/09/2005 | 710 | 174456 | 001 | 000084439 | 2004 | 06/09/2005 | WC | 3.84 | 0.00 | 0.00 | 0.00 | 545.64 | 0.00 | 0.00 | 0.00 | 545.64 |
| CHAVEZ CONCEPCION | Closed | 12/12/2005 | 710 | 189581 | 001 | 000084440 | 2004 | 12/29/2005 | WC | 18.04 | 0.00 | 0.00 | 0.00 | 539.36 | 0.00 | 0.00 | 0.00 | 557.40 |
| MOLINA ROBERTO | Closed | 09/21/2005 | 710 | 186074 | 001 | 000084439 | 2004 | 09/29/2005 | WC | 95.00 | 0.00 | 0.00 | 0.00 | 469.40 | 0.00 | 0.00 | 0.00 | 564.40 |
| REYES SILVERIO | Closed | 12/15/2005 | 710 | 188791 | 001 | 000084439 | 2004 | 09/29/2005 | WC | 1.75 | 0.00 | 0.00 | 0.00 | 586.26 | 0.00 | 0.00 | 0.00 | 588.01 |

| Name | Date | Status | | | | | Year | Date | | VIC Date | VIC | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GASPAR BALTAZAR F | 02/27/2006 | Closed | 710 | 107088 | 001 | 000835440 | 2004 | | 05/04/2005 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,175.86 | | | 7,175.86 |
| CRUZ JOSE | 04/25/2006 | Closed | 710 | 104876 | 001 | 000835439 | 2004 | | 04/27/2005 | VIC | 1,373.30 | 0.00 | 815.80 | 6,151.58 | 0.00 | 3,043.89 | | | 3,043.89 |
| MARTINEZ JUAN | 01/16/2006 | Open | 709 | 138067 | 001 | 000835440 | 2004 | | 04/25/2005 | VIC | 2,718.33 | 0.00 | 2,911.00 | 3,131.56 | 0.00 | 8,454.89 | | | 8,454.89 |
| BLANCO MARIA | 12/07/2006 | Closed | 710 | 180354 | 001 | 000835440 | 2004 | | 04/25/2005 | VIC | 1,810.00 | 0.00 | 9,021.00 | 7,458.30 | 0.00 | 9,093.30 | | | 9,093.30 |
| CASTELLANOS FREDY | 03/17/2006 | Closed | 710 | 128833 | 001 | 000835439 | 2004 | | 05/13/2005 | VIC | 7,051.56 | 0.00 | 0.00 | 9,327.00 | 0.00 | 50,070.06 | | | 50,070.06 |
| FARLEY JAYME | 09/23/2005 | Closed | 710 | 166877 | 001 | 000835439 | 2004 | | 09/29/2005 | VIC | 82.70 | 0.00 | 8,156.69 | 4,148.78 | 0.00 | 12,386.15 | | | 12,386.15 |
| GUZMAN GONZALEZ JOSE | 07/22/2005 | Open | 710 | 180630 | 001 | 000835440 | 2004 | | 01/10/2005 | VIC | 728.62 | 240.00 | 2,155.81 | 4,958.69 | 2,640.00 | 12,534.92 | | | 12,534.92 |
| WOLF DAVID | 09/30/2005 | Open | 710 | 201718 | 001 | 000835439 | 2004 | | 09/19/2005 | VIC | 342.00 | 182.00 | 0.00 | 6,004.64 | | 6,004.64 | | | 6,004.64 |
| BAKER TIMOTHY | 11/22/2005 | Open | 709 | 200317 | 001 | 000835439 | 2004 | | 11/08/2005 | VIC | 217.92 | 0.00 | 5,114.81 | 6,578.73 | 2,640.00 | 13,032.22 | | | 13,032.22 |
| AHUELA LUIS A | 02/08/2005 | Closed | 709 | 204821 | 001 | 000835440 | 2004 | | 12/09/2005 | VIC | 20.88 | 0.00 | 12,840.00 | 6,578.75 | | 14,072.01 | | | 14,072.01 |
| GUEVARA MARIA J | 12/27/2005 | Open | 709 | 165652 | 001 | 000835439 | 2004 | | 11/23/2005 | VIC | 245.12 | 0.00 | 12,884.24 | 1,534.10 | 0.00 | 13,607.47 | | | 13,607.47 |
| RODRIGUEZ GUILLERMO | 10/18/2005 | Open | 710 | 197446 | 001 | 000835440 | 2004 | | 04/25/2005 | VIC | 3,745.75 | 182.00 | 0.00 | 1,414.47 | 0.00 | 14,404.96 | | | 14,404.96 |
| EVRARD TIFFANIE | 12/09/2005 | Open | 710 | 209891 | 001 | 000835439 | 2004 | | 07/01/2005 | VIC | 3,423.16 | 0.00 | 0.00 | 9,675.24 | 984.16 | 14,635.83 | | | 14,635.83 |
| MENDEZ MANUEL DO E DELA | 02/11/2006 | Closed | 710 | 201712 | 001 | 000835439 | 2004 | | 10/26/2005 | VIC | 1,445.84 | 5,000.00 | 0.00 | 2,976.04 | 0.00 | 15,228.63 | (15.00) | | 15,228.63 |
| SANDOVAL GLORIA | 10/15/2005 | Closed | 710 | 166464 | 001 | 000835439 | 2004 | | 12/22/2005 | VIC | 224.34 | 0.00 | 226.24 | 1,414.47 | 0.00 | 15,566.66 | (15.00) | | 15,566.66 |
| SHERMAN JON | 02/23/2006 | Closed | 710 | 163162 | 001 | 000835440 | 2004 | | 10/26/2005 | VIC | 1,687.44 | 526.31 | 2,971.56 | 13,258.11 | 0.00 | 13,747.36 | | | 13,747.36 |
| CASTILLO COSME | 03/23/2006 | Closed | 710 | 122643 | 001 | 000835439 | 2004 | | 07/27/2005 | VIC | 1,180.32 | 0.00 | 2,992.32 | 15,250.31 | 5,386.78 | 15,905.31 | 0.00 | | 15,905.31 |
| FUENTES HUMBERTO | 01/03/2006 | Closed | 710 | 166744 | 001 | 000835439 | 2004 | | 09/13/2005 | VIC | 13,175.30 | 0.00 | 540.01 | 19,213.32 | 0.00 | 20,211.49 | (173.74) | | 20,211.49 |
| PRENTICE VICTOR | 12/28/2005 | Open | 710 | 191516 | 001 | 000835439 | 2004 | | 04/27/2005 | VIC | 4,626.66 | 0.00 | 2,717.27 | 16,826.58 | 0.00 | 24,364.50 | | | 24,364.50 |
| RINCON GOMEZ ANDRES I | 12/09/2005 | Open | 710 | 196441 | 001 | 000835439 | 2004 | | 06/29/2005 | VIC | 1,165.63 | 0.00 | 12,473.27 | 10,627.02 | 0.00 | 25,531.66 | | | 25,531.66 |
| GUZMAN GONZALEZ JOSE D | 07/11/2005 | Open | 710 | 145129 | 001 | 000835440 | 2004 | 11/27/2006 | 12/03/2005 | VIC | 10,205.37 | 1,918.50 | 3,207.67 | 12,767.00 | 3,631.00 | 26,138.24 | | | 26,138.24 |
| GUEVARA MARIA J | 12/19/2005 | Closed | 709 | 153592 | 001 | 000835439 | 2004 | 03/17/2006 | 07/18/2005 | VIC | 4,003.50 | 1,508.35 | 5,113.04 | 17,343.27 | 0.00 | 28,938.10 | | | 28,938.10 |
| PORTILLO MARIA | 07/11/2006 | Reopen | 710 | 181051 | 001 | 000835440 | 2004 | | 08/01/2005 | VIC | 3,708.19 | 0.00 | 0.00 | 19,239.05 | 0.00 | 30,644.54 | 344.27 | | 30,644.54 |
| ENCINAS MARIA | 11/01/2006 | Open | 710 | 106268 | 001 | 000835440 | 2004 | 03/27/2007 | 10/11/2005 | VIC | 9,169.85 | 0.00 | 11,603.01 | 7,075.41 | 0.00 | 31,671.88 | | | 31,671.88 |
| ESCUDA LOURDES | 07/28/2005 | Open | 710 | 107858 | 001 | 000835440 | 2004 | | 07/18/2005 | VIC | 913.17 | 0.00 | 426.00 | 12,218.32 | 0.00 | 36,076.57 | 0.00 | | 36,076.57 |
| VALDEZ MARIA F | 07/15/2005 | Closed | 709 | 155851 | 001 | 000835440 | 2004 | | 09/28/2005 | VIC | 8,830.70 | 1,560.00 | 12,300.00 | 21,851.66 | 0.00 | 41,219.74 | (30.00) | | 41,219.74 |
| CHAVA ELENA | 09/09/2005 | Open | 710 | 208051 | 001 | 000835440 | 2004 | | 07/27/2005 | VIC | 9,472.58 | 585.00 | 6,040.00 | 15,181.38 | 0.00 | 40,852.36 | | | 40,852.36 |
| ULLAGA LOURDES | 09/16/2005 | Open | 709 | 159086 | 001 | 000835440 | 2004 | 07/19/2005 | 10/13/2005 | VIC | 2,834.76 | 0.00 | 19,239.10 | 12,115.08 | 0.00 | 53,762.89 | (15.00) | | 53,762.89 |
| MALDONADO MARCELA | 03/18/2006 | Reopen | 710 | 122726 | 001 | 000835440 | 2004 | | 09/02/2005 | VIC | 4,386.83 | 4,775.00 | 5,200.19 | 49,211.88 | 0.00 | 65,063.05 | (30.00) | | 65,063.05 |
| CROSTITUD JUAN | 07/15/2005 | Open | 710 | 188353 | 001 | 000835440 | 2004 | | 10/06/2005 | VIC | 229.58 | 4,552.50 | 29,988.13 | 12,257.89 | 0.00 | 65,986.49 | | | 65,986.49 |
| WILSON BERT | 09/06/2005 | Open | 710 | 124895 | 001 | 000835440 | 2004 | | 10/06/2005 | VIC | 6,881.50 | 3,654.12 | 3,045.66 | 18,905.78 | 0.00 | 67,943.83 | | | 67,943.83 |
| ARBONICO MILAGRO | 06/13/2005 | Open | 710 | 181320 | 001 | 000835440 | 2004 | | 04/27/2005 | VIC | 5,306.20 | 2,383.75 | 31,527.54 | 35,679.08 | 0.00 | 70,197.97 | | | 70,197.97 |
| MARCHELENA SANDRA | 11/03/2006 | Open | 709 | 199328 | 001 | 000835440 | 2004 | | 04/27/2005 | VIC | 12,624.17 | 717.00 | 2,489.50 | 36,314.42 | 5,280.00 | 73,167.81 | | | 73,167.81 |
| BARRIENTOS MAYRA | 10/14/2005 | Open | 710 | 178708 | 001 | 000835440 | 2004 | | 11/11/2005 | VIC | 2,271.55 | 1,290.00 | 38,700.00 | 43,773.74 | 0.00 | 80,194.61 | | | 80,194.61 |
| ORDONEZ FEDERICO | 10/19/2005 | Open | 710 | 177258 | 001 | 000835440 | 2004 | | 10/20/2005 | VIC | 5,650.55 | 2,788.90 | 31,903.52 | 47,300.00 | 0.00 | 85,128.02 | (52.00) | | 85,128.02 |
| LUJAN SERGIO | 04/06/2005 | Closed | 710 | 113765 | 001 | 000835439 | 2004 | | 03/31/2005 | VIC | 5,305.16 | 4,301.00 | 27,677.42 | 81,281.53 | 8,330.00 | 114,486.01 | (192.44) | | 114,486.01 |
| | | | | | | | | | | | 50,609.84 | 44,079.73 | 227,221.48 | 117,346.87 | 330,225.43 | 188,122.11 | 176,389.52 | (4,450.01) | 1,509,956.13 |

| GUEVARA MARIA I | 02/01/2006 | Closed | 710 | 403858 | 001 | 000781690 | 2005 | | 07/06/2007 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| OLVERA IRENA | 12/27/2006 | Notice Only | 710 | 337677 | 001 | 000781690 | 2005 | | 12/29/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| OLIVER LILIA | 12/09/2006 | Notice Only | 710 | 356745 | 001 | 000781690 | 2005 | | 12/12/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| LOPEZ HECTOR | 11/25/2006 | Notice Only | 710 | 358890 | 001 | 000781690 | 2005 | | 12/04/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| CRUZ DIAZ ALFONZO | 11/02/2006 | Notice Only | 710 | 328848 | 001 | 000781690 | 2005 | | 11/06/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| TAPIA JOSE | 10/25/2006 | Notice Only | 710 | 325697 | 001 | 000781690 | 2005 | | 11/06/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| AGUILAR ALMA | 11/02/2006 | Notice Only | 710 | 317678 | 001 | 000781690 | 2005 | | 10/30/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| ARAGON ALMA | 10/09/2006 | Notice Only | 710 | 245490 | 001 | 000781690 | 2005 | | 10/16/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| ORTIZ MARTIN | 10/11/2006 | Notice Only | 710 | 313291 | 001 | 000781690 | 2005 | | 10/16/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| MORAN BRANDEN | 10/09/2006 | Notice Only | 710 | 312738 | 001 | 000781690 | 2005 | | 10/13/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| DIAZ IVAN | 10/11/2006 | Notice Only | 710 | 312120 | 001 | 000781690 | 2005 | | 10/13/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| ELIASSO JUAN | 10/11/2006 | Notice Only | 710 | 306588 | 001 | 000781690 | 2005 | | 10/12/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| SALAZAR CLEMENTE | 09/27/2006 | Notice Only | 710 | 303308 | 001 | 000781690 | 2005 | | 10/02/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| RIVERA MIRIAM | 09/02/2006 | Notice Only | 710 | 306656 | 001 | 000781690 | 2005 | | 09/11/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| OLAIZ MOISES | 09/01/2006 | Notice Only | 710 | 263306 | 001 | 000781690 | 2005 | | 09/11/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| RODRIGUEZ TIFFANIE | 08/29/2006 | Notice Only | 710 | 299670 | 001 | 000781690 | 2005 | | 09/05/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| RAMIREZ SANDRA | 08/19/2006 | Notice Only | 710 | 296982 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| MURILLO MARIA | 09/16/2006 | Notice Only | 710 | 295490 | 001 | 000781690 | 2005 | | 09/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| PRIELA PRINCESS | 08/16/2006 | Notice Only | 710 | 288078 | 001 | 000781690 | 2005 | | 08/25/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| CERVANTES JOSE | 08/19/2006 | Notice Only | 710 | 264690 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| MUNGUIA CELERINO | 08/11/2006 | Notice Only | 710 | 254700 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| TRYON ANTHONY F | 08/16/2006 | Notice Only | 710 | 227550 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| HENRIQUEZ MARTA | 08/22/2006 | Notice Only | 710 | 271489 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| FOLX SAMUEL | 07/03/2006 | Notice Only | 710 | 272328 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| HERRERA EVA | 02/01/2006 | Notice Only | 710 | 268041 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| THOMPSON ALVARO | 08/14/2006 | Notice Only | 710 | 268437 | 001 | 000781690 | 2005 | | 08/23/2006 | VIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |

