Michael S. Davis
Greg M. Bernhard
Mary G. McCarthy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, on behalf of itself and each of the related insurers that provided insurance to respondents,<br><br>Petitioner,<br><br>- against -<br><br>EXCEL STAFFING SERVICES INC. and its affiliated entities,<br><br>Respondent. | Case No.:    08cv7249 (SAS)<br><br>**AFFIDAVIT OF SERVICE OF<br>ORDER TO SHOW CAUSE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

      ANTHONY ROSARIO, being duly sworn, says: that I am over the age of eighteen years, am not a party herein, and reside in Bronx County, New York and that on the 15th day of August, 2008, I served a true copy of the within **ORDER TO SHOW CAUSE DATED AUGUST 15, 2008 AND THE PAPERS UPON WHICH IT WAS GRANTED WITH THE JUDGE'S RULES AND SUMMONS, PETITION TO COMPEL ARBITRATION AND TO APPOINT AN ARBITRATOR WITH EXHIBITS AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO COMPEL ARBITRATION AND TO APPOINT AN ARBITRATOR** upon respondent Excel Staffing Services at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a representative of UPS for overnight delivery, directed to said respondent at their last known addresses given below:

Peggy Butcher, Chief Financial Officer
Excel Staffing Services
33747 N. Scottsdale Road, Suite 135
Scottsdale, Arizona 85266

Cliff Blake, President
Excel Staffing Services
33747 N. Scottsdale Road, Suite 135
Scottsdale, Arizona 85266

                                              ANTHONY ROSARIO

Sworn to before me this
15 day of August, 2008.

NOTARY PUBLIC

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 20 10

530191.v1/10670-019/ar