| Name | Date | Status | ID (710/708/709) | 001 | Code | Year | Date | WC |
|---|---|---|---|---|---|---|---|---|
| RODRIGUEZ SALUD | 05/22/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 05/05/2006 | WC |
| DURAN JOSIE B | 05/25/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 05/06/2006 | WC |
| TORRES JANET | 05/18/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 05/08/2006 | WC |
| VISCAINO ROSA E | 05/17/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 05/09/2006 | WC |
| MARTIN HENDRY | 05/18/2006 | Closed | 710 | 001 | 0005731999 | 2005 | 05/12/2006 | WC |
| AGUILAR ALMA | 04/11/2006 | Closed | 710 | 001 | 0005731999 | 2005 | 05/15/2006 | WC |
| RIVERA CINTHIA | 03/22/2006 | Closed | 710 | 001 | 0005731999 | 2005 | 05/07/2006 | WC |
| OLIVEROS REYNA | 03/25/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 05/18/2006 | WC |
| PANTOJA SANDRA | 03/25/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 04/02/2006 | WC |
| RODRIGUEZ MARINA | 03/13/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 04/03/2006 | WC |
| DEL RIO DEYANIRA | 03/15/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 02/21/2006 | WC |
| ANDERSON RICKY | 03/13/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 02/22/2006 | WC |
| MONTERROSA CLAUDIA | 03/01/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 03/02/2006 | WC |
| RAMIREZ SANDRA | 02/23/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 03/03/2006 | WC |
| LEMUS MARCELO | 02/05/2006 | Notice Only | 710 | 001 | 0005731999 | 2005 | 02/10/2006 | WC |
| ARIAS EMMA | 12/27/2005 | Closed | 710 | 001 | 0005731999 | 2005 | 12/27/2005 | WC |
| MACIAS ROBERTO | 12/12/2005 | Notice Only | 710 | 001 | 0005731999 | 2005 | 12/24/2006 | WC |
| CASTILLO MARTHA | 11/27/2005 | Closed | 710 | 001 | 0005731999 | 2005 | 12/04/2006 | WC |
| RIVERA EZEQUIEL | 11/17/2005 | Closed | 710 | 001 | 0005731999 | 2005 | 11/17/2005 | WC |
| IBANEZ CAROLA | 11/17/2005 | Closed | 710 | 001 | 0005731999 | 2005 | 11/02/2005 | WC |
| GUERRERO JOSE | 10/25/2005 | Closed | 710 | 001 | 0005731999 | 2005 | 11/02/2005 | WC |
| GUILLEN LUIS | 09/22/2005 | Closed | 710 | 001 | 0005731999 | 2005 | 10/25/2005 | WC |
| BONILLA LUANA | 10/19/2005 | Notice Only | 710 | 001 | 0005731999 | 2005 | 10/23/2005 | WC |
| VARGAS GARCIA LUIS | 10/17/2005 | Notice Only | 710 | 001 | 0005731999 | 2005 | 10/18/2005 | WC |
| MONJARRAZ ESMERALDA | 10/17/2005 | Notice Only | 710 | 001 | 0005731999 | 2005 | 01/16/2006 | WC |
| LIMANZOR MANUEL | 10/04/2005 | Notice Only | 708 | 001 | 0005731999 | 2005 | 10/09/2005 | WC |
| ALVAREZ MARGARITA | 10/12/2005 | Notice Only | 708 | 001 | 0005731984 | 2005 | 09/07/2005 | WC |
| ZAVALA ARTURO | 09/26/2005 | Closed | 708 | 001 | 0005731984 | 2005 | 04/04/2006 | WC |
| GUZMAN ROSALINDA | 02/26/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 02/23/2006 | WC |
| SEGURA REYNA | 02/23/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 02/21/2006 | WC |
| EVANS JEREMY | 01/06/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 01/11/2006 | WC |
| ROJAS MARTHA A | 10/18/2006 | Notice Only | 708 | 001 | 0005731984 | 2005 | 11/02/2005 | WC |
| QUINTANA CLAUDIA | 09/24/2005 | Closed | 708 | 001 | 0005731984 | 2005 | 11/02/2005 | WC |
| HERNANDEZ BELEN | 09/27/2005 | Notice Only | 708 | 001 | 0005731984 | 2005 | 10/25/2005 | WC |
| GONZALEZ ELIZABETH | 09/16/2005 | Notice Only | 708 | 001 | 0005731984 | 2005 | 10/02/2005 | WC |
| DENG ROSANDO | 09/22/2005 | Closed | 708 | 001 | 0005731984 | 2005 | 02/23/2006 | WC |
| GONZALEZ YESIK | 02/24/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 12/03/2006 | WC |
| ROSARIO ANGEL | 02/26/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 11/01/2006 | WC |
| ALA TORRE ANGELINA | 11/16/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 10/13/2006 | WC |
| DEJESW JAMIE | 10/15/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 10/22/2006 | WC |
| HAYNES DEANNA | 09/20/2006 | Notice Only | 708 | 001 | 0005731984 | 2005 | 11/07/2006 | WC |
| BARAHONA RONALD | 01/09/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 12/22/2006 | WC |
| GRIFFIN JENNIFER | 09/24/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 12/02/2006 | WC |
| BELAKONIS JOSHUA | 09/22/2006 | Notice Only | 708 | 001 | 0005731984 | 2005 | 09/25/2006 | WC |
| TORRES SERBINA | 09/18/2006 | Notice Only | 708 | 001 | 0005731984 | 2005 | 09/18/2006 | WC |
| RUGAMA LILLIAN | 09/22/2006 | Closed | 708 | 001 | 0005731984 | 2005 | 01/26/2006 | WC |
| ACOSTA CLARA | 02/24/2006 | Closed | 708 | 001 | 0005731989 | 2005 | 06/23/2006 | WC |
| HERNANDEZ ARMANDO | 12/20/2006 | Closed | 708 | 001 | 0005731989 | 2005 | 06/30/2006 | WC |
| VENTURA ONAN | 12/20/2006 | Closed | 708 | 001 | 0005731989 | 2005 | 07/11/2006 | WC |
| HODGES RAYMOND | 11/18/2006 | Closed | 708 | 001 | 0005731989 | 2005 | 07/12/2006 | WC |
| MORALES PARSS | 11/07/2006 | Closed | 708 | 001 | 0005731989 | 2005 | 10/20/2006 | WC |
| CROUCH ANDRE T | 10/15/2006 | Closed | 708 | 001 | 0005731989 | 2005 | 09/21/2006 | WC |
| MILLER CURTIS | 09/20/2006 | Notice Only | 708 | 001 | 0005731989 | 2005 | 06/21/2006 | WC |
| CLARK EDWARD M | 09/20/2006 | Notice Only | 708 | 001 | 0005731989 | 2005 | 09/03/2006 | WC |
| CASTILLO WILNELIA | 08/31/2006 | Closed | 708 | 001 | 0005731989 | 2005 | 08/31/2006 | WC |
| XOCHIHUA CANDELARIA | 08/29/2006 | Notice Only | 710 | 001 | 0005731989 | 2005 | 07/31/2006 | WC |
| LOPEZ MARIA | 08/25/2006 | Closed | 710 | 001 | 0005731989 | 2005 | 07/22/2006 | WC |
| MORALES DEFONSO | 07/27/2006 | Notice Only | 710 | 001 | 0005731989 | 2005 | 07/08/2006 | WC |
| VALDEZ MIRIAM | 07/16/2006 | Notice Only | 710 | 001 | 0005731989 | 2005 | 07/11/2006 | WC |
| SANTIAGO NANCY | 07/20/2006 | Closed | 710 | 001 | 0005731989 | 2005 | 07/10/2006 | WC |
| SANDOVAL CLAUDIA | 07/05/2006 | Closed | 710 | 001 | 0005731989 | 2005 | 06/27/2006 | WC |
| FLORES CASSEY | 06/16/2006 | Closed | 710 | 001 | 0005731989 | 2005 | 06/23/2006 | WC |
| LOPEZ MARCO | | | 710 | 001 | 0005731989 | 2005 | 09/25/2006 | WC |
| LINDBERG VICTOR | | | 710 | 001 | 0005731989 | 2005 | 06/14/2006 | WC |
| YAM DANIEL | | | 710 | | | | | |
| OMAR MATRAR | | | 710 | | | | | |
| HARRIS EVELYN | | | | | | | | |
| ORTIZ MARIA | | | | | | | | |
| CRUZ OLIVIA | | | | | | | | |
| GOMEZ CONNIE | | | | | | | | |
| DOMINGUEZ JAVIER | | | | | | | | |
| GUILLEN TERESA | | | | | | | | |

| Name | Status | Date | | |
|---|---|---|---|---|
| GAYTAN SOFIA | Closed | 05/15/2006 | | |
| MORALES MINERVA | Closed | 09/07/2006 | | |
| DURAN MARIA | Closed | 05/24/2006 | | |
| CHAVEZ ISMAEL | Closed | 05/11/2006 | | |
| AHMETI VALDET E | Closed | 05/16/2006 | | |
| USMANOV ABDULLA M | Notice Only | 05/16/2006 | | |
| CARDOLISRGO FIDEL | Closed | 05/08/2006 | | |
| CAZAREZ NATALIE | Closed | 04/28/2006 | | |
| ENRIQUEZ KSELA | Closed | 05/05/2006 | | |
| DUENTO MARIA | Notice Only | 04/15/2006 | | |
| CAMACHO MARLENE | Closed | 04/21/2006 | | |
| ENRIQUEZ MARIA | Closed | 04/04/2006 | | |
| SANDOVAL NENE | Closed | 04/04/2006 | | |
| DIAZ JORGE | Closed | 03/02/2006 | | |
| MURPHY PATRICK | Closed | 02/14/2006 | | |
| VALDEZ CARLOS | Closed | 03/17/2006 | | |
| LOPEZ LOURDES | Closed | 03/14/2006 | | |
| JIMENEZ LOURDES | Closed | 02/22/2006 | | |
| SANCHEZ BRENDA E | Closed | 03/07/2006 | | |
| AYALA ALEX V | Closed | 02/02/2006 | | |
| SOSA LUIS | Closed | 02/02/2006 | | |
| HERNANDEZ PARRA MIGUEL | Closed | 02/02/2006 | | |
| ZAVALA JOAQUIN | Closed | 11/18/2006 | | |
| ROCHA JOAQUIN | Closed | 05/29/2006 | | |
| ALVAREZ AMELIA | Closed | 11/08/2006 | | |
| ALVAREZ NOEMI | Closed | 11/22/2006 | | |
| HINOJOSA EVA | Closed | 01/04/2006 | | |
| VALADO LUIS | Closed | 09/23/2006 | | |
| VALDEZ MARIO | Closed | 09/19/2006 | | |
| MOODY JEFF | Closed | 09/01/2006 | | |
| VELASQUEZ GEORGE | Closed | 07/24/2006 | | |
| SILVA MERCEDES | Closed | 06/02/2006 | | |
| SUAREZ MARIA | Closed | 07/28/2006 | | |
| RICORIGJULIO | Closed | 11/08/2006 | | |
| MARTINEZ ORLANDO | Closed | 02/22/2006 | | |
| MARTINEZ LUIS | Closed | 10/27/2006 | | |
| ARDINAMERENCE | Closed | 09/28/2006 | | |
| MANS TOOYA | Closed | 09/11/2006 | | |
| SERRANO OLGA | Closed | 10/11/2006 | | |
| DUARTE IVAN | Closed | 10/25/2006 | | |
| ROBLES ERIK | Closed | 01/09/2006 | | |
| CRUZ GLENDY G | Closed | 07/07/2006 | | |
| KENNEDY PAUL | Closed | 08/06/2006 | | |
| PEREZ OMAR | Closed | 04/13/2006 | | |
| ALIANZA LETICIA | Closed | 09/09/2006 | | |
| LOPEZ CRISPIN | Closed | 05/20/2006 | | |
| MADRID GUADALUPE | Closed | 07/28/2006 | | |
| GARCIA RAUL | Closed | 05/25/2006 | | |
| CRUZ LUZ | Closed | 10/19/2006 | | |
| MOORE LILLIAN | Closed | 07/25/2006 | | |
| MEDINA ROSARIO | Closed | 11/08/2006 | | |
| MARTINEZ MARIA I | Closed | 01/13/2006 | | |
| CARDONA LUIS | Closed | 11/01/2006 | | |
| BANUELOS MIGUEL | Closed | 01/16/2006 | | |
| DAMIAN MARIA | Closed | 09/25/2006 | | |
| GARCIA GABRIELA | Closed | 05/20/2006 | | |
| CRUZ RONNY | Closed | 04/13/2006 | | |
| VALADEZ NELLY | Closed | 10/19/2006 | | |
| URETCHO CLAUDIA | Closed | 10/19/2006 | | |
| MARTINEZ EUGENIA | Closed | 11/01/2006 | | |
| VELAZCO FRANCISCO | Closed | 09/20/2006 | | |
| NEZ DENNIS T | Closed | 03/15/2006 | | |
| URTECHO ANDY | Closed | 04/14/2006 | | |
| UNZUETA ANDY | Closed | 11/16/2006 | | |
| VASQUEZ AMELIA | Closed | 07/15/2006 | | |
| SEPULVEDA AMELIA | Closed | 03/10/2006 | | |
| MARTINEZ CLAUDIA | Closed | 09/20/2006 | | |
| VASQUEZ PEDRO | Closed | 02/20/2006 | | |
| LOPEZ MARINA | Closed | 05/01/2006 | | |
| BARELY SYLVESTER | Closed | 04/12/2006 | | |
| SMAI MATEO | Closed | 05/09/2006 | | |
| GAYTON SOFIA | Closed | | | |
| BLAS NORBERTO | Closed | | | |
| CRITTENDEN NIEL | Closed | | | |
| MUKHTASIMOV POLAND | Closed | | | |

| Name | Status | Date | | 710 | | | 001 | | Year | Pay Date | WC | Amount | | | Col | Col |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DESPOSORIO SONIA | Closed | 09/16/2006 | | 710 | 250615 | | 001 | | 2005 | 09/17/2006 | WC | 3.86 | 149.23 | | | 152.89 |
| ARREOLA EZEQUIEL | Closed | 02/15/2006 | | 710 | 250715 | | 001 | | 2005 | 02/17/2006 | WC | 11.22 | 141.97 | | | 153.19 |
| MARTINEZ EDITH | Closed | 09/20/2006 | | 710 | 262815 | | 001 | | 2005 | 10/02/2006 | WC | 0.62 | 152.76 | | | 153.38 |
| BENIGNO ZEFERINA | Closed | 09/11/2006 | | 710 | 288512 | | 001 | | 2005 | 09/11/2006 | WC | 3.54 | 149.93 | | | 153.47 |
| ROCHA MARICELA | Closed | 12/13/2006 | | 710 | 337845 | | 001 | | 2005 | 12/19/2006 | WC | 23.90 | 250.08 | | | 153.98 |
| MEDINA IBILIA | Closed | 07/20/2006 | | 710 | 277973 | | 001 | | 2005 | 07/21/2006 | WC | 0.04 | 154.00 | | | 154.04 |
| VICTORIANO CLAUDIA | Closed | 12/14/2006 | | 710 | 337749 | | 001 | | 2005 | 12/14/2006 | WC | 0.60 | 154.00 | | | 154.60 |
| ATWOOD DENISE | Closed | 09/12/2006 | | 710 | 244456 | | 001 | | 2005 | 09/12/2006 | WC | 0.55 | 154.00 | | | 156.73 |
| GUZMAN OSCAR | Closed | 04/27/2006 | | 710 | 253981 | | 001 | | 2005 | 04/28/2006 | WC | 1.33 | 153.37 | | | 157.12 |
| SANTES NOE | Closed | 11/03/2006 | | 710 | 290489 | | 001 | | 2005 | 08/01/2006 | WC | 159.23 | 0.00 | | | 159.23 |
| CHENEY CHRISTOPHER W | Closed | 05/02/2006 | | 710 | 425459 | | 001 | | 2005 | 05/01/2006 | WC | 6.82 | 153.66 | | | 160.08 |
| JUAREZ ERNESTO | Closed | 07/21/2006 | | 710 | 261358 | | 001 | | 2005 | 10/24/2006 | WC | 3.35 | 0.00 | | | 160.25 |
| UGAS JOSE | Closed | 09/16/2006 | | 710 | 324837 | | 001 | | 2005 | 07/26/2006 | WC | 4.52 | 151.61 | | | 160.52 |
| BLANCA RUBIO | Closed | 10/24/2006 | | 710 | 200462 | | 001 | | 2005 | 11/16/2006 | WC | 11.44 | 156.83 | | | 161.35 |
| GARCIA ROSARIO | Closed | 10/31/2006 | | 710 | 217244 | | 001 | | 2005 | 09/17/2006 | WC | 1.32 | 160.29 | | | 161.33 |
| MENDEZ ANGELICA | Closed | 02/21/2006 | | 710 | 239128 | | 001 | | 2005 | 10/25/2006 | WC | 3.32 | 160.41 | | | 163.83 |
| DAHLBERG DAVE E | Closed | 03/10/2006 | | 710 | 205841 | | 001 | | 2005 | 03/10/2006 | WC | 3.81 | 163.18 | | | 163.42 |
| ROSALES FELIPE MEDINA | Closed | 12/14/2006 | | 710 | 333681 | | 001 | | 2005 | 12/14/2006 | WC | 3.48 | 163.42 | | | 164.00 |
| MARTINEZ MIGUEL | Closed | 05/24/2006 | | 710 | 253961 | | 001 | | 2005 | 05/24/2006 | WC | 3.20 | 163.92 | | | 166.73 |
| MARTIR JESUS | Closed | 09/07/2006 | | 710 | 290564 | | 001 | | 2005 | 09/25/2006 | WC | 2.68 | 168.52 | | | 168.63 |
| STEVENS JAMIE | Closed | 09/05/2006 | | 710 | 398984 | | 001 | | 2005 | 09/25/2006 | WC | 2.60 | 170.00 | | | 170.00 |
| ARAGA ROSALINDA | Closed | 09/06/2006 | | 710 | 379223 | | 001 | | 2005 | 09/14/2006 | WC | 10.33 | 159.73 | | | 170.06 |
| OLEZAR CHRISTIAN | Closed | 09/16/2006 | | 710 | 202501 | | 001 | | 2005 | 07/31/2006 | WC | 0.21 | 154.00 | | | 170.25 |
| DUMAS PETRIE | Closed | 09/06/2006 | | 710 | 376878 | | 001 | | 2005 | 03/24/2006 | WC | 5.71 | 165.39 | | | 170.80 |
| CHAVEZ HERMILA | Closed | 09/12/2006 | | 710 | 324666 | | 001 | | 2005 | 11/16/2006 | WC | 4.63 | 160.41 | | | 173.74 |
| VILLAGRA OSVALDO | Closed | 09/03/2006 | | 710 | 306199 | | 001 | | 2005 | 07/19/2006 | WC | 17.88 | 175.87 | | | 176.66 |
| CASH HALL JOSIE A | Closed | 08/04/2006 | | 710 | 341021 | | 001 | | 2005 | 04/04/2006 | WC | 12.35 | 181.61 | | | 181.44 |
| GUTIERREZ ORLIN | Closed | 02/27/2006 | | 710 | 357828 | | 001 | | 2005 | 10/17/2006 | WC | 0.83 | 175.23 | | | 184.23 |
| USMANOV ABDULLEM | Closed | 04/03/2006 | | 710 | 204538 | | 001 | | 2005 | 04/03/2006 | WC | 3.36 | 172.72 | | | 184.55 |
| PERALES RICHIE J | Closed | 10/16/2006 | | 710 | 342732 | | 001 | | 2005 | 02/06/2006 | WC | 0.00 | 188.18 | | | 188.05 |
| JENKINS ROBERT D | Closed | 10/10/2006 | | 710 | 385041 | | 001 | | 2005 | 10/10/2006 | WC | 6.68 | 176.96 | | | 188.21 |
| RODRIGUEZ MINERVA | Closed | 02/27/2006 | | 710 | 253543 | | 001 | | 2005 | 04/10/2006 | WC | 2.60 | 174.50 | | | 188.53 |
| ALVAREZ ROSENDO | Closed | 09/04/2006 | | 710 | 232703 | | 001 | | 2005 | 09/12/2006 | WC | 1.63 | 189.43 | | | 190.33 |
| CHAVEZ MARIA | Closed | 09/24/2006 | | 710 | 250543 | | 001 | | 2005 | 04/12/2006 | WC | 14.62 | 176.84 | | | 191.26 |
| FALCON ERIKA | Closed | 09/07/2006 | | 710 | 227033 | | 001 | | 2005 | 09/25/2006 | WC | 0.00 | 191.63 | | | 191.83 |
| TOSCANO LILIA | Closed | 02/08/2006 | | 710 | 202320 | | 001 | | 2005 | 11/18/2006 | WC | 9.00 | 183.48 | | | 192.47 |
| COTTONWOOD NATHANIEL | Closed | 09/04/2006 | | 710 | 383283 | | 001 | | 2005 | 10/02/2006 | WC | 8.54 | 188.88 | | | 193.53 |
| GERONIMO BEATRIZ | Closed | 09/28/2006 | | 710 | 337334 | | 001 | | 2005 | 03/26/2006 | WC | 20.23 | 182.06 | | | 196.67 |
| CHASON MAGALY | Closed | 10/03/2006 | | 710 | 306183 | | 001 | | 2005 | 02/29/2006 | WC | 4.41 | 198.56 | | | 197.00 |
| MARTINEZ LORENA | Closed | 10/02/2006 | | 710 | 200367 | | 001 | | 2005 | 02/15/2006 | WC | 0.88 | 200.37 | | | 202.90 |
| SANTILLAN MARIA | Closed | 09/22/2006 | | 710 | 245672 | | 001 | | 2005 | 10/20/2006 | WC | 3.66 | 200.54 | | | 204.30 |
| PINEDA JAMES | Closed | 03/11/2006 | | 710 | 306000 | | 001 | | 2005 | 03/11/2006 | WC | 5.31 | 209.27 | | | 210.30 |
| TAPIA URIEL | Closed | 09/12/2006 | | 710 | 306000 | | 001 | | 2005 | 06/12/2006 | WC | 0.86 | 190.70 | | | 210.63 |
| LEBARON TRAVIS | Closed | 09/22/2006 | | 710 | 225667 | | 001 | | 2005 | 09/22/2006 | WC | 3.10 | 205.84 | | | 211.86 |
| FREYGANG DAVID | Closed | 03/10/2006 | | 710 | 245472 | | 001 | | 2005 | 03/10/2006 | WC | 0.63 | 197.67 | | | 212.21 |
| ALVAREZ GUADALUPE | Closed | 02/19/2006 | | 710 | 325437 | | 001 | | 2005 | 06/12/2006 | WC | 8.53 | 215.74 | | | 212.76 |
| BAUTISTA EVA DE | Closed | 09/03/2006 | | 710 | 223457 | | 001 | | 2005 | 10/12/2006 | WC | 44.52 | 222.35 | | | 212.63 |
| LA RIVA EFRAIN | Closed | 12/16/2006 | | 710 | 315877 | | 001 | | 2005 | 09/16/2006 | WC | 7.23 | 222.35 | | | 217.82 |
| HERNANDEZ JOSE L | Closed | 09/16/2006 | | 710 | 325879 | | 001 | | 2005 | 12/27/2006 | WC | 0.93 | 231.00 | | | 221.43 |
| GARCIA PEDRO J | Closed | 07/14/2006 | | 710 | 326333 | | 001 | | 2005 | 02/20/2006 | WC | 52.27 | 174.49 | | | 230.81 |
| RIZ GABRIELA | Closed | 02/01/2006 | | 710 | 333451 | | 001 | | 2005 | 09/14/2006 | WC | 7.24 | 228.37 | | | 230.39 |
| TEXICANO ADRIANA | Closed | 09/05/2006 | | 710 | 293873 | | 001 | | 2005 | 09/11/2006 | WC | 1.89 | 224.36 | | | 235.39 |
| SALNAS FELIPE | Closed | 07/14/2006 | | 710 | 290467 | | 001 | | 2005 | 07/21/2006 | WC | 0.89 | 228.37 | | | 235.39 |
| HAMILTON BRUCE | Closed | 04/20/2006 | | 710 | 247258 | | 001 | | 2005 | 07/25/2006 | WC | 12.75 | 225.77 | | | 237.52 |
| HERNANDEZ JOAQUIN | Closed | 08/03/2006 | | 710 | 279031 | | 001 | | 2005 | 04/29/2006 | WC | 0.86 | 228.97 | | | 237.63 |
| SOLIS CYNTHIA | Closed | 07/26/2006 | | 710 | 279081 | | 001 | | 2005 | 07/26/2006 | WC | 11.57 | 236.50 | | | 238.22 |
| BERNARDINO EDUARDO | Closed | 09/27/2006 | | 710 | 306270 | | 001 | | 2005 | 09/03/2006 | WC | 2.65 | 240.39 | | | 238.32 |
| OLASUEON LAURA | Closed | 04/20/2006 | | 710 | 336302 | | 001 | | 2005 | 08/07/2006 | WC | 16.17 | 231.86 | | | 245.82 |
| CASSIO LAURA | Closed | 09/06/2006 | | 710 | 344338 | | 001 | | 2005 | 09/06/2006 | WC | 0.01 | 246.08 | | | 248.12 |
| ORTIZ MARIBEL | Closed | 12/13/2006 | | 710 | 302977 | | 001 | | 2005 | 12/13/2006 | WC | 16.01 | 243.33 | | | 246.33 |
| VALDIVIA MARIA | Closed | 09/06/2006 | | 710 | 323577 | | 001 | | 2005 | 11/07/2006 | WC | 10.63 | 238.36 | | | 251.16 |
| NINO ROSARIO | Closed | 09/05/2006 | | 710 | 300042 | | 001 | | 2005 | 12/19/2006 | WC | 0.00 | 244.33 | | | 254.39 |
| PARADES REBECA | Open | 09/05/2006 | | 710 | 437859 | | 001 | | 2005 | 09/05/2006 | WC | 13.47 | 235.03 | | 38.67 | 255.03 |
| VALDIVIA ERIKA | Closed | 11/09/2006 | | 710 | 418282 | | 001 | | 2005 | 09/05/2006 | WC | 0.18 | 241.89 | 123.00 | 268.67 | 256.85 |
| SOLIS CRUZ E | | | | 710 | 264178 | | 001 | | 2005 | 09/12/2006 | WC | 8.49 | | | 0.00 | 259.24 |

| Name | Date | Status | | Acct # | | Policy # | Year | Eff Date | Code | Value | | | Value | | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCAMPO ISABEL | 05/09/2006 | Closed | 710 | 262039 | 001 | 0005731689 | 2005 | 05/07/2006 | VIC | 16.68 | 0.00 | 0.00 | 248.90 | 0.00 | 259.48 |
| GALLEGOS JULIAN E | 07/07/2006 | Closed | 710 | 274539 | 001 | 0005731689 | 2005 | 07/10/2006 | VIC | 22.55 | 0.00 | 0.00 | 237.86 | 0.00 | 250.81 |
| MARTINEZ CLAUDIA | 09/16/2006 | Closed | 710 | 302966 | 001 | 0005731689 | 2005 | 08/21/2006 | VIC | 132.90 | 0.00 | 0.00 | 61.53 | 0.00 | 254.43 |
| GUTIERREZ ENRIQUE | 09/16/2006 | Closed | 710 | 316526 | 001 | 0005731689 | 2005 | 11/09/2006 | VIC | 4.48 | 0.00 | 0.00 | 252.01 | 0.00 | 266.89 |
| BANVILLE GARY | 12/23/2006 | Closed | 710 | 333512 | 001 | 0005731689 | 2005 | 12/22/2006 | VIC | 21.04 | 0.00 | 0.00 | 245.62 | 0.00 | 266.56 |
| BUENANO KIM | 01/31/2006 | Closed | 710 | 217787 | 001 | 0005731689 | 2005 | 12/29/2006 | VIC | 3.65 | 0.00 | 0.00 | 266.53 | 0.00 | 268.98 |
| RODRIGUEZ CAROLINA | 12/29/2006 | Closed | 710 | 307615 | 001 | 0005731689 | 2005 | 02/14/2007 | VIC | 11.05 | 0.00 | 0.00 | 261.18 | 0.00 | 272.21 |
| GARCIA FROYLAN | 09/16/2006 | Closed | 710 | 330360 | 001 | 0005731689 | 2005 | 09/14/2006 | VIC | 16.18 | 0.00 | 0.00 | 256.12 | 0.00 | 272.24 |
| AGLIANPAR ROSA | 09/16/2006 | Closed | 710 | 301238 | 001 | 0005731689 | 2005 | 11/08/2006 | VIC | 10.80 | 0.00 | 0.00 | 255.19 | 0.00 | 272.10 |
| BRITO JHAY A | 04/21/2006 | Closed | 710 | 300042 | 001 | 0005731684 | 2005 | 04/22/2006 | VIC | 8.45 | 0.00 | 0.00 | 264.07 | 0.00 | 272.84 |
| RANGEL ALBERTO | 04/25/2006 | Closed | 710 | 346020 | 001 | 0005731689 | 2005 | 05/01/2006 | VIC | 4.48 | 0.00 | 0.00 | 274.20 | 0.00 | 273.12 |
| RAMIREZ APERLY | 09/17/2006 | Closed | 710 | 349729 | 001 | 0005731689 | 2005 | 09/03/2006 | VIC | 3.70 | 0.00 | 0.00 | 271.30 | 0.00 | 273.65 |
| MACIEL EVELIA | 09/09/2006 | Closed | 710 | 336606 | 001 | 0005731689 | 2005 | 09/15/2006 | VIC | 36.52 | 0.00 | 0.00 | 27.00 | 0.00 | 274.70 |
| SANCHEZ CINTHIA | 09/17/2006 | Closed | 710 | 356564 | 001 | 0005731689 | 2005 | 09/12/2006 | VIC | 0.00 | 0.00 | 0.00 | 243.57 | 0.00 | 276.68 |
| RAMOS THEODORO | 05/22/2006 | Closed | 710 | 355516 | 001 | 0005731689 | 2005 | 05/22/2006 | VIC | 5.89 | 0.00 | 0.00 | 277.13 | 0.00 | 279.35 |
| HERNANDEZ MARIA | 03/01/2006 | Closed | 710 | 300129 | 001 | 0005731689 | 2005 | 01/01/2006 | VIC | 1.23 | 0.00 | 0.00 | 277.35 | 0.00 | 278.59 |
| SOMANHI ADAN N | 05/22/2006 | Closed | 710 | 300027 | 001 | 0005731689 | 2005 | 06/12/2006 | VIC | 9.23 | 0.00 | 0.00 | 273.30 | 0.00 | 282.53 |
| RENTERIA HECTOR | 04/19/2006 | Closed | 710 | 284073 | 001 | 0005731689 | 2005 | 04/24/2006 | VIC | 0.00 | 0.00 | 0.00 | 284.69 | 0.00 | 304.02 |
| CASTILLO LAURA DEL | 10/22/2006 | Closed | 710 | 301836 | 001 | 0005731689 | 2005 | 11/15/2006 | VIC | 12.83 | 0.00 | 0.00 | 304.00 | 0.00 | 308.88 |
| PINON DAYRA | 11/12/2006 | Closed | 710 | 304208 | 001 | 0005731689 | 2005 | 11/12/2006 | VIC | 0.00 | 0.00 | 0.00 | 308.57 | 0.00 | 308.57 |
| SOLIS SERNA IRMA | 09/13/2006 | Closed | 710 | 302763 | 001 | 0005731689 | 2005 | 11/15/2006 | VIC | 1.21 | 0.00 | 0.00 | 307.46 | 0.00 | 313.43 |
| LANDAVERDE HUGO | 11/15/2006 | Closed | 710 | 304266 | 001 | 0005731689 | 2005 | 04/24/2006 | VIC | 15.96 | 0.00 | 0.00 | 298.59 | 0.00 | 313.43 |
| PAZ RAUL | 05/06/2006 | Closed | 710 | 317596 | 001 | 0005731689 | 2005 | 11/15/2006 | VIC | 1.77 | 0.00 | 0.00 | 314.16 | 0.00 | 314.72 |
| LUIS CARLOS | 09/05/2006 | Closed | 710 | 304740 | 001 | 0005731689 | 2005 | 09/13/2006 | VIC | 0.00 | 0.00 | 0.00 | 314.18 | 0.00 | 315.38 |
| FERRER LUIS | 11/05/2006 | Closed | 710 | 304706 | 001 | 0005731689 | 2005 | 11/15/2006 | VIC | 0.00 | 0.00 | 0.00 | 313.43 | 0.00 | 317.77 |
| LOPEZ JOSE | 11/09/2006 | Closed | 710 | 300930 | 001 | 0005731689 | 2005 | 09/07/2006 | VIC | 5.22 | 0.00 | 0.00 | 316.72 | 0.00 | 316.72 |
| VASQUEZ PEDRO | 09/05/2006 | Closed | 710 | 222321 | 001 | 0005731689 | 2005 | 08/07/2006 | VIC | 4.71 | 0.00 | 0.00 | 314.18 | 0.00 | 321.40 |
| CAPRIO GENE | 11/02/2006 | Closed | 710 | 322316 | 001 | 0005731689 | 2005 | 11/22/2006 | VIC | 18.89 | 0.00 | 0.00 | 305.29 | 0.00 | 324.03 |
| VARGAS MARGARITA | 11/20/2006 | Closed | 710 | 300763 | 001 | 0005731689 | 2005 | 11/14/2006 | VIC | 0.00 | 0.00 | 0.00 | 328.66 | 0.00 | 328.00 |
| ALVARADO ALBERTO | 11/20/2006 | Closed | 710 | 284855 | 001 | 0005731689 | 2005 | 09/14/2006 | VIC | 18.64 | 0.00 | 0.00 | 310.30 | 0.00 | 328.94 |
| DENERA NORMA | 11/20/2006 | Closed | 710 | 302067 | 001 | 0005731689 | 2005 | 09/29/2006 | VIC | 10.07 | 0.00 | 0.00 | 320.94 | 0.00 | 329.71 |
| OSMAN MANUN | 01/30/2006 | Closed | 710 | 217270 | 001 | 0005731684 | 2005 | 02/07/2006 | VIC | 75.14 | 0.00 | 0.00 | 255.66 | 0.00 | 331.41 |
| PALACIOS MORENA | 10/22/2006 | Closed | 710 | 417124 | 001 | 0005731689 | 2005 | 07/21/2006 | VIC | 1.34 | 0.00 | 0.00 | 330.07 | 0.00 | 331.46 |
| GARCIA FABIAN | 02/02/2006 | Closed | 710 | 301987 | 001 | 0005731689 | 2005 | 02/02/2006 | VIC | 13.55 | 0.00 | 0.00 | 320.74 | 0.00 | 334.20 |
| JONES WILLIAM L | 01/30/2006 | Closed | 710 | 217261 | 001 | 0005731684 | 2005 | 02/04/2006 | VIC | 6.65 | 0.00 | 0.00 | 330.43 | 0.00 | 336.28 |
| SHAT JORGE | 01/19/2006 | Closed | 710 | 307150 | 001 | 0005731689 | 2005 | 11/21/2006 | VIC | 22.24 | 0.00 | 0.00 | 333.43 | 0.00 | 334.06 |
| LOPEZ MARINA | 12/16/2006 | Closed | 710 | 302016 | 001 | 0005731689 | 2005 | 12/15/2006 | VIC | 1.23 | 0.00 | 0.00 | 337.69 | 0.00 | 338.34 |
| JENKINS ROBERT | 09/04/2006 | Closed | 710 | 304740 | 001 | 0005731689 | 2005 | 01/01/2006 | VIC | 12.85 | 0.00 | 0.00 | 326.40 | 0.00 | 339.25 |
| TRINIDAD EDWARD | 09/04/2006 | Closed | 710 | 302036 | 001 | 0005731689 | 2005 | 12/01/2006 | VIC | 0.00 | 0.00 | 0.00 | 339.43 | 0.00 | 339.50 |
| SALAZAR GUILLERMINA | 09/04/2006 | Closed | 710 | 289194 | 001 | 0005731689 | 2005 | 09/01/2006 | VIC | 5.23 | 0.00 | 0.00 | 335.69 | 0.00 | 340.72 |
| PEREZ VANESA | 09/25/2006 | Closed | 710 | 300264 | 001 | 0005731689 | 2005 | 08/07/2006 | VIC | 8.80 | 0.00 | 0.00 | 323.22 | 0.00 | 343.09 |
| UTEY CLAUDIA | 07/20/2006 | Closed | 710 | 286532 | 001 | 0005731689 | 2005 | 09/28/2006 | VIC | 6.45 | 0.00 | 0.00 | 330.48 | 0.00 | 343.63 |
| VALADEZ GUADALUPE | 09/20/2006 | Closed | 710 | 318630 | 001 | 0005731689 | 2005 | 09/25/2006 | VIC | 0.00 | 0.00 | 0.00 | 347.49 | 0.00 | 343.83 |
| REAGAN LUCINDA | 12/23/2006 | Closed | 710 | 316690 | 001 | 0005731684 | 2005 | 12/22/2006 | VIC | 8.51 | 0.00 | 0.00 | 344.32 | 0.00 | 349.81 |
| FLORES HERIBERT | 07/02/2006 | Closed | 710 | 300615 | 001 | 0005731689 | 2005 | 07/21/2006 | VIC | 0.00 | 0.00 | 0.00 | 354.25 | 0.00 | 361.04 |
| HIEREJON SERGIO | 11/21/2006 | Closed | 710 | 356015 | 001 | 0005731689 | 2005 | 09/23/2006 | VIC | 6.81 | 0.00 | 0.00 | 364.21 | 0.00 | 369.83 |
| CRUZ MARIA DE LOS A | 11/24/2006 | Closed | 710 | 285307 | 001 | 0005731689 | 2005 | 09/29/2006 | VIC | 0.00 | 0.00 | 0.00 | 354.25 | 0.00 | 358.90 |
| CRUZ NORMA | 01/21/2006 | Closed | 710 | 417281 | 001 | 0005731689 | 2005 | 09/07/2006 | VIC | 10.42 | 0.00 | 0.00 | 388.68 | 0.00 | 359.58 |
| GALLEGOS MERCEDES | 09/01/2006 | Closed | 710 | 305408 | 001 | 0005731689 | 2005 | 09/17/2006 | VIC | 0.00 | 0.00 | 0.00 | 361.21 | 0.00 | 361.21 |
| MENAZ EDGARDO | 09/15/2006 | Closed | 710 | 300404 | 001 | 0005731689 | 2005 | 08/25/2006 | VIC | 87.50 | 0.00 | 0.00 | 347.49 | 0.00 | 349.91 |
| AGUILERA GRACIELA | 09/08/2006 | Closed | 710 | 305163 | 001 | 0005731689 | 2005 | 09/13/2006 | VIC | 7.84 | 0.00 | 0.00 | 364.25 | 0.00 | 367.04 |
| SERRANO OLGA | 09/01/2006 | Closed | 710 | 338618 | 001 | 0005731689 | 2005 | 09/14/2006 | VIC | 3.84 | 0.00 | 0.00 | 369.99 | 0.00 | 367.84 |
| HARTEGE ALBERT | 03/01/2006 | Closed | 710 | 322527 | 001 | 0005731689 | 2005 | 03/03/2006 | VIC | 54.94 | 0.00 | 0.00 | 370.73 | 0.00 | 367.29 |
| ZUNIGA HORTENCIA | 09/17/2006 | Closed | 710 | 284849 | 001 | 0005731684 | 2005 | 09/17/2006 | VIC | 1.55 | 0.00 | 0.00 | 367.63 | 0.00 | 368.19 |
| GOMEZ LAURA | 10/25/2006 | Closed | 710 | 266033 | 001 | 0005731689 | 2005 | 10/25/2006 | VIC | 281.49 | 0.00 | 0.00 | 300.49 | 0.00 | 369.65 |
| ZUNIGA MARIA DEL CARMEN | 12/20/2006 | Closed | 710 | 322560 | 001 | 0005731689 | 2005 | 12/21/2006 | VIC | 62.60 | 0.00 | 0.00 | 313.50 | 0.00 | 370.15 |
| NAVARRO LUIS | 09/29/2006 | Closed | 710 | 322281 | 001 | 0005731689 | 2005 | 09/04/2006 | VIC | 0.00 | 0.00 | 0.00 | 311.21 | 0.00 | 373.73 |
| PEDROZA ANGEL M | 11/18/2006 | Closed | 710 | 338402 | 001 | 0005731684 | 2005 | 10/20/2006 | VIC | 2.14 | 0.00 | 0.00 | 62.63 | 0.00 | 371.47 |
| ABREGO JAVIER | 09/27/2006 | Closed | 710 | 339600 | 001 | 0005731689 | 2005 | 12/21/2006 | VIC | 2.61 | 0.00 | 0.00 | 384.85 | 0.00 | 377.69 |
| MARIN JENNIFER | 01/17/2006 | Closed | 708 | 321439 | 001 | 0005731689 | 2005 | 09/09/2006 | VIC | 5.40 | 0.00 | 0.00 | 388.61 | 0.00 | 378.24 |
| CRUZ JORGE | 03/03/2006 | Closed | 710 | 781830 | 001 | 0005731689 | 2005 | 04/08/2006 | VIC | 11.16 | 0.00 | 0.00 | 388.58 | 0.00 | 382.76 |
| BANTELOS ARTURO | 09/17/2006 | Closed | 710 | 289519 | 001 | 0005731684 | 2005 | 09/14/2006 | VIC | | | | | | 385.83 |
| MOLINA ELOYDINA | 09/17/2006 | Closed | 710 | 309860 | 001 | 0005731689 | 2005 | 12/21/2006 | VIC | | | | | | 384.85 |
| ACEVEDO GLADYS | 03/03/2006 | Closed | 710 | 301911 | 001 | 0005731689 | 2005 | 05/08/2006 | VIC | | | | | | 385.58 |
| HUNTER LOU | 10/25/2006 | Closed | 710 | 346316 | 001 | 0005731689 | 2005 | 10/25/2006 | VIC | | | | | | 382.71 |
| KAHAZ JXWATT | 12/20/2006 | Closed | 709 | 218263 | 001 | 0005731684 | 2005 | | VIC | | | | | | 383.01 |
| SAUD MAHIR | 09/29/2006 | Closed | 710 | 424914 | 001 | 0005731689 | 2005 | 09/08/2006 | VIC | | | | | | |
| OROPEZA JERRY | 11/12/2006 | Closed | 710 | 284818 | 001 | 0005731689 | 2005 | 04/03/2006 | VIC | | | | | | |
| ELIAS CARLOS | 04/27/2006 | Closed | 710 | 284643 | 001 | 0005731689 | 2005 | 04/26/2006 | VIC | | | | | | |
| DIAZ RAQUEL | | Closed | 710 | 245342 | 001 | 0005731689 | 2005 | 04/25/2006 | VIC | | | | | | |
| MARTINEZ CAROLINA | | | | | | | | | | | | | | | |

B 014

| Name | Status | Date | Acct | Amount |
|---|---|---|---|---|
| MARTINEZ JAMES | Closed | 09/19/2008 | 710 333515 | 394.05 |
| WOODRUFF CODY | Closed | 01/07/2008 | 710 206769 | 394.52 |
| MARTINEZ EDUARDO | Closed | 01/29/2008 | 710 213001 | 394.62 |
| RODRIGUEZ JAVIER | Closed | 09/24/2008 | 710 334152 | 394.66 |
| GARCIA ALFREDO | Closed | 05/19/2008 | 710 263589 | 394.98 |
| BRISENO JOHN | Closed | 07/23/2008 | 710 278718 | 395.39 |
| HINOJOSA MARCELA | Closed | 04/11/2008 | 710 251988 | 404.64 |
| VILLEGAS LEO | Closed | 05/15/2008 | 710 262749 | 404.81 |
| TORRES WALTER | Closed | 09/16/2008 | 710 332547 | 408.66 |
| SANTOS JOSE | Closed | 09/25/2008 | 710 334512 | 411.43 |
| SANCHEZ MARIA | Closed | 10/29/2008 | 710 345024 | 413.84 |
| DORSEY JAMES | Closed | 12/29/2008 | 710 358551 | 413.97 |
| DORSEY JAMES | Closed | 06/30/2008 | 710 271987 | 421.67 |
| BAILON ROSA | Closed | 12/18/2008 | 710 356607 | 422.48 |
| RAMIREZ TERESA | Closed | 12/11/2008 | 708 422262 | 423.66 |
| MUNOZ FILIBERTO | Closed | 10/10/2008 | 710 277544 | 426.66 |
| ESTRADA ANGELICA | Closed | 06/14/2008 | 710 282501 | 426.82 |
| MARTINEZ SANDRA | Closed | 07/28/2008 | 710 284220 | 432.40 |
| TREJO MARIA | Closed | 06/05/2008 | 710 292334 | 434.49 |
| MARTINEZ JENNY | Closed | 01/08/2008 | 710 205834 | 435.34 |
| MURILLO MARIA | Closed | 12/19/2008 | 710 314017 | 438.93 |
| MOORE CLAYTON | Closed | 03/21/2008 | 710 255201 | 441.28 |
| SANTOS JOSE | Closed | 11/04/2008 | 710 314870 | 461.15 |
| SANDOVAL MARIA | Closed | 03/20/2008 | 710 230240 | 461.35 |
| MUNGUIA | Closed | 12/20/2008 | 710 296141 | 467.22 |
| VALDESPINO CLEMENTE | Closed | 01/09/2008 | 710 206678 | 467.73 |
| GOMEZ KENIA E | Closed | 01/11/2008 | 710 212315 | 473.53 |
| PENA RENA | Closed | 11/28/2008 | 710 332744 | 474.24 |
| LOPEZ ALICIA | Closed | 08/14/2008 | 710 313060 | 474.54 |
| VALDESPINO FILEMON | Closed | 01/16/2008 | 710 255078 | 474.74 |
| PADILLA ABRAHAM | Closed | 12/09/2008 | 710 354624 | 484.41 |
| MARTINEZ BRENDA | Closed | 12/09/2008 | 710 313163 | 485.59 |
| SOLORZANO MARIA E | Closed | 03/06/2008 | 710 235878 | 485.90 |
| GARCIA GABRIEL | Closed | 11/06/2008 | 710 227212 | 488.09 |
| LOZADA CELINA | Closed | 04/06/2008 | 710 232197 | 492.25 |
| DELAROSA ROLANDO | Closed | 07/01/2008 | 710 235837 | 495.86 |
| VARGAS CYNTHIA | Closed | 03/24/2008 | 710 281761 | 501.35 |
| AGUIRRE ARMANDO | Closed | 01/16/2008 | 710 230581 | 506.36 |
| BOUWHUIS CAMERON | Closed | 07/16/2008 | 710 235606 | 517.67 |
| GUEVARA MARTIN | Closed | 09/18/2008 | 710 254956 | 517.68 |
| ALVARADO MARIA MARTHA | Closed | 04/25/2008 | 710 314400 | 518.41 |
| DEVROOME DONALD | Closed | 08/06/2008 | 710 316460 | 525.55 |
| MENDOZA ROBERTA | Closed | 05/23/2008 | 710 267834 | 534.20 |
| BAILON ROSA | Closed | 05/23/2008 | 710 277704 | 541.15 |
| CAMARGO ANTONIO | Closed | 07/18/2008 | 710 265348 | 541.65 |
| LOPEZ CINDY | Closed | 07/28/2008 | 710 283775 | 543.74 |
| TORRES ISMAEL | Closed | 04/26/2008 | 710 248813 | 545.76 |
| BARBOSA ALEJANDRO | Closed | 06/04/2008 | 710 253227 | 549.69 |
| HERNANDEZ RAUL | Closed | 03/06/2008 | 710 230267 | 564.49 |
| GUILLEN TERESA | Closed | 02/02/2008 | 710 228761 | 564.98 |
| HINOJOSA EVANGELINA | Closed | 03/21/2008 | 710 254315 | 571.96 |
| BORBON LAURA | Closed | 10/31/2008 | 710 325639 | 571.90 |
| CASTILLO ANDREA | Closed | 11/05/2008 | 710 338833 | 575.42 |
| BEJARANO GUADALUPE | Closed | 11/14/2008 | 710 314649 | 576.50 |
| BETANCIA RICARDO | Closed | 10/30/2008 | 710 315056 | 576.67 |
| RODRIGUEZ RAUL | Closed | 08/31/2008 | 710 325968 | 578.52 |
| SILAS MARIA | Closed | 10/29/2008 | 710 321612 | 578.60 |
| PACCIO DOLORES | Closed | 10/22/2008 | 710 324556 | 574.46 |
| LOPEZ MARIA | Closed | 07/20/2008 | 710 327643 | 581.35 |
| SAVA MARTHA | Closed | 11/26/2008 | 710 357583 | 583.08 |
| RIVERA CINTHIA | Closed | 11/03/2008 | 708 328438 | 584.30 |
| SANTIAGO ELIZABETH | Closed | 12/01/2008 | 710 360785 | 585.87 |
| MUNGUIA CELERINO | Closed | 08/04/2008 | 710 257414 | 590.15 |
| AGUILAR ROCIO | Closed | 11/23/2008 | 710 330722 | 598.37 |
| FLORES ANA | Closed | 12/04/2008 | 710 361059 | 604.34 |
| TRUCIO MARIA | Closed | 11/03/2008 | 710 327843 | 605.33 |
| DAVILA CARMEN | Closed | 11/25/2008 | 708 270849 | 605.81 |
| HANSON MARIA | Closed | 03/07/2008 | 710 225073 | 632.14 |
| | | | | 614.08 |

| Name | Status | Date | Code | Acct | | Acct No. | Year | Acct No. 2 | | Date | VYC | Amount | | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FELIX MANUEL | Closed | 06/30/2006 | 710 | 272609 | 001 | 0005731659 | 2005 | | 06/30/2006 | VYC | 9.14 | 617.63 | 626.77 |
| NUNEZ JUANA | Closed | 10/11/2006 | 710 | 218114 | 001 | 0005731659 | 2005 | | 10/12/2006 | VYC | 0.00 | 632.58 | 632.58 |
| GONZALEZ SONIA | Closed | 01/10/2006 | 710 | 216174 | 001 | 0005731660 | 2005 | | 01/10/2006 | VYC | 0.00 | 632.07 | 632.07 |
| GONZALEZ BLANCA | Closed | 07/03/2006 | 710 | 274520 | 001 | 0005731660 | 2005 | | 07/03/2006 | VYC | 13.02 | 622.39 | 634.41 |
| DE HARO MARIA | Closed | 05/15/2006 | 710 | 269680 | 001 | 0005731660 | 2005 | | 05/15/2006 | VYC | 21.24 | 615.10 | 634.38 |
| REBORINO GLORIA | Closed | 03/31/2006 | 710 | 266500 | 001 | 0005731664 | 2005 | | 03/21/2006 | VYC | 85.00 | 542.01 | 635.44 |
| HERNANDEZ JOSE L | Closed | 09/15/2006 | 710 | 262527 | 001 | 0005731664 | 2005 | | 09/14/2006 | VYC | 33.33 | 542.01 | 635.21 |
| DRAPER ERLINDA | Closed | 06/09/2006 | 710 | 319768 | 001 | 0005731660 | 2005 | | 11/10/2005 | VYC | 91.44 | 605.48 | 638.02 |
| MARTINEZ CLAUDIA | Closed | 10/16/2006 | 710 | 322724 | 001 | 0005731660 | 2005 | | 11/02/2005 | VYC | 14.38 | 609.65 | 639.01 |
| FELIX ELSA | Closed | 10/16/2006 | 710 | 320256 | 001 | 0005731660 | 2005 | | 12/04/2005 | VYC | 14.38 | 626.50 | 641.59 |
| BALEROLELA JOEL CABALLE | Closed | 11/09/2006 | 710 | 323269 | 001 | 0005731660 | 2005 | | 11/11/2005 | VYC | 13.06 | 629.50 | 642.56 |
| RODRIGUEZ JOSE F | Closed | 02/22/2006 | 710 | 334283 | 001 | 0005731660 | 2005 | | 11/06/2005 | VYC | 22.43 | 622.78 | 645.54 |
| VILLAGRAN MARIELA | Closed | 03/13/2006 | 710 | 331654 | 001 | 0005731660 | 2005 | | 07/14/2006 | VYC | 13.69 | 631.93 | 645.45 |
| GARCIA SERGIO | Closed | 07/27/2006 | 710 | 321411 | 001 | 0005731660 | 2005 | | 07/05/2006 | VYC | 20.43 | 627.33 | 645.42 |
| MARQUINA ESPERANZA | Closed | 01/26/2006 | 710 | 308191 | 001 | 0005731660 | 2005 | | 01/26/2006 | VYC | 7.79 | 637.73 | 645.18 |
| BRIONES MIGUEL | Closed | 07/27/2006 | 710 | 270384 | 001 | 0005731660 | 2005 | | 07/27/2006 | VYC | 6.03 | 581.98 | 651.58 |
| GONZALEZ ROLANDO | Closed | 09/18/2006 | 710 | 306101 | 001 | 0005731660 | 2005 | | 06/27/2006 | VYC | 6.59 | 569.79 | 656.16 |
| GARCIA RICARDO | Closed | 06/07/2006 | 710 | 243679 | 001 | 0005731660 | 2005 | | 02/02/2006 | VYC | 5.57 | 600.15 | 658.21 |
| GARCIA RINA | Closed | 09/20/2006 | 710 | 243679 | 001 | 0005731660 | 2005 | | 07/06/2006 | VYC | 6.50 | 614.23 | 666.24 |
| PALMORES MARIA | Closed | 09/13/2006 | 710 | 248759 | 001 | 0005731660 | 2005 | | 09/14/2006 | VYC | 7.80 | 668.53 | 668.91 |
| RAMIREZ MARIBEL | Closed | 09/29/2006 | 710 | 323297 | 001 | 0005731660 | 2005 | | 09/20/2006 | VYC | 5.59 | 681.42 | 671.37 |
| WITHAM CHRIS | Closed | 02/02/2006 | 710 | 273789 | 001 | 0005731660 | 2005 | | 09/20/2006 | VYC | 17.13 | 671.31 | 671.37 |
| LEHMAN DUSTY | Closed | 09/13/2006 | 710 | 254070 | 001 | 0005731660 | 2005 | | 09/13/2006 | VYC | 16.93 | 670.57 | 671.93 |
| SALAZAR VICENTA | Closed | 09/29/2006 | 710 | 248759 | 001 | 0005731660 | 2005 | | 09/14/2006 | VYC | 9.80 | 618.00 | 678.70 |
| SALLIE SILVA Y | Closed | 09/29/2006 | 710 | 309501 | 001 | 0005731683 | 2005 | | 01/14/2006 | VYC | 50.83 | 670.57 | 680.65 |
| MIRANDA LETICIA | Closed | 01/14/2006 | 710 | 305691 | 001 | 0005731683 | 2005 | | 11/14/2006 | VYC | 17.15 | 691.21 | 684.85 |
| CANTO JENNY | Closed | 09/18/2006 | 710 | 210084 | 001 | 0005731683 | 2005 | | 06/20/2006 | VYC | 55.00 | 691.00 | 691.21 |
| GARCIA VICTOR | Closed | 10/20/2006 | 710 | 250789 | 001 | 0005731683 | 2005 | | 10/31/2006 | VYC | 322.17 | 612.23 | 708.23 |
| MENDOZA NATHAN | Closed | 06/09/2006 | 710 | 259964 | 001 | 0005731683 | 2005 | | 06/09/2006 | VYC | 22.00 | 688.45 | 728.53 |
| SALMERON CECILIA | Closed | 08/09/2006 | 710 | 242574 | 001 | 0005731683 | 2005 | | 01/01/2006 | VYC | 54.49 | 690.71 | 731.19 |
| LOPEZ VICTOR | Closed | 12/11/2006 | 710 | 343316 | 001 | 0005731683 | 2005 | | 12/11/2006 | VYC | 17.98 | 734.61 | 731.48 |
| LOPEZ ELVIRA | Closed | 10/27/2006 | 710 | 217815 | 001 | 0005731683 | 2005 | | 12/12/2006 | VYC | 7.80 | 714.91 | 733.06 |
| VALENCIA ADRIAN | Closed | 09/09/2006 | 710 | 264069 | 001 | 0005731683 | 2005 | | 10/27/2006 | VYC | 128.24 | 1,300.12 | 738.06 |
| ESPINOZA DICINA | Closed | 01/13/2006 | 710 | 318001 | 001 | 0005731683 | 2005 | | 09/09/2006 | VYC | 10.53 | 634.86 | 781.18 |
| OCHOA ANIBAL | Closed | 11/30/2006 | 710 | 214411 | 001 | 0005731683 | 2005 | | 01/14/2006 | VYC | 0.00 | 730.37 | 786.19 |
| VALENZUELA DAVID | Closed | 04/04/2006 | 710 | 270054 | 001 | 0005731683 | 2005 | | 11/30/2006 | VYC | 21.04 | 776.19 | 788.19 |
| GARCIA MARIZOL | Closed | 04/04/2006 | 710 | 242473 | 001 | 0005731683 | 2005 | | 01/12/2006 | VYC | 50.83 | 732.19 | 788.19 |
| THORPE JAVIENE | Closed | 09/06/2006 | 710 | 247844 | 001 | 0005731683 | 2005 | | 02/22/2006 | VYC | 0.00 | 532.15 | 788.01 |
| GARCIA TERESA | Closed | 09/09/2006 | 710 | 242574 | 001 | 0005731683 | 2005 | | 09/11/2006 | VYC | 0.00 | 824.06 | 799.99 |
| RODRIGUEZ GRACIELA | Closed | 10/03/2006 | 710 | 300064 | 001 | 0005731683 | 2005 | | 04/10/2006 | VYC | 8.65 | 824.43 | 804.06 |
| RIOS JOSE | Closed | 09/12/2006 | 710 | 256665 | 001 | 0005731683 | 2005 | | 09/12/2006 | VYC | 127.03 | 834.70 | 833.34 |
| REID GARY | Closed | 03/29/2006 | 710 | 240102 | 001 | 0005731683 | 2005 | | 03/17/2006 | VYC | 0.00 | 73.17 | 854.56 |
| TRUJILLO ANA | Closed | 08/29/2006 | 710 | 255470 | 001 | 0005731683 | 2005 | | 08/07/2006 | VYC | 84.08 | 854.24 | 860.20 |
| GARCIA FRANCISCO | Closed | 10/25/2006 | 710 | 264302 | 001 | 0005731683 | 2005 | | 10/25/2006 | VYC | 5.53 | 812.20 | 862.53 |
| CANIZA VICTOR | Closed | 10/30/2006 | 710 | 262201 | 001 | 0005731683 | 2005 | | 11/30/2006 | VYC | 21.13 | 836.83 | 870.45 |
| GISBERT CLAUDIA | Closed | 04/17/2006 | 710 | 314208 | 001 | 0005731683 | 2005 | | 10/30/2006 | VYC | 44.43 | 800.15 | 877.73 |
| LOZADA CELINA | Closed | 09/15/2006 | 710 | 294320 | 001 | 0005731683 | 2005 | | 04/17/2006 | VYC | 0.00 | 918.09 | 905.56 |
| HERNANDEZ RICARDO | Closed | 08/21/2006 | 710 | 205967 | 001 | 0005731683 | 2005 | | 10/16/2006 | VYC | 18.90 | 918.08 | 918.09 |
| SOTO MARIA | Closed | 09/09/2006 | 710 | 248373 | 001 | 0005731683 | 2005 | | 08/21/2006 | VYC | 28.49 | 913.31 | 932.37 |
| HAN JUNG - JA | Closed | 11/20/2006 | 710 | 209297 | 001 | 0005731683 | 2005 | | 11/09/2006 | VYC | 0.00 | 911.95 | 933.93 |
| CASTILLO ESPERANZA P | Closed | 07/12/2006 | 710 | 405169 | 001 | 0005731683 | 2005 | | 07/12/2006 | VYC | 52.56 | 903.96 | 939.58 |
| BOND PAMELA | Closed | 06/01/2006 | 710 | 271528 | 001 | 0005731683 | 2005 | | 01/16/2006 | VYC | 38.77 | 918.33 | 940.35 |
| PEREYRA SONIA | Closed | 04/03/2006 | 710 | 330083 | 001 | 0005731683 | 2005 | | 06/05/2007 | 200.00 | 85.00 | 913.33 | 953.96 |
| CAMARGO MARINA | Closed | 02/01/2006 | 710 | 233083 | 001 | 0005731683 | 2005 | | 03/05/2007 | VYC | 18.18 | 877.23 | 955.88 |
| DOMINGUEZ BENITO | Closed | 04/17/2006 | 710 | 250149 | 001 | 0005731683 | 2005 | | 07/24/2006 | VYC | 65.00 | 955.18 | 967.18 |
| PUELLO MARTIN | Closed | 06/29/2006 | 710 | 285963 | 001 | 0005731683 | 2005 | | 06/29/2006 | VYC | 5.99 | 977.33 | 987.15 |
| SALGADO MARIA | Closed | 10/26/2006 | 710 | 312547 | 001 | 0005731683 | 2005 | | 09/15/2006 | VYC | 45.26 | 1,032.05 | 999.04 |
| RINCON JESSE | Closed | 09/05/2006 | 710 | 312407 | 001 | 0005731683 | 2005 | | 03/01/2005 | VYC | 18.33 | 1,044.31 | 1,007.53 |
| FERRUFINE ALAIA | Closed | 02/27/2006 | 710 | 350149 | 001 | 0005731683 | 2005 | | 09/19/2006 | VYC | 22.94 | 1,044.67 | 1,021.84 |
| MARTINEZ MARIA | Closed | 12/11/2006 | 710 | 312076 | 001 | 0005731683 | 2005 | | 12/11/2006 | VYC | 71.43 | 1,062.64 | 1,032.05 |
| MORFIN GRISELDA | Closed | 11/00/2006 | 710 | 232576 | 001 | 0005731689 | 2005 | | 04/17/2006 | VYC | 4.56 | 1,007.25 | 1,044.31 |
| BONILLA GONZALO | Closed | 11/00/2006 | 710 | 312566 | 001 | 0005731689 | 2005 | | 10/16/2006 | VYC | 114.44 | 1,061.07 | 1,057.25 |
| ROJAS ESPERANZA | Closed | 12/27/2006 | 710 | 307835 | 001 | 0005731690 | 2005 | | 12/01/2006 | VYC | 0.00 | 978.32 | 1,073.28 |
| CEPALLOS MARCO | Closed | 11/08/2006 | 710 | 322445 | 001 | 0005731690 | 2005 | | 11/09/2006 | VYC | 0.00 | 1,095.47 | 1,078.83 |
| CSPPING MILAGROS | Closed | 08/29/2006 | 710 | 272738 | 001 | 0005731689 | 2005 | | 08/31/2006 | VYC | 26.72 | 1,092.84 | 1,083.42 |
| ROSALES NOEL | Closed | 07/02/2006 | 710 | | 001 | 0005731689 | 2005 | | 07/05/2006 | VYC | 7.78 | 1,123.04 | 1,095.47 |
| | | | | | | | | | | | 33.37 | 1,156.69 | 1,110.33 |

| Name | Open Date | Status | 710 | ID | 001 | Account | Year | Trans Date | Code | Amt | Amt | Amt | Amt | Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARIAS RICARDO | 04/20/2006 | Closed | 710 | 248803 | 001 | 0005731650 | 2006 | 05/01/2006 | VC | 55.00 | | | 1,115.30 | | 1,210.30 |
| MANZO ENRIQUE | 01/18/2006 | Closed | 710 | 212253 | 001 | 0005731650 | 2006 | 01/20/2006 | VC | 85.00 | | | 1,128.20 | | 1,221.20 |
| BALDOVINOS MARIA | 12/12/2005 | Closed | 710 | 232737 | 001 | 0005731650 | 2005 | 12/11/2005 | VC | 15.09 | | | 1,211.34 | | 1,226.43 |
| HERNANDEZ BARBARA | 07/20/2006 | Closed | 710 | 277626 | 001 | 0005731650 | 2006 | 07/21/2006 | VC | 19.34 | | | 1,228.05 | | 1,247.29 |
| MITITIE BELIA | 04/07/2006 | Closed | 710 | 245714 | 001 | 0005731650 | 2006 | 04/17/2006 | VC | 35.12 | | | 1,226.66 | | 1,261.78 |
| THOMPSON ARNIDA G | 03/31/2006 | Closed | 710 | 243078 | 001 | 0005731650 | 2006 | 04/03/2006 | VC | 17.97 | | | 1,238.86 | | 1,283.32 |
| ALVAREZ MORENA G | 04/14/2006 | Closed | 710 | 246439 | 001 | 0005731650 | 2006 | 04/17/2006 | VC | 55.00 | | | 1,193.07 | | 1,289.07 |
| SANTOS MYNOR | 11/09/2006 | Closed | 710 | 271160 | 001 | 0005731650 | 2006 | 11/14/2006 | VC | 7.21 | | | 1,283.24 | | 1,303.60 |
| DAKAAN | 02/16/2006 | Closed | 710 | 235214 | 001 | 0005731650 | 2006 | 02/20/2006 | VC | 33.59 | | 526.06 | 1,133.20 | | 1,306.74 |
| VALENCIA ROSARIO | 08/28/2006 | Closed | 710 | 265304 | 001 | 0005731650 | 2006 | 08/29/2006 | VC | 6.00 | | | 1,276.36 | | 1,313.65 |
| SANDOVAL MARIA | 09/16/2006 | Closed | 710 | 268402 | 001 | 0005731683 | 2006 | 09/18/2006 | VC | 680.00 | | | 1,270.19 | | 1,316.19 |
| HENOZ ANA LETICIA | 12/26/2006 | Closed | 710 | 213272 | 001 | 0005731683 | 2006 | 12/28/2006 | VC | 105.00 | | | 649.79 | | 1,324.78 |
| PEREZ BLANCA | 09/17/2005 | Closed | 710 | 359626 | 001 | 0005731683 | 2005 | 09/17/2005 | VC | 912.00 | | | 1,223.50 | | 1,326.83 |
| TORRES SILVIO | 12/12/2005 | Closed | 710 | 334765 | 001 | 0005731683 | 2005 | 12/12/2005 | VC | 55.00 | | | 55.00 | | 1,337.00 |
| BONILLA MARIA | 03/13/2006 | Closed | 710 | 305573 | 001 | 0005731683 | 2006 | 03/13/2006 | VC | 42.47 | | | 1,325.27 | | 1,340.62 |
| GUTIERREZ ARNOLDO | 03/31/2006 | Closed | 710 | 300473 | 001 | 0005731683 | 2006 | 03/31/2006 | VC | 16.17 | | | 1,238.62 | | 1,343.44 |
| KHAN SHANE | 09/11/2006 | Closed | 710 | 262027 | 001 | 0005731683 | 2006 | 09/11/2006 | VC | 14.34 | | | 1,336.55 | | 1,351.55 |
| NIVELO DE JANE JAROL | 11/13/2006 | Closed | 710 | 211182 | 001 | 0005731683 | 2006 | 11/13/2006 | VC | 147.48 | | | 1,218.10 | | 1,355.54 |
| MOJICA MARIA | 03/07/2006 | Closed | 710 | 302479 | 001 | 0005731683 | 2006 | 03/07/2006 | VC | 102.55 | | | 1,268.68 | | 1,357.10 |
| ZAVALA ALEJANDRO | 08/22/2006 | Closed | 710 | 325266 | 001 | 0005731683 | 2006 | 08/22/2006 | VC | 10.37 | | | 1,345.28 | | 1,367.83 |
| JOHNSON JOHNNY | 08/29/2006 | Closed | 710 | 337433 | 001 | 0005731683 | 2006 | 08/23/2006 | VC | 10.69 | | 213.35 | 1,463.32 | | 1,373.89 |
| JOHNSON JAMES | 04/24/2006 | Closed | 710 | 250966 | 001 | 0005731683 | 2006 | 04/24/2006 | VC | 12.06 | | | 1,406.52 | | 1,437.37 |
| MATIAS LIDIA | 06/04/2006 | Closed | 709 | 358800 | 001 | 0005731683 | 2006 | 06/04/2006 | VC | 12.06 | | | 1,467.87 | | 1,466.56 |
| GONZALEZ BENJAMIN | 06/21/2006 | Closed | 710 | 255421 | 001 | 0005731683 | 2006 | 06/21/2006 | VC | 28.53 | | | 1,491.83 | | 1,516.16 |
| RIVERA DOLINA E | 05/04/2006 | Closed | 710 | 252549 | 001 | 0005731683 | 2006 | 05/04/2006 | VC | 75.52 | | | 1,521.30 | | 1,522.60 |
| CARTER DAVID | 06/09/2006 | Closed | 710 | 356571 | 001 | 0005731683 | 2006 | 06/09/2006 | VC | 85.00 | | | 1,624.19 | | 1,550.87 |
| SUAREZ STEVEN | 05/31/2006 | Closed | 710 | 353829 | 001 | 0005731683 | 2006 | 05/31/2006 | VC | 19.48 | | | 1,625.30 | | 1,550.42 |
| REPINSA MARIA | 06/25/2006 | Closed | 710 | 353543 | 001 | 0005731683 | 2006 | 06/25/2006 | VC | 145.00 | | | 1,952.94 | | 2,038.25 |
| HARB CRYSTAL | 10/25/2006 | Closed | 710 | 302020 | 001 | 0005731683 | 2006 | 10/25/2006 | VC | 85.00 | | | 1,976.60 | | 2,059.34 |
| HARB SOPHIA | 09/07/2006 | Closed | 710 | 267883 | 001 | 0005731683 | 2006 | 09/07/2006 | VC | 165.00 | | | 1,616.76 | | 2,091.32 |
| MEDINA MARIA | 09/26/2006 | Closed | 710 | 358472 | 001 | 0005731683 | 2006 | 09/26/2006 | VC | (78.46) | | 213.35 | 2,079.14 | | 2,110.42 |
| ROJAS MARIA | 11/21/2006 | Closed | 710 | 213748 | 001 | 0005731683 | 2006 | 11/21/2006 | VC | 32.31 | | 45.55 | 1,915.44 | | 2,317.02 |
| GARCIA MARIA | 07/24/2006 | Closed | 710 | 279046 | 001 | 0005731683 | 2006 | 07/24/2006 | VC | 7.11 | | 416.00 | 1,711.63 | | 2,338.14 |
| VELENCOS MERCEDES | 06/07/2006 | Closed | 710 | 355813 | 001 | 0005731683 | 2006 | 06/07/2006 | VC | 26.53 | | | 1,752.44 | | 2,372.46 |
| BATALLA EUGENIO | 12/21/2006 | Closed | 710 | 213481 | 001 | 0005731683 | 2006 | 12/21/2006 | VC | 355.00 | | | 1,792.62 | | 2,447.45 |
| SERRANO OLGA | 09/01/2006 | Closed | 710 | 355973 | 001 | 0005731683 | 2006 | 09/01/2006 | VC | 45.55 | | | 1,785.10 | | 2,513.82 |
| GARCIA MARIA | 05/09/2006 | Closed | 710 | 253470 | 001 | 0005731683 | 2006 | 05/09/2006 | VC | 218.55 | 213.35 | | 2,033.09 | | 2,563.54 |
| INTOCHASSO MARIANA | 06/24/2006 | Closed | 710 | 305811 | 001 | 0005731683 | 2006 | 06/24/2006 | VC | 18.42 | | | 1,693.00 | | 2,738.22 |
| RUIZ MOSA ANGELINA | 07/07/2006 | Closed | 710 | 356677 | 001 | 0005731683 | 2006 | 07/07/2006 | VC | 142.90 | 142.90 | | 1,818.43 | | 2,750.25 |
| JIMENEZ ADELINA | 05/09/2006 | Closed | 710 | 251470 | 001 | 0005731694 | 2006 | 05/09/2006 | VC | 6.00 | | | 2,020.29 | | 2,791.36 |
| SEPULVEDA YOLANDA | 03/12/2006 | Closed | 710 | 319821 | 001 | 0005731694 | 2006 | 03/12/2006 | VC | 14.18 | | | 2,025.23 | | 2,812.42 |
| RODRIGUEZ MARIA | 10/11/2006 | Closed | 710 | 300520 | 001 | 0005731694 | 2006 | 10/11/2006 | VC | 181.00 | | | 2,024.07 | | 2,912.13 |
| GUTIERREZ MARIA | 04/24/2006 | Closed | 710 | 250881 | 001 | 0005731694 | 2006 | 04/13/2006 | VC | 62.82 | | 138.10 | 2,279.81 | | 3,401.05 |
| MAYORGA ANA | 09/13/2006 | Closed | 710 | 267851 | 001 | 0005731694 | 2006 | 09/13/2006 | VC | 0.00 | | | 2,600.00 | | 3,402.47 |
| ESPINOZA MARIA | 01/03/2006 | Closed | 710 | 216455 | 001 | 0005731694 | 2006 | 01/03/2006 | VC | 145.00 | | | 2,372.48 | | 3,715.28 |
| OLIVA JOSE DE JESUS | 04/26/2006 | Closed | 709 | 351274 | 001 | 0005731694 | 2006 | 04/26/2006 | VC | 145.00 | (426.00) | | 2,172.96 | | 3,804.52 |
| GONZALEZ COSME | 05/04/2006 | Closed | 710 | 303605 | 001 | 0005731694 | 2006 | 05/04/2006 | VC | 438.34 | | 4,043 | 2,443.00 | | 3,840.26 |
| PENA RICARDO ANDRE | 09/29/2006 | Closed | 710 | 305676 | 001 | 0005731694 | 2006 | 09/29/2006 | VC | 155.57 | (30.00) | 416.00 | 2,480.00 | | 4,304.68 |
| HURST ANDREA | 10/06/2006 | Closed | 710 | 300576 | 001 | 0005731694 | 2006 | 10/06/2006 | VC | 189.87 | | 1,398.66 | 1,265.76 | | 4,394.68 |
| IBARRA MARIA E | 11/16/2006 | Closed | 710 | 300594 | 001 | 0005731694 | 2006 | 11/16/2006 | VC | 6.60 | | | 1,203.50 | | 4,729.77 |
| ESPINOZA | 09/21/2006 | Closed | 710 | 356744 | 001 | 0005731684 | 2006 | 09/21/2006 | VC | 356.66 | | | 2,014.60 | | 5,041.55 |
| MACON DEMETRIUS | 07/07/2006 | Closed | 710 | 351397 | 001 | 0005731684 | 2006 | 07/07/2006 | VC | 69.00 | (480.68) | 1,954.87 | 0.00 | | 6,192.83 |
| MENDEZ EUSEBIO | 09/18/2006 | Closed | 710 | 264375 | 001 | 0005731684 | 2006 | 09/18/2006 | VC | 3,097.78 | | 179.02 | 734.90 | | 7,266.99 |
| VEGA MARIA | 09/18/2006 | Closed | 710 | 268793 | 001 | 0005731694 | 2006 | 09/18/2006 | VC | 67.01 | | | 3,523.75 | | 9,009.17 |
| ALCANTAR EDWIN | 01/25/2006 | Closed | 709 | 216443 | 001 | 0005731694 | 2006 | 01/25/2006 | VC | 220.77 | (1,169.91) | 554.96 | 3,520.42 | | 9,230.87 |
| MORENO ANTONIO | 09/30/2006 | Closed | 710 | 355200 | 001 | 0005731694 | 2006 | 09/30/2006 | VC | 2,979.02 | | 3,000.00 | 3,346.77 | | |
| DELACRUZ | 02/02/2006 | Closed | 710 | 235913 | 001 | 0005731683 | 2006 | 02/02/2006 | VC | 665.28 | | | | | |
| BAILEY DAVID | 10/03/2006 | Closed | 710 | 269618 | 001 | 0005731694 | 2006 | 10/03/2006 | VC | 60.53 | | | 4,254.00 | | |
| GUARDERAS GIOVANA | 02/23/2006 | Closed | 710 | 236830 | 001 | 0005731694 | 2006 | 02/23/2006 | VC | 1,132.54 | | 1,858.60 | 2,307.49 | | |
| PEREZ WALFRE MARIE | 03/17/2006 | Closed | 710 | 306018 | 001 | 0005731694 | 2006 | 03/17/2006 | VC | 150.00 | | | 2,502.51 | | |
| NELSON NICO | 12/11/2006 | Closed | 710 | 428252 | 001 | 0005731683 | 2006 | 12/11/2006 | VC | 28.99 | | | 3,772.43 | | |
| COLE JOHN | 05/26/2006 | Closed | 710 | 384251 | 001 | 0005731694 | 2006 | 05/26/2006 | VC | 286.85 | | | 3,346.77 | | |
| SANDOVAL CLAUDIA | 05/09/2006 | Closed | 710 | 307607 | 001 | 0005731694 | 2006 | 05/09/2006 | VC | 2,227.42 | | | | | |
| ABRAJAN MAGDALENA | 06/25/2006 | Closed | 710 | 264711 | 001 | 0005731694 | 2006 | 06/25/2006 | VC | 253.25 | | 1,011.35 | 4,763.24 | | |
| VALENCIA MARIA L | 12/29/2006 | Closed | 709 | 211628 | 001 | 0005731694 | 2006 | 12/29/2006 | VC | 1,378.66 | | | 5,916.12 | | |
| HUERTA MARIA NYC | 09/25/2006 | Closed | 710 | 358583 | 001 | 0005731694 | 2006 | 09/25/2006 | VC | 60.53 | | 1,622.32 | 7,325.98 | | |
| RIVERA MARIA | 10/16/2006 | Closed | 710 | 300834 | 001 | 0005731694 | 2006 | 10/16/2006 | VC | 145.00 | | 673.36 | 8,582.24 | | |
| THIGPEN LARRY | 09/25/2006 | Closed | 709 | 353961 | 001 | 0005731694 | 2006 | 09/25/2006 | VC | 2,257.85 | | | | | |
| RODRIGUEZ ROSARIO | 10/24/2006 | Closed | 710 | 317148 | 001 | 0005731683 | 2006 | 10/24/2006 | VC | 746.83 | | | | | |

| Name | Status | Date 1 | | | | | VC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROMERO ADHER | Closed | 12/12/2006 | 710 | 333435 | 001 | 0005731689 | 2005 | | 12/12/2006 | VC | 1,946.58 | 0.00 | 0.00 | 7,864.25 | 0.00 | 9,430.83 |
| CABRERA DIEGO | Closed | 05/20/2006 | 710 | 330568 | 001 | 0005731689 | 2005 | | 09/21/2006 | VC | 506.10 | 0.00 | 0.00 | 8,017.50 | 0.00 | 8,523.60 |
| MACIAS JOSE | Closed | 05/28/2006 | 710 | 330451 | 001 | 0005731689 | 2005 | | 05/26/2006 | VC | 648.22 | 0.00 | 1,400.00 | 7,488.23 | 0.00 | 9,537.45 |
| ESPINOZA JOSE J | Closed | 10/05/2006 | 710 | 326509 | 001 | 0005731689 | 2005 | | 06/30/2006 | VC | 58.00 | 0.00 | 1,542.36 | 8,756.15 | 0.00 | 10,404.51 |
| LARIKHAM JOSHUA | Closed | 08/18/2006 | 710 | 291557 | 001 | 0005731689 | 2005 | | 10/10/2006 | VC | 1,671.21 | 0.00 | 3.06 | 8,813.66 | 0.00 | 10,427.93 |
| MADRIGAL JAVIER | Closed | 09/27/2006 | 710 | 289858 | 001 | 0005731689 | 2005 | | 09/27/2006 | VC | 182.25 | 0.00 | 2,285.80 | 8,063.02 | 0.00 | 10,641.07 |
| MORALES MINERVA | Closed | 12/05/2006 | 710 | 315909 | 001 | 0005731689 | 2005 | | 12/05/2006 | VC | 1,060.43 | 0.00 | 0.00 | 14,177.64 | 0.00 | 15,238.18 |
| JONES MARCUS | Open | 02/16/2006 | 709 | 233371 | 001 | 0005731684 | 2005 | | 02/24/2006 | VC | 7,912.89 | 884.11 | 0.00 | 6,541.71 | 0.00 | 16,225.19 |
| LEYVA CONCEPCION | Open | 03/10/2006 | 710 | 243180 | 001 | 0005731684 | 2005 | | 01/17/2006 | VC | 1,730.36 | 7,285.90 | 0.00 | 12,129.06 | 1,331.49 | 21,435.40 |
| MALAVE ENRIQUE | Open | 09/06/2006 | 710 | 237273 | 001 | 0005731689 | 2005 | | 12/04/2006 | VC | 7,837.70 | 407.25 | 5,358.01 | 0.00 | 0.00 | 21,545.71 |
| BARRIOS CHRISTINA | Open | 02/25/2006 | 710 | 236947 | 001 | 0005731689 | 2005 | | 02/25/2006 | VC | 6,639.49 | 0.00 | 4,332.09 | 10,081.86 | 0.00 | 22,089.44 |
| ORTIZ LUIS | Open | 10/17/2006 | 710 | 222723 | 001 | 0005731689 | 2005 | | 11/16/2006 | VC | 2,350.75 | 3,585.25 | 6,418.68 | 9,274.49 | 0.00 | 21,455.40 |
| MARTINEZ JUAN | Open | 11/20/2006 | 710 | 272886 | 001 | 0005731689 | 2005 | | 05/05/2006 | VC | 2,916.88 | 0.00 | 0.00 | 1,325.52 | 8,714.39 | 23,931.87 |
| CLARK DAVID D | Open | 08/12/2006 | 710 | 230269 | 001 | 0005731689 | 2005 | | 08/12/2006 | VC | 4,356.81 | 1,650.00 | 8,694.44 | 1,394.39 | 9,000.00 | 23,636.00 |
| GONZALEZ MAGDALENA | Open | 04/14/2006 | 710 | 256399 | 001 | 0005731689 | 2005 04/14/2006 | | 02/23/2006 | VC | 2,852.39 | 2,342.76 | 16,749.72 | 10,864.62 | 3,200.00 | 56,009.77 |
| MARIN JENNIFER | Re-open | 12/12/2006 | 710 | 244637 | 001 | 0005731689 | 2005 | | 09/03/2006 | VC | 8,817.67 | 2,307.61 | 1,509.00 | 10,857.42 | 2,300.00 | 26,945.16 |
| MAY MANUEL | Open | 10/27/2006 | 710 | 335418 | 001 | 0005731689 | 2005 | | 04/18/2006 | VC | 7,633.25 | 3,785.92 | 2,759.87 | 14,002.75 | 26,328.33 | 28,099.06 |
| RODRIGUEZ GUADALUPE | Open | 01/14/2006 | 709 | 320326 | 001 | 0005731689 | 2005 04/30/2007 | | 12/13/2006 | VC | 7,633.25 | 2,426.39 | 2,759.87 | 14,002.75 | 3,569.73 | 32,004.96 |
| CORRAL JUAN | Open | 04/01/2006 | 710 | 206912 | 001 | 0005731689 | 2005 | | 11/03/2006 | VC | 11,267.35 | 902.65 | 3,388.78 | 11,890.88 | 4,507.25 | 33,377.23 |
| BALDARCEL ROLANDO | Closed | 01/30/2006 | 709 | 238440 | 001 | 0005731684 | 2005 | | 01/17/2006 | VC | 671.45 | 0.00 | 3,427.38 | 11,175.80 | 4,165.82 | 34,728.04 |
| BENNETT ERIC | Closed | 07/07/2006 | 710 | 272297 | 001 | 0005731689 | 2005 | | 04/05/2006 | VC | 8,736.77 | 150.00 | 13,308.82 | 21,121.03 | 0.00 | 35,241.30 |
| MARTINEZ ALBERTO | Closed | 06/01/2006 | 710 | 272886 | 001 | 0005731689 | 2005 | | 06/01/2006 | VC | 4,985.28 | 0.00 | 10,193.60 | 6,796.23 | 0.00 | 35,741.88 |
| LEMUS CHRISTINA | Open | 07/25/2006 | 710 | 222223 | 001 | 0005731689 | 2005 03/23/2007 | | 06/30/2006 | VC | 2,879.11 | 4,520.29 | 10,534.18 | 14,536.09 | 0.00 | 36,087.55 |
| MURILLO GUADALUPE | Re-open | 08/26/2006 | 710 | 295418 | 001 | 0005731689 | 2005 | | 11/30/2006 | VC | 5,272.17 | 2,883.61 | 25,000.00 | 10,596.90 | 0.00 | 38,538.01 |
| MONCADA CID JAVIER | Open | 05/16/2006 | 710 | 206973 | 001 | 0005731689 | 2005 | | 07/01/2006 | VC | 5,272.21 | 0.00 | 0.00 | 777.08 | 18,364.12 | 38,545.74 |
| GONZALEZ JUAN | Re-open | 10/06/2006 | 710 | 256560 | 001 | 0005731689 | 2005 | | 09/11/2006 | VC | 3,640.00 | 10,690.30 | 8,276.83 | 28,930.02 | 1,240.00 | 38,757.45 |
| RUIZ ZULEIMA | Open | 10/10/2006 | 710 | 331717 | 001 | 0005731689 | 2005 | | 06/20/2006 | VC | 5,640.08 | 498.95 | 3,440.45 | 25,951.81 | 0.00 | 39,421.23 |
| BUSTILLOS OMAR | Open | 12/16/2006 | 710 | 333141 | 001 | 0005731689 | 2005 04/02/2007 | | 12/09/2006 | VC | 4,771.82 | 2,224.68 | 7,000.00 | 16,910.39 | 5,854.00 | 39,744.48 |
| RUIZ GENOVEVA | Closed | 02/16/2006 | 710 | 259966 | 001 | 0005731689 | 2005 09/15/2007 | | 05/07/2006 | VC | 1,987.00 | 2,507.00 | 2,760.00 | 14,650.05 | 17,005.28 | 41,409.83 |
| CANO ROGELIO | Closed | 08/08/2006 | 710 | 309160 | 001 | 0005731689 | 2005 | | 12/22/2006 | VC | 2,316.44 | 0.00 | 8.32 | 24,431.20 | 6,363.27 | 50,162.23 |
| GUTIERREZ MARIA | Open | 09/25/2006 | 710 | 240429 | 001 | 0005731689 | 2005 | | 10/07/2006 | VC | 2,857.59 | 0.00 | 44,385.99 | 44,456.04 | 1,500.00 | 51,027.15 |
| MENDOZA CRISTINA | Open | 08/03/2006 | 710 | 236032 | 001 | 0005731689 | 2005 | | 09/25/2006 | VC | 11,939.98 | 0.00 | 1,092.50 | 30,278.84 | 8,551.77 | 84,500.80 |
| DOMINGUEZ MARIA | Open | 08/07/2006 | 710 | 280007 | 001 | 0005731689 | 2005 | | 08/07/2006 | VC | 4,987.25 | 255.25 | 227.71 | 44,201.64 | 9,121.10 | 91,856.44 |
| STANISLAUS MARIA | Open | 04/27/2006 | 709 | 256582 | 001 | 0005731689 | 2005 | | 06/28/2006 | VC | 5,200.03 | 1,774.97 | 16,502.36 | 25,978.77 | 28,573.95 | 104,303.82 |
| RAMIREZ JORGE | Open | 05/24/2006 | 710 | 256333 | 001 | 0005731689 | 2005 | | 05/23/2006 | VC | 2,881.27 | 2,533.41 | 31,410.21 | 25,736.92 | 25,179.99 | 116,775.25 |
| | | | | | | | | | | | 4,608.38 | 1,059.88 | 20,560.09 | 97,338.15 | 33,177.46 | 170,448.55 |



AMERICAN INTERNATIONAL GROUP

**NOTICE OF PREMIUM DUE**
If this invoice results in additional premium, it is due and
payable to the company 30 days from the date of this bill.

FOR INSURANCE IN FAVOR OF:

**PRODUCER**

| Profit Center | Valuation Date |
|---|---|
| | |
| Producer | Billing Date |
| | due upon receipt |

### ADJUSTMENT DETAILS

| Contract # | Policy Period | Commission | Premium |
|---|---|---|---|
| 572950 | 12/31/2004-05 | $0 | -$22,712 |
| 572951 | 12/31/2005-06 | $117,682 | $996,055 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL COMMISSION** | **TOTAL INVOICE $** |
| | $117,682 | $973,343 |

Please review the attached documentation to ensure that the indication is consistent with your records. In
the event that this is a return premium, unless otherwise directed, AIG will hold the credit for future allocation
against outstanding balances on this account.

Address any inquiries to: Brian Meaney
By email Brian.meaney@aig.com or by fax to 908-679-4309

**REMIT TO:**

American International Companies
Regular Mail:
PO Box 10472, Newark, NJ 07193-0472
Express Mail:
4 Chase Metrotech Center, 7th Floor East
Lockbox 10472, Brooklyn, NY 11245
WIRING INSTRUCTIONS
Chase Manhattan Bank, 55 Water Street, NY, NY 10005
ABA # 021-000-021
National Union Fire Insurance Co. of Pittsburgh, PA
Bank A/C # 323-160-387  Phone #:1-877-204-1124

*Revised 12/21/2005*

B 019

**AIG** American International Group, Inc.

One Conrail Drive
Berkeley Heights, NJ 07922

## Program Adjustment

Contract #: 572950
Insured Name: Excel Staffing Services, Inc.
Policy #'s: WC 0834439, WC 0834440

Inception Date: 12/31/2004
Expiration Date: 12/31/2005

Region: Boston
Credited Division: 59
Booked Division: 59

Issue Date: 6/26/2007
Valued as of: 5/31/2007
Revision #: 1
Adjuster: Jason Vargas

| PROGRAM COMPONENTS: | Rates | Per | Rating Basis Type | Basis Amount (Exposure) | | Actual Premium (AVOP)* | | Min (Y/N) | Minimum Premium | | | Chargeable Premium | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Provision for Losses:** | | | | | | | | | | | | | |
| Retained Amounts and ALAE | | | | | | | | | | | | | |
| Workers Compensation | 1.000000 | 1 | Ultimate Losses | 2,002,615 | $ | 2,002,615 | | | $ | - | | $ | 2,002,615 |
| AGGREGATE STOP: | | | | | | | | | | | | | |
| **SUBTOTAL:** | 4.511400 | 100 | WC Payroll | 45,504,337 | $ | 2,002,615 | $ | | $ | - | | $ | 2,002,615 |
| | | | | | | 2,052,883 | $ | | $ | - | | $ | 2,052,883 |
| **Subject Premium:** | | | | | | | | | | | | | |
| Basic | 1.000000 | 1 | Contract | 95,725 | $ | 95,725 | $ | | | | | $ | 95,725 |
| Claims Service Fees | 0.593400 | 100 | WC Payroll | 45,504,337 | $ | 270,023 | $ | | | | | $ | 270,023 |
| Taxes | 3.523700 | 100 | Standard Premium | 2,523,537 | $ | 88,922 | $ | | | | | $ | 88,922 |
| **Non-Subject Premium:** | | | | | | | | Y | $ | 263,060 | $ | | |
| WC Excess | 0.399500 | 100 | WC Payroll | 45,504,337 | $ | 181,790 | $ | Y | $ | 177,105 | $ | | 181,790 |
| **Special Taxes and Surcharges:** | | | | | | | | | | | | | |
| WC 0834439 CT | see audit | see audit | see audit | see audit | $ | | $ | | $ | - | $ | | |
| WC 0834439 IL | see audit | see audit | see audit | see audit | $ | 1,015 | $ | | $ | - | $ | | 1,015 |
| WC 0834439 IN | see audit | see audit | see audit | see audit | $ | 210 | $ | | $ | - | $ | | 183 |
| WC 0834439 ME | see audit | see audit | see audit | see audit | $ | 2 | $ | | $ | - | $ | | 2 |
| WC 0834439 MA | see audit | see audit | see audit | see audit | $ | 1,020 | $ | | $ | - | $ | | 1,020 |
| WC 0834439 NJ | see audit | see audit | see audit | see audit | $ | 895 | $ | | $ | - | $ | | 895 |
| WC 0834439 PA | see audit | see audit | see audit | see audit | $ | 3,601 | $ | | $ | - | $ | | 3,601 |
| WC 0834439 VT | see audit | see audit | see audit | see audit | $ | 859 | $ | | $ | - | $ | | 859 |
| WC 0834440 CA | see audit | see audit | see audit | see audit | $ | 20 | $ | | $ | - | $ | | 20 |
| | | | | | | 44,464 | | | | | | | 44,464 |
| **SUBTOTAL:** | | | | | | | | | | | $ | | 688,518 |

SUBTOTAL INSURANCE COST:

| | | | | |
|---|---|---|---|---|
| LESS Deferred Premium/Loss Provision not due as of the issue date: | | | | |
| Retained Amounts and ALAE | | | | |
| Subtotal | | $ | 2,002,615 | $ 2,691,133 |

LESS Total Premium and Loss Provision Paid to Date:      $ 2,002,615

TOTAL DUE UPON RECEIPT:      $ 711,230

$ (22,712)

**AIG** American International Group, Inc.
One Canal Drive
Berkeley Heights, NJ 07922

## Program Adjustment

| Contract #: | 57251 | | Inception Date: 12/31/05 | | | Region: Boston | | | Issue Date: 6/26/2007 |
| Insured Name: | Excel Staffing Services | | Expiration Date: 12/31/06 | | | Credited Division: 59 | | | Valued as of: 5/31/2007 |
| Policy #'s: | WC5731684, WC5731690, WC5731689 | | | | | Booked Division: 59 | | | Revision #: |
| | | | | | | | | | Adjuster: Jana Vargas |

| PROGRAM COMPONENTS: | Rates | Per | Rating Basis Type | Basis Amount (Dinsured) | Actual Premium 0.00% | Mfg. 0.00% | Minimum Premium | Chargeable Premium |
|---|---|---|---|---|---|---|---|---|
| **Provision for Losses:** | | | | | | | | |
| Retained Amounts and ALAE | | | | | | | | |
| Workers Compensation | 1.000000 | 1 | Ultimate Losses | 2,475,569 | 2,475,569 | $ | $ | $ 2,475,569 |
| Reimbursable or Deductible Losses & ALAE | | | | | | | | |
| Workers Compensation | 1.000000 | 1 | Ultimate Losses | 210,141 | 210,141 | $ | $ | $ 210,141 |
| **Subject Premium:** | | | | | | | | |
| Claims Service Fees | | | | | | | | |
| Basic | 0.090000 | 1 | Ultimate Losses | 2,685,710 | 241,714 | Y | $ | $ 241,714 |
| Taxes | 18.340000 | 100 | Standard Premium | 3,504,311 | 643,619 | | $ 271,500 | $ 643,619 |
| Non-Subject Premium | 4.650700 | 100 | Standard Premium | 3,504,311 | 162,134 | | $ | $ 162,134 |
| WC Excess | | | | | | | | |
| **Special Taxes and Surcharges** | 12.723100 | 100 | Standard Premium | 3,504,311 | 446,172 | Y | $ 192,232 | $ 446,172 |
| WC5731684 CA | see audit | see audit | see audit | see audit | | | $ | $ |
| WC5731689 CT | see audit | see audit | see audit | see audit | 133,817 | | $ | $ 133,817 |
| WC5731689 IL | see audit | see audit | see audit | see audit | 945 | | $ | $ 945 |
| WC5731689 IN | see audit | see audit | see audit | see audit | 215 | | $ | $ 215 |
| WC5731689 ME | see audit | see audit | see audit | see audit | 4 | | $ | $ 4 |
| WC5731689 NA | see audit | see audit | see audit | see audit | 2,155 | | $ | $ 2,155 |
| WC5731689 NJ | see audit | see audit | see audit | see audit | 2,971 | | $ | $ 2,971 |
| WC5731689 PA | see audit | see audit | see audit | see audit | 1,051 | | $ | $ 1,051 |
| WC5731689 VT | see audit | see audit | see audit | see audit | 262 | | $ | $ 262 |
| | | | | | 14 | | $ | $ 14 |
| **SUBTOTAL - NOT included in MAX:** | | | | | | | | $ 4,320,784 |

**SUBTOTAL INSURANCE COST:** $ 4,320,784

LESS Deferred Premium/Loss Provision not due as of the issue date

| Retained Amounts and ALAE | | $ 2,475,569 |
| Actual Reimbursable and Self-Insured Losses & ALAE | | $ 210,141 |
| Subtotal | | $ 2,685,710 |

LESS Total Premium and Loss Provision Paid to Date $ 639,018

**SUBTOTAL** $ 996,055

**TOTAL DUE UPON RECEIPT:** $ 996,055

*For Adjuster Use Only - Not Editable:*

Worksheet to determine Incurred Subject Losses (Agg Stop Amendment)
1. Incurred Losses
   a. Retained Amounts and ALAE

**Exhibit 2**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

1. Article Addressed to:

Excel Staffing Services, Inc.
3347 Scottsdale Road
Suite 135
Scottsdale, Arizona 85266
Attn: Shannon M. Day
      Chief Financial Officer

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)      7004 2890 0004 8853 2784

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit 3



**Linda Martin Barber**

Certified Arbitrator



### Personal Information

Address:  P.O. Box 208
43 Miller Avenue
Chautauqua, NY 14722

Phone:  716-357-9292

Cell:  609-504-9485

Fax:  716-357-9292

Email:  lbarber@navigantconsulting.com

### Current Employment

Company:  **Navigant Consulting, Inc.**

Position:  Managing Director, Consulting practice devoted to insurance and reinsurance matters.

Address:  Navigant Consulting, Inc.
1009 Lenox Drive, Bldg. 4 - Suite 101
Lawrenceville, NJ 08648

Phone:  609-219-8786

Fax:  609-219-8701

Email:  lbarber@navigantconsulting.com

Attorney:  Yes

### Previous Employment

Company:  **International Insurance Company, 1994-1997**

Position:  Director, SVP - Claims (direct and assumed)

Company:  **CIGNA Companies, 1981-1994**

Position:  VP, Major Claims 1990-1994; Assistant General Counsel 1981-1990 (responsible for counseling direct and assumed operations, including management of litigation and reinsurance disputes)

Company:  **Ballard, Spahr, Andrews & Ingersoll, 1976-1981**

Position:  Associate, Litigation Department.

### Credentials

Member, Pennsylvania Bar; Chatham College, B.A. cum laude; Phi Beta Kappa; Temple University, J.D. cum laude; Editor, Law Review.

### Principal Areas of Insurance/Reinsurance Experience

Claims, including APH, allocation issues; underwriting, accounting, and regulatory issues from years as counsel to domestic operations

### Other Information

Invited member, Reinsurance Dispute Resolution Task Force 1997-1999; Director, Pollution Liability Insurance Association 1994-1996; Extensive reinsurance arbitration experience as counsel for CIGNA's P&C companies including U.S., U.K., and French arbitrations

**Years of Experience**

**Insurance Company:** 17

**Reinsurance Company:** 13

**Law Firm (Insurance/ Reinsurance Practice):** 5

**Other:** Consulting on insurance/reinsurance issues 9

**Number of Arbitrations**

As an Arbitrator: **14**

**Completed Arbitrations (Award Issued)**

As an Arbitrator: **3**

Search Keywords

Professional Background

- Attorney
- Claims Department
- Legal Department
- Former Insurance Company Officer
- Former Reinsurance Company Officer

**Insurance**

- Antitrust
- Asbestos
- Audit
- Captives/Risk Retention Groups
- Commercial Liability
- Environmental/Pollution
- Excess/Surplus Lines
- Fidelity & Surety
- MGA/MGU
- Personal Lines
- Political Risk
- Product Liability
- Professional Liability/Errors & Ommissions
- Regulatory/Licensing
- Third Party Administrator
- Toxic Torts
- Workers' Compensation

**Reinsurance**

- Asbestos
- Audit
- Environmental/Pollution

site by

Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing

« Previous | 14 of 333 | Next »



**Nasri H. Barakat**
Certified Arbitrator


IMPROVING ARBITRATION

## Personal Information

Address: 353 East 72nd Street
Apt # 4D
New York, NY 10021

Phone: 646-707-0157

Cell: 214-912-9848

Fax: 646-224-8404

Email: nasrib@nhbarakat.com

## Current Employment

Company: **II&RCS, Inc., (International Consultants)**

Position: President/Owner: arbitrations & mediations, litigation support & management, reinsurance & insurance inspections, expert testimony, due diligence, collections, liquidation management, run-off management.

Address: 353 East 72nd Street
Apt # 35A
New York, NY 10021

Phone: 646-707-0157

Cell: 214-912-9848

Fax: 646-224-8404

Email: iircsinc@ipa.net

Website: **www.nhbarakat.com**

Attorney: Yes

## Previous Employment

Company: **Old American Insurance Services, Inc., Dallas, TX**

Position: Marketing Commercial excess & surplus lines underwriting, ceded reinsurance & fronting programs

Company: **Republic Insurance Company, Dallas, TX**

Position: Ceded & assumed reinsurance inspections, commutations, liquidations, arbitration & litigation management.

Company: **National American Insurance Company Chandler Insurance Company, Ltd.**

Position: President; VP underwriting & reinsurance

## Credentials

Lebanese University of Beirut Law School (JD, with honors-1973); fluent in English, French, Arabic.

## Principal Areas of Insurance/Reinsurance Experience

In excess of 30 years of insurance and reinsurance experience in the United States, Europe and the Middle East. Currently serve as arbitrator to the insurance and reinsurance industry. Prior work experience includes responsibilities in the following technical areas:

• As an executive of insurance and or reinsurance company, was responsible for ceded and assumed reinsurance audits, commutations, liquidations, and arbitration and litigation management, underwriting and marketing commercial excess and surplus lines, ceded reinsurance, and specialty Lines programs.
• As a member of the Committee of Inspection of the largest reinsurance company liquidation in the US, was a member of a team in charge of oversight of this liquidation.
• As Chairman of the run-off Committee of a pool of reinsurers, which was a part of the largest insurance company liquidation in the US, was in

### Years of Experience

**Insurance Company:** 13

**Reinsurance Company:** 16

**Other:** Expert Witness - 14 times

### Number of Arbitrations

As an Arbitrator: **62**

As an Umpire: **12**

### Completed Arbitrations (Award Issued)

As an Arbitrator: **9**

As an Umpire: **5**

### Number of Mediations

As Mediator: **5**

charge of oversight of the workings of this pool, including but not limited to billings, commutations, arbitrations and a host of related administrative matters.
● As president of a US insurance company licensed in 47 states, and vice-president of an affiliated reinsurance company,was responsible for the placement of outward reinsurance, underwriting and marketing specialty programs, captive arrangements and managing general agency operations management.
● As an officer of a large domestic insurance company, I underwrote, marketed and managed a book of large primary casualty and property, excess, direct, reinsurance (facultative and treaty), domestic, and international business.
● As a commercial claims specialist,handled property and casualty claims in several countries located in the Middle-East.

**Alternative Dispute Resolution Experience:**
● Since 1994 have served as chairman in over ten insurance and reinsurance arbitrations. Also served as party appointed, neutral or sole arbitrator in over 50 insurance and reinsurance arbitrations. In addition, served as a mediator in five mediations, including court ordered mediations and expert witness in 13 cases.

The arbitrations varied in size from $100,000 to $75 million. They involved issues including, but not limited to: summary judgment, rescission due to misrepresentations and mishandling of claims, asbestos and environmental liability, pollution, bad faith and extra-contractual obligations allocations, underwriting and claims disputes, financial risk underwriting, professional liability, builders risks, aggregate allocations disputes, number of occurrences and other general commercial property and casualty disputes.

## Other Information

Expertise includes primary & excess, direct, reinsurance (facultative & treaty), domestic & international business.

---

## Search Keywords

### Professional Background

- Attorney
- Underwriter
- Claims Department
- Finance Department
- Legal Department
- Former Insurance Company Officer
- Former Reinsurance Company Officer

**Insurance**

- Architects & Engineers
- Asbestos
- Audit
- Automobile Liability/Property
- Captives/Risk Retention Groups
- Commercial Liability
- Commercial Property
- Commutations
- Directors & Officers
- Environmental/Pollution
- Fidelity & Surety
- Product Liability
- Professional Liability/Errors & Ommissions
- Retrospective Rating
- Toxic Torts
- Workers' Compensation

**Reinsurance**

- Commutations
- Contract Wording
- Facultative
- Treaty

site by
Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet
Marketing



## Sylvia Kaminsky

**ARIAS·U.S. Umpire**



IMPROVING ARBITRATION

### Current Employment

Company: **Self-employed**

Position: Insurance/Reinsurance consultant, arbitrator and attorney

Address: 405 Park Street
Upper Montclair, NJ 07043

Phone: 973-783-6031

Fax: 973-783-6031

Email: SYL193@aol.com

Attorney: Yes

### Previous Employment

Company: **Gerling Global Reinsurance Corporation of America**

Position: 2000-2003 - Sr. V.P. Claims & Legal Counsel
Responsible for legal matters including all arbitrations and litigations; supervised and managed claim staff, handled and coordinated all commutations, claim payments, retrocession recoveries and audits.
1998-2000 - Deputy General Counsel & Deputy Corporate Secretary
Responsible for counseling all departments within company; handled arbitrations and litigations, interpreted, drafted and developed reinsurance agreements and contract wordings; addressed regulatory matters.

Company: **Constitution Reinsurance Corporation, 1995-1998**

Position: Sr. V.P., General Counsel & Corporate Secretary - responsible for all legal activities supporting business units; handled all arbitrations and litigations; oversaw all regulatory matters; drafted reinsurance agreements.

Company: **Private law practice, 1980-1994**

Position: Provided all aspects of legal services to domestic and foreign insurers and reinsurers.

### Credentials

Admitted to practice in New York State Courts; admitted in Federal Courts - Southern and Eastern Districts of New York, District of Arizona, Ninth Circuit Court of Appeals; American Arbitration Association, Commercial Panel.

### Principal Areas of Insurance/Reinsurance Experience

Reinsurance arbitration and litigation; Complex claims including coverage analysis; Contract wording

### Other Information

American Arbitration Association - Panel of Commercial Arbitrators, Member of NASD Arbitrator Panel, Member of Arbitration Panel of International Institute for Conflict Prevention/Resolution, Member of Federation of Defense and Corporate Counsel of American Corporate Counsel Association. Association of Professional Insurance Women. Former member of the Reinsurance Association of America Law Committee and Reinsurance Dispute Task Force . . . . . . . . . Sylvia Kaminsky has been in the insurance/reinsurance industry for more than 25 years having extensive experience in the conduct and supervision of insurance and reinsurance disputes. From 1995-1998, Ms. Kaminsky was Senior Vice President, General Counsel and Corporate Secretary of Constitution Reinsurance Corporation (CRC). In this position she was responsible for all legal activities supporting the business operations of the company including the handling of all arbitrations and litigations, overseeing regulatory matters, drafting reinsurance agreements and corporate

### Years of Experience

**Reinsurance Company:** 8

**Law Firm (Insurance/ Reinsurance Practice):** 14

### Number of Arbitrations

As an Arbitrator: 47

As an Umpire: 13

As Counsel: 25+

### Completed Arbitrations (Award Issued)

As an Arbitrator: 9

As an Umpire: 12

As Counsel: 10+

### Number of Mediations

As Mediator: 1

As Counsel: 2

contract, and commutations. Ms Kaminsky served on the Board of Directors of CRC and on the Board of Directors of Sirius America Insurance Company, a managed company of CRC. In 1998, CRC was acquired by Gerling Global Reinsurance Corporation where she became Senior Vice President of Claims where she oversaw the claims and litigations as well as the supervision and management of the claims staff. She coordinated all legal and claim departments of two major reinsurance companies, Ms. Kaminsky worked for 14 years in private law practice providing all aspect of legal services to domestic and foreign insurance and reinsurance companies. Ms. Kaminsky is a certified ARIAS-U.S. arbitrator. She is a member of the Federation of Defense and Corporate Counsel, The American Corporate Counsel Association, and Association of Professional Insurance Women. She was a former member of the Reinsurance Association of America Law Committee and Reinsurance Dispute Task Force. Ms. Kaminsky is admitted to practice law in New York State and the federal courts in the Eastern and Southern Districts of New York, the District of Arizona and the Ninth Circuit Court of Appeals.

---

### Search Keywords

**Professional Background**

- Attorney
- Claims Department
- Legal Department
- Former Reinsurance Company Officer

**Insurance**

- Audit
- Commercial Liability
- Contract Wording
- Directors & Officers
- Environmental/Pollution
- Product Liability
- Professional Liability/Errors & Ommissions
- Toxic Torts

**Reinsurance**

- Asbestos
- Audit
- Commercial Liability
- Commercial Property
- Commutations
- Contract Wording
- Environmental/Pollution
- Facultative
- MGA/MGU
- Product Liability
- Toxic Torts
- Treaty

---

site by

Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing

« Previous  |  57 of 91  |  Next »



**Roger M. Moak**

**ARIAS·U.S. Umpire**



IMPROVING ARBITRATION

## Current Employment

**Company:** Self-employed

**Position:** Offering services as an arbitration umpire, party arbitrator, mediator, expert witness, consultant, and regulatory counsel.

**Address:** 930 Fifth Avenue
Apartment 9-E
New York, NY 10021-2651

**Phone:** 212-472-4847

**Fax:** 212-472-4847

**Email:** rm@rogermoak.com

**Attorney:** Yes

## Previous Employment

**Company:** **Risk Enterprise Management Limited (REM is member company of Zurich Financial Services) - 1996-2003**

**Position:** Executive Vice President, General Counsel and Corporate Secretary 1995-2003. Chief legal officer of the licensed third-party administrator, initially created by Zurich in 1995 to manage The Home's run-off, but which, by 2003, had 160 clients and was listed as the sixth largest TPA by Business Insurance magazine.

**Company:** **The Home Insurance Companies, including U.S. International Reinsurance Company (The Home) - 1991-1995**

**Position:** Senior Vice President and General Counsel 1991-2003, Head of Corporate Claims 1994-1995, Corporate Secretary 1991-1993. Chief legal officer of what was then among the largest commercial property-casualty insurance companies (over $2.5 billion in annual revenues, over 3000 employees).

**Company:** **Insurance Services Office, Inc. (ISO) - 1980-1991**

**Position:** Senior Vice President and General Counsel. Chief legal officer of the property-casualty insurance industry's largest licensed advisory and statistical organization. (ISO has over $400 million in annual revenues and over 2,500 employees.)

**Company:** **Speiser & Krause, P.C. - 1970-1980**

**Position:** Member of the firm. Litigated wide variety of commercial contract and tort cases, including cases for and against insurance companies, for firm nationally known for litigation.

## Credentials

Bachelor of Science, Cornell University; Juris Doctor, Georgetown University Law Center. Admitted to practice law in New York and in the District of Columbia and before the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Seventh, and D.C. Circuits, the U.S. District Courts for the Southern and Eastern Districts of New York and the District of Columbia, and the U.S. Tax Court. Appointed to six three-year terms on the Committee on Insurance Law of the Association of the Bar of the City of New York, including one three-year term as Chairman. Elected President of the Insurance Federation of New York, Inc. in 1998 and re-elected each year until 2005, when elected Chairman of the Board of Directors. Member, ARIAS-US, American Bar Association (Section on Dispute Resolution, Section on Business Law, Section on Tort, Trial and Insurance Practice), District of Columbia Bar, International Association of Insurance Receivers, Association of Corporate Counsel.

## Principal Areas of Insurance/Reinsurance Experience

### Years of Experience

**Insurance Company:** 12

**Reinsurance Company:** 12 (concurrent)

**Law Firm (Insurance/ Reinsurance Practice):** 10

**Other:** 11 years at Insurance Services Office, Inc. (ISO), 7 years as GC

### Number of Arbitrations

As an Arbitrator: **18**

As an Umpire: **12**

### Completed Arbitrations (Award Issued)

As an Arbitrator: **2**

As an Umpire: **2**

Property-casualty insurance, especially the legal and regulatory issues relating to coverage, forms, rating, national accounts, commercial and specialty lines, reinsurance, litigation management, environmental, mass tort, and other complex claims, class actions, run-off management, insolvency. Life insurance, especially misrepresentation cases.

**Other Information**

Ten years experience in a nationally known litigation boutique law firm, followed by almost 20 years experience as an insurance industry general counsel--as well as many years of significant service in industry and professional organizations--have prepared me well to understand and to resolve both the procedural and substantive issues presented in insurance and reinsurance arbitrations. Formal mediation training from: ABA Section on Dispute Resolution, Association of the Bar of the City of New York

**Search Keywords**

**Professional Background**

- Attorney
- Claims Department
- Legal Department
- Former Insurance Company Officer
- Former Reinsurance Company Officer

| Insurance | Reinsurance |
|---|---|
| | |

**Insurance**

- Antitrust
- Asbestos
- Commercial Liability
- Commercial Property
- Commutations
- Construction Defects
- Contract Wording
- Directors & Officers
- Environmental/Pollution
- Life
- MGA/MGU
- Product Liability
- Professional Liability/Errors & Ommissions
- Receivership
- Retrospective Rating
- Third Party Administrator
- Toxic Torts
- Workers' Compensation

**Reinsurance**

- Asbestos
- Environmental/Pollution

site by

Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing

« Previous  |  66 of 91  |  Next »



**Debra J. Roberts**

**ARIAS·U.S. Umpire**



IMPROVING
ARBITRATION

### Current Employment

Company: **Debra Roberts & Associates, Inc.**

Position: CEO
Provides services to the insurance and reinsurance industry as party-appointed arbitrator, umpire, testifying expert and consultant for arbitrations and litigations.

Address: 877 Island Avenue, #316
San Diego, CA 92101

Phone: 619-546-9770

Fax: 619-546-9781

Email: debra.roberts@cox.net

Attorney: No

### Previous Employment

Company: **The following Swiss Re Group companies:**
● **North American Reassurance Company, New York, NY - Senior Underwriter**
● **Atrium Corporation, New York, NY - Vice President**
● **European International Reinsurance Co. Ltd., Bridgetown, Barbados - Vice President**

Position: Officer of property/casualty reinsurer, life/health reinsurer, and reinsurance intermediary. Traditional and finite risk underwriting experience; capital markets, merger & acquisition and investment responsibilities.

### Credentials

MBA Finance, Chartered Financial Analyst

### Principal Areas of Insurance/Reinsurance Experience

Underwriting, traditional and finite risk, property/casualty and life/health; international capital markets, merger & acquisition and investment strategy; arbitration and litigation.

### Other Information

● ARIAS-U.S. Umpire List.
● Served as expert witness for 10 arbitrations (6 in U.S., 4 in U.K.) and 4 litigations (U.S. federal and state courts).
● Panel member, ARIAS U.K.

### Years of Experience

**Insurance Company:** 2

**Reinsurance Company:** 10

**Other:** Arbitrator/Expert/Consultant 13

### Number of Arbitrations

As an Arbitrator: **16**

As an Umpire: **4**

### Completed Arbitrations (Award Issued)

As an Arbitrator: **2**

As an Umpire: **1**

---

**Search Keywords**

**Professional Background**

■ Broker
■ Underwriter
■ Former Reinsurance Company Officer

**Insurance**

■ Alternative Risk/Finite Risk/Self Insurance

**Reinsurance**

■ Alternative Risk/Finite Risk/Self Insurance
■ Asbestos

- Asbestos
- Disability
- Financial Guarantee
- Mergers & Acquisitions
- Product Liability
- Workers' Compensation

- Commercial Liability
- Commutations
- Contract Wording
- Disability
- Facultative
- Financial Guarantee
- Mergers & Acquisitions
- Product Liability
- Regulatory/Licensing
- Treaty
- Workers' Compensation

site by
Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing

« Previous  |  86 of 91  |  Next »



## Richard L. White

**ARIAS·U.S. Umpire**



IMPROVING ARBITRATION

### Personal Information

Address: 58 Pine Blvd.
Cedar Knolls, NJ 07927

Phone: 973-292-2421

### Current Employment

Company: **Integrity Insurance Company in Liquidation, MIIX Insurance Company in Rehabilitation**

Position: Deputy Liquidator/Deputy Rehabilitator - Responsible for orderly wind-up of the Estate's obligations affecting claims allowance, reinsurance collections and litigation management.

Address: 625 From Road
Paramus, NJ 07652

Phone: 201-261-8938

Fax: 201-262-0249

Email: deputy@iicil.org

Attorney: No

### Previous Employment

Company: **The Resolution Group (a subsidiary of Talegen & Crum & Forster)**

Position: Sr. VP, responsible for establishing financial, systems, and human resources functions for insurance run-off organizations as a result of restructuring plan approved by Insurance Departments of all fifty states.

### Credentials

Certified Public Accountant

### Principal Areas of Insurance/Reinsurance Experience

Financial (Insurance/Reinsurance); Commutation/Collection of Reinsurance; Allocation of Reinsurance.

### Other Information

Investment Income Chapter: Property-Liability Insurance Textbook, The College of Insurance 1984; Mealey's Insurance Insolvency: "Receivership: A Generational Commitment or Expeditious Solution," June 1, 1996; Mealey's Insurance Insolvency: "Aggiornamento: A Tonic for Insolvencies", October 10, 1996; Mealey's Insurance Insolvency: "Truncation and Reinsurer Objections," May 7, 1997; Best's Review: What Am I Bid? - "An Endgame for Receiverships;" Mealey's Environmental Conference: "Insolvency Clause - "The Emperor's Old Clothes," November, 1997. Mealey's Litigation Reports: "Reinsurance; Alternatives to Estimation of Claims and Acceleration of Reinsurance Recoverables," May 6, 1999. Mealey's Insurance Insolvency Conference: "Early Closing of Insolvent Insurers." Outsourcing to Guarantee Associations, May 2-3, 1999. Mealey's Reinsurance: "Me Judice" (under nom de plume Pollux), March 17, 2005.

### Years of Experience

**Insurance Company:** 13

**Reinsurance Company:** 2

**Other:** Insolvency for 13 years

### Number of Arbitrations

As an Arbitrator: 27

As an Umpire: 29

### Completed Arbitrations (Award Issued)

As an Arbitrator: 16

As an Umpire: 16

---

**Search Keywords**

**Professional Background**

- Finance Department
- Active Insurance Company Officer

- Former Reinsurance Company Officer

**Insurance**

- Asbestos
- Audit
- Commercial Liability
- Commercial Property
- Commutations
- Environmental/Pollution
- Facultative
- Financial Guarantee
- Mergers & Acquisitions
- MGA/MGU
- Product Liability
- Receivership
- Retrospective Rating
- Third Party Administrator
- Treaty

**Reinsurance**

- Audit
- Facultative
- Financial Guarantee
- Product Liability

site by

Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing

**Exhibit 4**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 50E

101981.41

Pleadings

-------------------------------------------------------------x

In the Matter of the Application of NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.,
on behalf of itself and each of the related insurers that
provided coverage to respondent,

                        Petitioner,

For an Order Appointing an Arbitrator in an Arbitration
Proceeding

                -against-

DYNEER CORPORATION

                      Respondent.

-------------------------------------------------------------x

**DECISION AND ORDER**
Index No.: 120192/02

WILLIAM A. WETZEL, J.:

Petitioner brings this proceeding pursuant to CPLR §7504 seeking the appointment of a neutral arbitrator due to the failure of the parties to agree.

While the parties do not agree even as to the reasons for the disagreement there can be no doubt that they have been unable to designate a mutually agreeable "umpire" pursuant to the terms of the arbitration agreement.

The agreement specifically provides for the appointment by this Court in the event of such a stalemate. This Court has reviewed candidates from the list maintained by "ARIAS U.S." and designates Mr. Donald T. DeCarlo of 200 Manor Road, Douglaston, NY 11363. This Court is satisfied that he meets all of the necessary qualifications and has substantial experience as an arbitrator and umpire. In the event Mr. DeCarlo is unable or unwilling to serve, this Court appoints James J. Powers of 133 Grandview Lane Mahwah, NJ 07430.

This constitutes the Decision and Order of this Court.

Dated: New York, NY
      July 22, 2003

                                  J.S.C.

Exhibit 5



-8873019-7  EXCEL STAFFING SERVICES, INC.                                    Page 2

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.  **PLEASE PRINT OR TYPE CLEARLY.**

5a.   Please complete the corporation's original Articles of Incorporation for the amount of shares authorized.

Number of Shares/Certificates Authorized 10,000,000  Class Common SL  Series Within Class (If any)
                                         2,000,000  Preferred Stock

5b.   Review all corporation annual reports to determine if the original number of shares has changed.  Complete the corporation's minutes for the number of shares issued.

Number of Shares/Certificates Issued 1,251,999  Class Common Stock Series Within Class (If any)
                                      50,000  Preferred Stock

**6. SHAREHOLDERS:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.  **PLEASE PRINT OR TYPE CLEARLY.**

NONE ☐   Name:  CLIFF BLAKE            Name:

**7. OFFICERS:** PLEASE PRINT OR TYPE CLEARLY.  YOU MUST LIST AT LEAST ONE
Name: CLIFF BLAKE                      Name: SHANNON DAY
Title: PRESIDENT                       Title: CHIEF FINANCIAL OFFICER
Address: 33747 N SCOTTSDALE ROAD       Address: 33747 N SCOTTSDALE RD. #135
         SUITE 135
         SCOTTSDALE, AZ 85266                   SCOTTSDALE AZ 85266
Date taking office: 6-7-1999           Date taking office: 3-15-07

Name:                                  Name:
Title:                                 Title:
Address:                               Address:

Date taking office:                    Date taking office:

**8. DIRECTORS:** PLEASE PRINT OR TYPE CLEARLY.  YOU MUST LIST AT LEAST ONE
Name: CLIFF BLAKE                      Name:
Address: 33747 N. SCOTTSDALE ROAD      Address:
         SUITE 135
         SCOTTSDALE, AZ 85266
Date taking office: 6-7-1999           Date taking office:

Name:                                  Name:
Address:                               Address:

Date taking office:                    Date taking office:

